UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NATIONAL DISTRIBUTION WAREHOUSE INC.,

Plaintiff,

- against -

GENERAL WIRELESS OPERATIONS INC. D/B/A
RADIOSHACK, STANDARD GENERAL L.P., and
ROBERT LAVAN,

Defendants.

Docket No:_____.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, the Defendant General Wireless Operations Inc. d/b/a RadioShack ("General Wireless") hereby removes the matter entitled National Distribution Warehouse Inc. v. General Wireless Operations Inc. d/b/a RadioShack, Standard General L.P., and Robert Lavan, Supreme Court of the State of New York, County of Kings, Index No. 2017-502397 to the United States District Court for the Eastern District of New York.  In support of removal, General Wireless states as follows:

1.       This action was commenced on or about February 6, 2017.  The Plaintiff National Distribution Warehouse Inc. ("National") seeks recovery from General Wireless and the Co-Defendants Standard General L.P. and Robert Lavan, alleging that it was damaged as a result of breach of contract by Wireless, and alleged fraudulent conduct and other claimed misconduct of the Defendants.  A true and accurate copy of the Complaint, together with all other filings and orders in this case to date is attached as Exhibit A.

2.       As alleged in the Complaint, the Plaintiff National is alleged to be a New York corporation having its principal place of business in Kings County New York, and as such is a citizen of New York.  General Wireless is a Delaware corporation having a principal place of

1

business located at 300 RadioShack Circle, Fort Worth, Texas, 76102 and as such is a citizen of

Texas and Delaware.  The Defendant Lavan (the Chief Financial Officer (or "CFO") of General

Wireless) is alleged to be a citizen of New York but is in fact a resident of Fort Worth, Texas and

is, in fact, a citizen of Texas.

      3.      The Defendant Standard is alleged to be a citizen of New York.  Standard has,

however, been joined by National in an improper effort to destroy diversity.  Standard has no

connection to the case and is not a necessary party to the case.  There is no possibility that

National can state a sustainable cause of action against Standard.  See, Pampillonia v. RJR

Nabisco, Inc., 138 F.2d 459, 461 (2d Cir. 1998); In re Consol. Fen-Phen Cases, 2003 U.S. Dist.

LEXIS 20231, *9 (E.D.N.Y. 2003); see also Miss. Ex rel. Hood v. AU Optronics Corp, 134 S.

Ct. 736, 745 (2014) ("We have interpreted the diversity jurisdiction statute to require courts in

certain contexts to look beyond the pleadings to make sure that parties are not improperly crating

or destroying diversity jurisdiction. . ."); Segal v. Firtash, U.S. Dist. LEXIS 126569, *9-10

(S.D.N.Y. 2014) ("courts may look beyond the pleadings to determine if the pleadings can state a

cause of action" (quoting MBIA Ins. Corp. v. Royal Bank of Canada, 706 F. Supp. 2d 380, 395-

396) (internal quotation marks omitted).  Standard is not a hedge fund, is not in the ownership

chain of General Wireless, does not hold stock of General Wireless or of any entity in the

ownership chain, and does not operate General Wireless.  In addition, notwithstanding National's

conclusory allegations, Mr. Lavan, who is now the CFO of General Wireless, was never an

executive of Standard.  He was previously an analyst employed at Standard.  National does not

allege a plausible claim against Standard and has joined Standard in an improper effort to defeat

diversity jurisdiction.

4.      Consequently, the Plaintiff and each of the Defendants as to which plausible claims are asserted are citizens of different states, and therefore there is complete diversity of citizenship of the Plaintiff and such Defendants as defined in 28 U.S.C. §1332.

5.      The Plaintiff alleges damages in excess of $1.6 million, so consequently, the amount in controversy as alleged by the Plaintiff exceeds the jurisdictional minimum of $75,000 set forth in 28 U.S.C. § 1332.

6.      General Wireless was served with process on February 8, 2017.  This notice of removal is timely under 28 U.S.C. § 1446(b) and Local Rule 81.1.

7.      The United States District Court for the Eastern District of New York embraces the place where the action is currently pending.  Notice of the filing of this notice of removal will be served upon the Plaintiff and the co-Defendant and will be filed in the Supreme Court of the State of New York, County of Kings, as required by 28 U.S.C. § 1446(d).

8.      By filing this Notice of Removal, General Wireless does not waive any defense that may be available to it, including but not limited to the defense of improper venue (as under the parties' agreement the state courts in Fort Worth Texas are the exclusive forum for resolution of this dispute), and does not concede that the allegations in the Complaint state a valid claim under applicable law.

9.      Standard and Lavan each consent to the removal of this action.

Dated: New York, New York
       February 9, 2017

RIEMER & BRAUNSTEIN LLP

By: _____

       Steven D. Isser, Esq.
Times Square Tower, Suite 2506
Seven Times Square
New York, New York 10036-6524
Tel:  (212) 789-3188
Fax:  (212) 710-0140
sisser@riemerlaw.com
*Attorneys for Defendants General Wireless
Operations, Inc. d/b/a RadioShack and Robert
Lavan*

2097969.3

4

## NYSCEF - Supreme & Court of Claims (Live System)

## 502397/2017 - Kings County Supreme Court

| | |
|---|---|
| Short Caption: | **National Distribution Warehouse Inc. - v. - General Wireless Operations Inc.d/b/a RadioShack** |
| Case Type: | **Commercial - Contract** |
| Case Status: | **Active** |
| eFiling Status: | **Partial Participation Recorded** |
| Assigned Judge: | **BERNARD J. GRAHAM, PT 36** |

**Narrow By Options**

| | | | |
|---|---|---|---|
| Document Type: | Please select... | Filed By: | |
| | Please select... | | |
| Motion Info: | Please select... | Filed Date: | |
| | ☐ thru | ☐ | |
| Document Number: | | | |

**Display Document List with Motion Folders** 📁

**Sort By:** Doc #

*To view details, click on the Doc # link*

| Doc # | Document Type Information | Status | Received Date Filing User | View |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | Processed | 02/06/2017 Schwartz, A. | Confirmation Notice |
| 2 | ORDER TO SHOW CAUSE ( PROPOSED ) - *Corrected* | Processed | 02/07/2017 Schwartz, A. | Confirmation Notice |
| 3 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION Affirmation of Frank Seddio, Esq. | Processed | 02/06/2017 Schwartz, A. | Confirmation Notice |
| 4 | EXHIBIT(S) - A Summons and Complaint | Processed | 02/06/2017 Schwartz, A. | Confirmation Notice |
| 5 | EXHIBIT(S) - B Notice of Application of Injunctive Relief | Processed | 02/06/2017 Schwartz, A. | Confirmation Notice |
| 6 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION Affirmation of Seth Green | Processed | 02/06/2017 Schwartz, A. | Confirmation Notice |
| 7 | EXHIBIT(S) - A Purchase Orders | Processed | 02/06/2017 Schwartz, A. | Confirmation Notice |
| 8 | EXHIBIT(S) - B Unpaid Invoices | Processed | 02/06/2017 Schwartz, A. | Confirmation Notice |
| 9 | RJI -RE: ORDER TO SHOW CAUSE | Processed | 02/06/2017 Schwartz, A. | Confirmation Notice |
| 10 | ORDER TO SHOW CAUSE-SIGNED (Motion# 1) MS #1 | Processed | 02/08/2017 Court User | Confirmation Notice |
| 11 | ORDER TO SHOW CAUSE - CONFORMED COPY | Processed | 02/08/2017 | |

Case 1:17-cv-00753-CBA-JO   Document 1   Filed 02/09/17   Page 6 of 189 PageID #: 6
INDEX NO. 502397/2017
RECEIVED NYSCEF: 02/06/2017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
----------------------------------------------------------------x
NATIONAL DISTRIBUTION WAREHOUSE INC.,

|                                        |                            |
|----------------------------------------|----------------------------|
| Plaintiff,                             | Index No._____    |
|                                        |                            |
| - against -                            | Date Filed:                |
|                                        |                            |
| GENERAL WIRELESS OPERATIONS INC. d/b/a | **SUMMONS**                |
| RADIOSHACK, STANDARD GENERAL L.P., and |                            |
| ROBERT LAVAN,                          |                            |
|                                        |                            |
| Defendants.                            |                            |

----------------------------------------------------------------x

**TO THE ABOVE NAMED DEFENDANTS:**

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on Plaintiff's Attorney within twenty (20) days after the service of this summons, exclusive of the day of service (or within thirty (30) days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to answer or appear, judgment will be taken against you by default for the relief demanded in the notice set forth below and in the complaint.

Plaintiff designates Kings County as the venue for trial. The basis for venue is that Plaintiff resides in Kings County.

Dated: Brooklyn, New York
       February 6, 2017

By: /s/_____
      Frank R. Seddio, Esq.

**SEDDIO & ASSOCIATES, P.C.**
Frank R. Seddio, Esq.
9306 Flatlands Avenue
Brooklyn, New York 11236
(718) 272-6040
Seddiolaw@gmail.com

-and-

1

Case 1:17-cv-00753-CBA-JO Document 1 Filed 02/09/17 Page 7 of 189 PageID #: 7

**LAW OFFICE OF ALLEN
SCHWARTZ, ESQ.**
Allen Schwartz, Esq.
1724 Burnett Street
Brooklyn, New York 11229
Tel: 917-765-4147
Cell: 773-808-8972
Email: allenschwartzlaw@gmail.com

Case 1:17-cv-00753-CBA-JO   Document 1   Filed 02/09/17   Page 8 of 189 PageID #: 8

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------x
NATIONAL DISTRIBUTION WAREHOUSE INC.,

                                 Plaintiff,

               - against -

GENERAL WIRELESS OPERATIONS INC. d/b/a
RADIOSHACK, STANDARD GENERAL L.P., and
ROBERT LAVAN,

                             Defendants.
-------------------------------------------------------------x

Index No.:

**VERIFIED COMPLAINT**

       Plaintiff National Distribution Warehouse Inc. ("Plaintiff" or "NDWI") by and through its undersigned counsel, alleges, for its verified complaint against defendants, as follows:

       1.   This is an action for, inter alia, fraudulent inducement, breach of contract, account stated, and unjust enrichment arising from defendants' fraudulent conduct and retention of millions of dollars of merchandise delivered by Plaintiff while failing to pay Plaintiff the monies owed for these products.

       2.   Through this action, Plaintiff seeks to recover the property rightfully belonging to it, and the damages it has incurred as a result of defendants' misconduct.

### PARTIES

       3.   Plaintiff National Distribution Warehouse Inc. is a New York corporation with its principle place of business in Kings County, New York.  It is in the business of wholesale distribution of consumer products.

Case 1:17-cv-00752-CBA-JO   Document 1   Filed 02/09/17   Page 9 of 189 PageID #: 9

4.      Defendant General Wireless Operations Inc. d/b/a RadioShack ("General Wireless" or RadioShack") is upon information and belief a Texas corporation with its principal place of business in Texas.  General Wireless operates RadioShack branded stores throughout the State of New York.  General Wireless is subject to the personal jurisdiction of courts in the State of New York because it operates numerous stores within the State of New York, including in Kings County, and has entered into contracts to supply goods and services in the State of New York, and uses real property situated within the State of New York.

5.      Defendant Standard General L.P. ("Standard General") is a limited partnership in the State of New York with its principal place of business located in the County of New York and State of New York.  Standard General is a hedge fund and the principal owner of General Wireless.  It, upon information and belief, de facto operates General Wireless, shares many of the same executives, communicated with Plaintiff regarding the matters set forth herein from its email accounts, and otherwise operates General Wireless.  Standard General is thus the true prime mover behind RadioShack's actions and thus responsible for the misconduct detailed herein.

6.      Defendant Robert Lavan ("Lavan") is upon information and belief the Chairman of General Wireless and an executive with Standard General.  Upon information and belief, he resides in the State of New York. Among other things, Lavan, as an executive for RadioShack and Standard General, engaged in tortious conduct within the State of New York.

## JURISDICTION AND VENUE

7.      Jurisdiction is proper in the State of New York because Defendants either reside in the State of New York and/or qualify for personal jurisdiction under CPLR 302 because they transacted business within the state and/or contracts anywhere to supply goods or services in the

4

FILED: KINGS COUNTY CLERK 02/06/2017 04:00 PM
NYSCEF DOC. NO. 1

Case 1:17-cv-00752-CBA-JO Document 1-1 Filed 02/08/17 Page 10 of 189 PageID #: 10
INDEX NO. 501897/2017
RECEIVED NYSCEF: 02/06/2017

State of New York, and/or committed a tortious act within the state, and/or own or use real property situated within the State of New York, including numerous RadioShack locations within the State of New York.

8.    Venue is proper in King County because Plaintiff resides in Kings County.

## FACTUAL BACKGROUND

9.    Plaintiff is in the business of importing and distributing consumer products, including Smartphone protective cases and other phone-related products.

10.    In or about 2015, RadioShack filed for Chapter 11 bankruptcy protection. Plaintiff had been doing business with RadioShack for approximately 12 years.

11.    As part of its Chapter 11 reorganization, on or about July 1, 2015 Standard General bought RadioShack and created a subsidiary, General Wireless, to operate under the RadioShack name.  Standard General de facto operates General Wireless.

12.    Thereafter, Robert Lavan contacted Green and informed Green that Lavan was the new Chairman of General Wireless, the company that had bought RadioShack.  Lavan invited Green to dinner to discuss "mutual business opportunities."  This discussion was the beginning of defendants' scheme to lure Plaintiff to provide millions of dollars of goods by misrepresenting RadioShack's true financial condition and intent.

13.    On or about June 1, 2016, Green and Lavan met for lunch in New York, during which Lavan lured Plaintiff into providing products to RadioShack with substantial credit by misrepresenting RadioShack's true financial condition and its intent in seeking goods from Plaintiff. In truth, RadioShack at that time was seeking as much inventory as possible in order be able to fraudulently satisfy their Asset-Backed Lender requirements—Royal Bank of Canada

was one such lender--and keep their lines of credit open, and thus sought obtain as many goods on credit as possible, while not intending to actually pay for them.

14.    Lavan also asked Plaintiff to work on selling RadioShack branded products into retailers throughout the United States.  Lavan proposed to Green that Plaintiff should start a campaign for RadioShack to make the RadioShack brand extend into all mainstream retailers as an alternate option for Alkaline batteries.  Lavan stressed the importance of NDWI as a core vendor to RadioShack.

15.    Lavan misrepresented to Green that General Wireless was in good financial condition and was "turning the company around completely."  In order to obtain goods on credit, Lavan further told Green that as long as General Wireless and Lavan and his team were around they would not have financial issues with any of their business dealings with RadioShack because the business was being well-run and RadioShack was able to, and would, pay them promptly.   These representations were false at the time they were made.  RadioShack was facing imminent insolvency.

16.    Beginning in July 2016, RadioShack began ordering 4 items from Plaintiff for the upcoming holiday season on net 60 terms.

17.    Shortly thereafter, in or about the end of August 2016, RadioShack was late on payments and RadioShack VP of merchandising Diane Kinzer and Director of Finance Gordon Briscoe set up a plan on how payments were to be made for the holiday orders to Plaintiff.

18.    Specifically, Plaintiff and RadioShack agreed to different payment terms for three of the four holiday items—these items amounted to approximately $900,000.00. Specifically, Defendants agreed to pay to 15% of the total upon shipping, 35% after 30 days and the balance of 50% in 60 days.

6

Case 1:17-cv-00753-CBA-JO Document 1 Filed 02/08/17 Page 12 of 189 PageID #: 12

19.     The process for orders was as follows: RadioShack would contact NDWI for specific products, often giving a list of desired products to NDWI to determine if said products were in stock or if NDWI could manufacture these products. NDWI would also offer product presentations to RadioShack for its consideration. If RadioShack desired a specific product, NDWI would send RadioShack a set up sheet with the specifications of the item. This sheet would include the price for the item, and if there was any adjustment in pricing NDWI would send an email alerting an updated price. RadioShack would generally accept the proposed price but if RadioShack sought a lower price it would contact NDWI asking for a lower price. After receiving the set-up sheet and agreeing to pricing, RadioShack would either email or fax purchase orders to NDWI.

20.     RadioShack would also send an "Open Items Report" on a weekly basis showing all new and outstanding purchase orders. This would include the Purchase Order Number, item name, part number, description, UPC code, price, quantity, order date, expected ship date and expected receipt date.

21.     As was regular practice, prior to shipment Plaintiff would email RadioShack for pre-shipment authorizations. RadioShack would then schedule the shipping carrier to come and pick up the shipments from Plaintiff in Brooklyn NY or from one Plaintiffs' third party logistics facilities in California and New Jersey. Each shipment included a packing list. Plaintiff would then send an invoice by email to the accounts payable department of RadioShack, with basic item details, including price.

22.     The last payment Plaintiff received from RadioShack was on November 21, 2016 in the amount of $16,795.50.

7

23.     As of the date of this filing, RadioShack received at least $1,621,371.49 worth of products that RadioShack failed to pay for despite agreeing to, and being contractually obligated to, do so.

24.     While continuously making these orders, RadioShack never notified Plaintiff of any problems with any shipments or with the items.

25.     On or about December 15, 2016, Green asked Jarod Smith, finance director for RadioShack, for an update as to payment. Smith told Green that RadioShack was going through some organizational changes and that he would provide an update later.

26.     On or about December 21, 2016, Green contacted Defendant Diane Kinzer, vice president of merchandising for RadioShack, and was told that she was not allowed to "talk with him." Kinzer suggested Green should call Robert Lavan or Brad Tobin, RadioShack's general counsel.

27.     On or about and through December 27, 2016 and December 28, 2016, Green emailed Brad Tobin, Robert Lavan and the other RadioShack executives requesting payment. In response, Green received a call from Brad Tobin who that Green should not email Lavan as those emails are "not helping his case." Upon information and belief, after luring Plaintiff into providing the orders with credit by misrepresenting the precarious financial condition of RadioShack and its imminent insolvency, Lavan instructed RadioShack employees not to provide any payment to Plaintiff.

28.     On or about January 3, 2017, and without any further contact by RadioShack executives, Green reached out to Brad Tobin asking to meet him and/or Lavan but was rebuffed.

29.     Finally, at a meeting held on or about January 31, 2016 with Lavan and Tobin, Green was told by RadioShack that they would not pay for any of the items and that RadioShack

8

was not paying suppliers for products that remained unsold and in its inventory. Upon information and belief, RadioShack is facing imminent insolvency and at all relevant times was planning on undertaking a liquidation of its assets and filing for bankruptcy, including when it ordered the items from Plaintiff.

30.    While continuing to provide these items to RadioShack, NDWI never received emails or correspondence about quality concerns or products not functioning well.

31.    Plaintiff now brings this action to recover its damages, or in the alternative, to recover the items provided to RadioShack.

### FIRST CAUSE OF ACTION
### (Breach of Contract)

32.    Plaintiff repeats and realleges all allegations in all preceding paragraphs as if fully set forth herein.

33.    As set forth above, the parties entered into contracts for the sale of goods.

34.    Plaintiff performed all obligations under the contracts that were its obligation to perform.

35.    Defendants breached the contracts by failing to make the agreed upon payments.

36.    Plaintiff spent significant funds to meet its obligation under the contracts and has suffered damages.

37.    In addition to the aforementioned breaches, in the summer of 2015, General Wireless entered into a contract with Plaintiff and wired Plaintiff $436,388.20 to pre-pay for an order for an HDMI component and HDMI composite adapter. Plaintiff ordered the item from the manufacturer, Good Mind Industries Company Ltd., since RadioShack was unable to purchase directly from the manufacturer as a result of RadioShack's bankruptcy and deteriorated relationship with said manufacturer.

9

38.     Then, after placing this order, RadioShack repaired its relationship with the manufacturer and instructed the manufacturer that they were not allowed to sell these items to Plaintiff or they would lose RadioShack's business.  RadioShack did this so it could purchase the items directly from the manufacturer at a discount.

39.     As a result, Plaintiff could not deliver the items to RadioShack.  Plaintiff wired the order money to RadioShack, but remains entitled to its damages from RadioShack's breach of this contract.

40.     Judgment should be rendered against defendants in favor of plaintiff in an amount to be determined at trial, but estimated to exceed $1,621,371.49, prejudgment interest, costs, and legal fees.

## SECOND CAUSE OF ACTION
### (Account Stated)

41.     Plaintiff repeats and realleges all allegations in all preceding paragraphs as if fully set forth herein.

42.     As set forth above, the parties entered into contracts for the sale of goods for which they agreed to make payment in the amounts agreed upon.

43.     Plaintiff provided goods to Defendants and presented accounts and invoices to Defendants.

44.     Defendants accepted the goods and invoices and did not object within a reasonable time.

45.     Accordingly, judgment should be rendered against defendants in favor of plaintiff in an amount to be determined at trial, but estimated to exceed $1,621,371.49, plus prejudgment interest, costs, and legal fees to enforce.

10

### THIRD CAUSE OF ACTION
### (Declaratory Judgment)

46.    Plaintiff repeats and realleges each of the allegations set forth in each preceding paragraph, as if fully set forth herein.

47.    As set forth above, the parties entered into contracts for the sale of goods.

48.    Plaintiff performed all obligations under the contracts.

49.    Defendant breached the contracts as detailed above.

50.    The present dispute presents a justiciable controversy in which the issues are present, real, definite, and substantial and affect existing legal relations between plaintiff and defendant.  Without a declaration of rights, plaintiff would be unable to receive the benefits of the contracts for which it had bargained.

51.    Accordingly, plaintiff is entitled to a judgment declaring that defendants willfully and materially breached the contracts.

52.    Plaintiff has no adequate remedy at law.

### FOURTH CAUSE OF ACTION
### (Unjust Enrichment)

53.    Plaintiff repeats and realleges and incorporates by reference all allegations in all preceding paragraphs as if fully set forth herein.

54.    As set forth above, the parties entered into contracts for the sale of goods.

55.    This contracts were entered into on the basis of Defendants' misrepresentations.

56.    Plaintiff performed all obligations under the contracts that were its obligation to perform.

57.    Defendants accepted the goods without making payment.

11

58.    As a result, Defendants were unjustly enriched with assets rightfully belonging to Plaintiff, and it would not be in good conscience to allow Defendants to retain these assets without paying for them.

59.    Plaintiff has no adequate remedy at law.

### FIFTH CAUSE OF ACTION
### (Goods Sold and Delivered)

60.    Plaintiff repeats and realleges each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

61.    Plaintiff and General Wireless entered into a contract for the sale of goods on terms of credit.

62.    Plaintiff delivered said goods to defendant in accordance with the contract, and the terms of credit have since expired.

63.    As a result of Defendants' failure to pay for these goods, Plaintiff has been damaged in an amount to be determined at trial, but estimated to exceed $1,621,371.49.

### SIXTH CAUSE OF ACTION
### (Fraudulent Inducement)

64.    Plaintiff repeats and realleges each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

65.    Defendants fraudulently induced Plaintiff into entering into contracts to provide RadioShack with goods.  To induce Plaintiff to deliver goods, among other things, Defendants misrepresented to plaintiff that its financial condition was good, that it should therefore be given substantial credit, and that it had turned around its business. All of these representations were false and were made with the intent to deceive Plaintiff and to induce it into entering into the above-referenced contracts.

12

FILED: KINGS COUNTY CLERK 02/06/2017 04:00 PM
NYSCEF DOC. NO. 1

Case 1:17-cv-00753-CBA-JO Document 1-1 Filed 02/08/17 Page 18 of 189 PageID #: 23
INDEX NO. 502897/2017
RECEIVED NYSCEF: 02/06/2017

66.     Defendant Lavan lured Plaintiff into providing products to RadioShack with
substantial credit by mispresenting RadioShack's true financial condition and its intent in
seeking goods from Plaintiff. In truth, RadioShack at that time was seeking as much inventory as
possible in order be able to fraudulently satisfy their Asset-Backed Lender requirements and
keep their lines of credit open, and sought obtain as many goods on credit as possible, while
knowing they would be unable to pay for them and without intending to actually pay for them.

67.     Lavan misrepresented to Green that General Wireless was in good financial
condition and was "turning the company around completely." In order to obtain goods on credit,
Lavan further told Green that as long as General Wireless and Lavan and his team were around
they would not have financial issues with any of their business dealings with RadioShack
because the business was being well-run and RadioShack was able to, and would, pay them
promptly.  In truth, RadioShack was facing imminent insolvency and these representations were
false at the time they were made.

68.     RadioShack furthermore had an affirmative obligation to disclose its imminent
insolvency based upon the relationship between the parties arising out of contract and since this
information was exclusively in its possession and unknowable to outside parties.

69.     In reliance on RadioShack's affirmative misrepresentations, Plaintiff delivered the
goods to RadioShack.

70.     Plaintiff justifiably relied upon RadioShack's misrepresentations, inter alia,
because of its lengthy business history with RadioShack and because this information was
exclusively in the possession of Defendants.

71.     But for these misrepresentations, Plaintiff would not have entered into these
contracts.

13

FILED: KINGS COUNTY CLERK 02/06/2017 04:00 PM          INDEX NO. 502397/2017
NYSCEF DOC. NO. 1                                       RECEIVED NYSCEF: 02/06/2017

72.     As a direct and proximate result of Defendants' actions, Plaintiff has sustained injury, the precise amount to be determined at trial.

## SEVENTH CAUSE OF ACTION
### (Rescission)

73.     Plaintiff realleges and incorporates by reference all allegations in all preceding paragraphs as if fully set forth herein.

74.     Defendants fraudulently induced Plaintiff into entering into contracts to provide RadioShack with goods.  To induce Plaintiff to deliver goods on credit Defendants, among other things, misrepresented to Plaintiff that its financial condition was good, that it should therefore be given substantial credit, and that it had turned around its business. All of these representations were false and were made with the intent to deceive Plaintiff and to induce it into entering into the above-referenced contracts.

75.     Defendant Lavan lured Plaintiff into providing products to RadioShack with substantial credit by mispresenting RadioShack's true financial condition and its intent in seeking goods from Plaintiff. In truth, RadioShack at that time was seeking as much inventory as possible in order be able to fraudulently satisfy their Asset-Backed Lender requirements and keep their lines of credit open, and sought obtain as many goods on credit as possible, while knowing they would be unable to pay for them and without intending to actually pay for them.

76.     Lavan misrepresented to Green that General Wireless was in good financial condition and was "turning the company around completely."  In order to obtain goods on credit, Lavan further told Green that as long as General Wireless and Lavan and his team were around they would not have financial issues with any of their business dealings with RadioShack because the business was being well-run and RadioShack was able to, and would, pay them

14

promptly.   In truth, RadioShack was facing imminent insolvency and these representations were false at the time they were made.

77.     RadioShack furthermore had an affirmative obligation to disclose its imminent insolvency based upon the relationship between the parties arising out of contract and since this information was exclusively in its possession and unknowable to outside parties.

78.     In reliance on RadioShack's affirmative misrepresentations, Plaintiff delivered the goods.

79.     Plaintiff justifiably relied upon RadioShack's misrepresentations, inter alia, because of its lengthy business history with RadioShack and because this information was exclusively in the possession of Defendants.

80.     But for these misrepresentations, Plaintiff would not have entered into these contracts.

81.     Plaintiff is unable to receive the benefit of his bargain.

82.     Defendants' breach of the contract and fraudulent misrepresentations relating to the contracts was material and willful or so substantial and fundamental as to strongly tend to defeat the object of the parties in making the Contract.

83.     As a direct and proximate result of the above, the Court should order the rescission of the contracts, and award Plaintiff damages for the expenses incurred by Plaintiff in connection with the contracts.

## EIGHTH CASUE OF ACTION
### (Tortious Interference with Contract)

84.     Plaintiff repeats and realleges each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

15

85.     In the summer of 2015, General Wireless entered into a contract with Plaintiff and wired Plaintiff $436,388.20 to pre-pay for an order for an HDMI component and HDMI composite adapter.  Plaintiff then entered into a valid contract with the manufacturer, Good Mind Industries Company Ltd., to purchase said items.  RadioShack was unable to purchase directly from the manufacturer as a result of RadioShack's bankruptcy and deteriorated relationship with said manufacturer.

86.     Then, after Plaintiff had placed this order, RadioShack repaired its relationship with the manufacturer and instructed the manufacturer that they were not allowed to sell these items to Plaintiff or they would lose RadioShack's business.  RadioShack was aware of Plaintiff's contract with the manufacturer.  RadioShack did this intentionally so it could purchase the items directly from the manufacturer at a discount.

87.     As a result, the manufacturer breached its contract with Plaintiff and did not deliver the items to RadioShack.

88.     Plaintiff returned the order money to RadioShack, but remains entitled to its damages and lost profits from RadioShack's breach of its contract with Plaintiff and its tortious interference with Plaintiff's contract with the manufacturer.

89.     Accordingly, judgment should be rendered against defendants in favor of plaintiff in an amount to be determined at trial, plus prejudgment interest, costs, and legal fees.

### NINTH CASUE OF ACTION
### (Promissory Estoppel)

90.     Plaintiff repeats and realleges each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

91.     RadioShack would regularly send forecasts of anticipated orders so that NDWI

was prepared to fill them.  Plaintiff would purchase or manufacture special items for RadioShack

on the basis of these forecasts.  These forecasts amounted to over $800,000.00.

92.     These forecasts, under Plaintiff's vendor arrangement with RadioShack and its its

ongoing business dealings with RadioShack, amounted to clear and unambiguous promises by

RadioShack to purchase these items and Plaintiff reasonably relied upon them.

93.     As a result of said reliance, Plaintiff suffered damages.

94.     Accordingly, judgment should be rendered against defendants in favor of plaintiff

in an amount to be determined at trial, plus prejudgment interest, costs, and legal fees.

## CLAIM FOR RELIEF

**WHEREFORE,** Plaintiff respectfully requests that judgment be granted against

defendants, jointly and severally, as follows:

a)  On the Third Cause of Action, declaring that defendants willfully and materially
    breached their contractual obligations to Plaintiff;

b)  On the First, Second, Third, Fifth, Eighth and Ninth Causes of Action, awarding
    Plaintiff its full measure of compensatory and consequential damages, the precise
    amount to be determined at trial; and

c)  On the Sixth and Seventh Causes of Action, rescinding the contracts, and ordering
    defendants to provide restitution and return the goods provided by Plaintiff and
    awarding damages; and

d)  Awarding Attorney's Fees, Costs, prejudgment interest, and such other and
    further relief as the court deems just and proper.

17

Dated: Brooklyn, New York
      February 6, 2017

                          By:  /s/_____
                                 Frank R. Seddio, Esq.

                               **SEDDIO & ASSOCIATES, P.C.**
                               Frank R. Seddio, Esq.
                               9306 Flatlands Avenue
                               Brooklyn, New York 11236
                               (718) 272-6040
                               Seddiolaw@gmail.com

                               -and-

                               **LAW OFFICE OF ALLEN SCHWARTZ, ESQ.**
                               Allen Schwartz, Esq.
                               1724 Burnett Street
                               Brooklyn, New York 11229
                               Tel: 917-765-4147
                               Cell: 773-808-8972
                               Email: allenschwartzlaw@gmail.com

18

# **VERIFICATION**

STATE OF NEW YORK      )
                                : ss.:

COUNTY OF KINGS        )

       Seth Green, who because of his religious beliefs cannot swear, solemnly affirms under the penalty of perjury, as follows: I am CEO and co-owner of the plaintiff in the above-captioned action. I have read the foregoing verified complaint and know the contents thereof; the same is true to my own knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true.

Seth Green

Affirmed to before me
this 6 day of Feb , 2017

Notary Public

IAN D. GROSSEK
NOTARY PUBLIC STATE OF NEW YORK
KINGS COUNTY
LIC. #01GR6020395
COMM. EXP. 02/28/19

19

At IAS Part _____ of the Supreme Court of
the State of New York, held in and for the
County of Kings, at the Courthouse located
at 360 Adams Street, Brooklyn, New York
on the _____ day of February, 2017

**PRESENT**: _____
                    Hon.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------x
NATIONAL DISTRIBUTION WAREHOUSE INC.,

                            Plaintiff,                    Index No. _____

        - against -

GENERAL WIRELESS OPERATIONS INC. d/b/a
RADIOSHACK, STANDARD GENERAL L.P., and
ROBERT LAVAN,

                            Defendants.
-------------------------------------------------------------x

## EMERGENCY ORDER TO SHOW CAUSE

Upon the annexed affirmation of Frank R. Seddio, Esq., dated February 6, 2017, and the

exhibits annexed thereto, and the annexed affirmation of Seth Green dated February 6, 2017 and

the exhibits annexed thereto, the summons and complaint in the above-captioned proceeding, and

upon all prior pleadings and applications herein:

LET Defendants show cause before this Court, Room _____, at the Courthouse, located

at 360 Adams Street, Brooklyn, New York on _____ at _____ or as soon thereafter

as counsel can be heard, why an Order should not be granted: (i) pursuant to CPLR 6301,

pending the resolution of this action, enjoining Defendants, their agents, employees, attorneys,

1

successors, or any entity or individual acting on their behalf or in concert or participation with them, from selling, transferring, impairing, or otherwise disposing of the goods provided to Defendants by Plaintiff that Defendants have failed to pay for, or in the alternative (ii) ordering Defendants to place the monies owed for the goods provided to Defendants by Plaintiff, amounting to no less than $1,621,371.49, into escrow pending resolution of this action; and (iii) granting such other and further relief as the Court deems just and proper.

ORDERED that, pending the hearing and decision of this application, Defendants, their agents, employees, attorneys, successors, or any entity or individual acting on their behalf or in concert or participation with them, are temporarily restrained from selling, transferring, impairing, or otherwise disposing of any of the goods provided to Defendants by Plaintiff that Defendants have failed to pay for; and it is further

ORDERED that, Defendants shall serve their opposition to this application, if any, no later than 3 days prior to the return date; and it is further

ORDERED that personal service or service by overnight courier on Defendants or Defendants' attorneys of a copy of this Order and the papers on which it was based by on or before _____2017, shall be deemed good and sufficient service thereof.

ENTER:

Hon:_____
                          J.S.C.

2

Case 1:17-cv-00753-CBA-JO   Document 1   Filed 02/09/17   Page 27 of 189 PageID #: 27

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------x
NATIONAL DISTRIBUTION WAREHOUSE INC.,

                                Plaintiff,                    Index No._____

        - against -

GENERAL WIRELESS OPERATIONS INC. d/b/a
RADIOSHACK, STANDARD GENERAL L.P., and
ROBERT LAVAN,

                                Defendants.
-----------------------------------------------------------x

## AFFIRMATION OF FRANK R. SEDDIO, ESQ. IN SUPPORT OF EMERGENCY ORDER TO SHOW CAUSE FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

        Frank R. Seddio, an attorney duly admitted to practice before the courts of this State,

affirms the following pursuant to CPLR 2106:

        1.      I am a member of the bar of this Court and of Seddio & Associates, P.C., co-

counsel for Plaintiff National Distribution Warehouse Inc. ("Plaintiff" or "NDWI").

        2.      I submit this affirmation in support of Defendant's emergency application for an

Order: (i) pursuant to CPLR 6301, pending the resolution of this action, enjoining Defendants,

their agents, employees, attorneys, successors, or any entity or individual acting on their behalf

or in concert or participation with them, from selling, transferring, or otherwise disposing of any

of the goods provided to Defendants by Plaintiff that Defendants have failed to pay for and

which are the subject of this action, or in the alternative (ii) ordering Defendants to place the

monies owed for these goods into escrow pending resolution of this action; and (iii) granting

such other and further relief as the Court deems just and proper.

1

3.      This is an action for, inter alia, fraudulent inducement, breach of contract, account stated, and unjust enrichment arising from Defendant General Wireless Operations Inc. d/b/a RadioShack's ("General Wireless" or "RadioShack") fraudulent conduct and retention of millions of dollars of merchandise delivered by Plaintiff while failing to pay Plaintiff over $1,621,371.49 owed for these products.

4.      Through this action, Plaintiff seeks to recover the property rightfully belonging to it, and damages it has incurred as a result of defendants' misconduct.

## BACKGROUND

5.      Plaintiff is in the business of importing and distributing consumer products, including Smartphone protective cases and other phone-related products.

6.      In or about 2015, RadioShack filed for Chapter 11 bankruptcy protection. Plaintiff had been doing business with RadioShack for approximately 12 years.

7.      As part of its Chapter 11 reorganization, on or about July 1, 2015 Standard General bought RadioShack and created a subsidiary, General Wireless, to operate under the RadioShack name.  Standard General de facto operates General Wireless.

8.      Thereafter, Robert Lavan, Chairman of General Wireless and an executive with Standard General, contacted Green and informed Green that Lavan was the new Chairman of General Wireless, the company that had bought RadioShack.  Lavan invited Green to dinner to discuss "mutual business opportunities."  This discussion was the beginning of defendants' scheme to lure Plaintiff to provide millions of dollars of goods by misrepresenting RadioShack's true financial condition and intent.

9.      On or about June 1, 2016, Green and Lavan met for lunch, during which Lavan lured Plaintiff into providing products to RadioShack with substantial credit by mispresenting

2

RadioShack's true financial condition and its intent in seeking goods from Plaintiff. In truth, RadioShack at that time was seeking as much inventory as possible in order be able to fraudulently satisfy their Asset-Backed Lender requirements and keep their lines of credit, and sought obtain as many goods on credit as possible, while not intending to actually pay for them.

10.     Lavan also asked Plaintiff to work on selling RadioShack branded products into retailers throughout the United States.  Lavan proposed to Green that Plaintiff should start a campaign for RadioShack to make the RadioShack brand extend into all mainstream retailers as an alternate option for Alkaline batteries.  Lavan stressed the importance of NDWI as a core vendor to RadioShack.

11.     Lavan misrepresented to Green that General Wireless was in good financial condition and was "turning the company around completely."  In order to obtain goods on credit, Lavan further told Green that as long as General Wireless and Lavan and his team were around they would not have financial issues with any of their business dealings with RadioShack because the business was being well-run and RadioShack was able to, and would, pay them promptly.   These representations were false at the time they were made.  RadioShack was facing imminent insolvency.

12.     Beginning in July 2016, RadioShack began ordering 4 items from Plaintiff for the upcoming holiday season on net 60 terms.

13.     Shortly thereafter, in or about the end of August 2016, RadioShack was late on payments and RadioShack VP of merchandising Diane Kinzer and Director of Finance Gordon Briscoe set up a plan on how payments were to be made for the holiday orders to Plaintiff.

14.     Specifically, Plaintiff and RadioShack agreed to different payment terms for three of the four holiday items—these items amounted to approximately $900,000.00. Specifically,

3

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM
NYSCEF DOC. NO. 3                                                                      RECEIVED NYSCEF: 02/06/2017

Defendants agreed to pay to 15% of the total upon shipping, 35% after 30 days and the balance of 50% in 60 days.

15.     Between July and September 2016, RadioShack placed over $1,000,000.00 in orders for 4 items for the upcoming holiday season. Thereafter, Plaintiff continued to fill orders for RadioShack, relying on RadioShack's misrepresentations.

16.     The process for orders was as follows: RadioShack would contact NDWI for specific products, often giving a list of desired products to NDWI to determine if said products were in stock or if NDWI could manufacture these products. NDWI would also offer product presentations to RadioShack for its consideration. If RadioShack desired a specific product, NDWI would send RadioShack a set up sheet with the specifications of the item. This sheet would include the price for the item, and if there was any adjustment in pricing NDWI would send an email alerting an updated price. RadioShack would generally accept the proposed price but if RadioShack sought a lower price it would contact NDWI asking for a lower price. After receiving the set-up sheet and agreeing to pricing, RadioShack would either email or fax purchase orders to NDWI.

17.     RadioShack would also send an "Open Items Report" on a weekly basis showing all new and outstanding purchase orders. This would include the Purchase Order Number, item name, part number, description, UPC code, price, quantity, order date, expected ship date and expected receipt date.

18.     As was regular practice, prior to shipment Plaintiff would email RadioShack for pre-shipment authorizations. RadioShack would then schedule the shipping carrier to come and pick up the shipments from Plaintiff in Brooklyn NY or from one Plaintiffs' third party logistics facilities in California and New Jersey. Each shipment included a packing list. Plaintiff would

4

then send an invoice by email to the accounts payable department of RadioShack, with basic item details, including price.

19.    The last payment Plaintiff received from RadioShack was on November 21, 2016 in the amount of $16,795.50. As of the date of this filing, RadioShack received at least $1,621,371.49 worth of products that RadioShack failed to pay for despite being contractually obligated to do so.

20.    While continuously making these orders, RadioShack never notified Plaintiff of any problems with any shipments or with the items.

21.    On or about December 15, 2016, Green asked Jarod Smith, finance director for RadioShack, for an update as to payment. Smith told Green that RadioShack was going through some organizational changes and that he would provide an update later.

22.    On or about December 21, 2016, Green contacted Defendant Diane Kinzer, vice president of merchandising for RadioShack, and was told that she was not allowed to "talk with him." Kinzer suggested Green should call Robert Lavan or Brad Tobin, RadioShack's general counsel.

23.    On or about and through December 27, 2016 and December 28, 2016, Green emailed Brad Tobin, Robert Lavan and the other RadioShack executives requesting payment. In response, Green received a call from Brad Tobin who that Green should not email Lavan as those emails are "not helping his case." Upon information and belief, after luring Plaintiff into providing the orders with credit by misrepresenting the precarious financial condition of RadioShack and its imminent insolvency, Lavan instructed RadioShack employees not to provide any payment to Plaintiff.

24. On or about January 3, 2017, and without any further contact by RadioShack executives, Green reached out to Brad Tobin asking to meet him and/or Lavan but was rebuffed.

25. Finally, at a meeting held on or about January 31, 2016 with Lavan and Tobin, Green was told by RadioShack that they would not pay for any of the items and that RadioShack was not paying suppliers for products that remained unsold and in its inventory. Upon information and belief, RadioShack is facing imminent insolvency and at all relevant times was planning on undertaking a liquidation of its assets and filing for bankruptcy, including when it ordered the items from Plaintiff.

26. While continuing to provide these items to RadioShack, NDWI never received emails or correspondence about quality concerns or products not functioning well.

## PROCEDURAL BACKGROUND

27. Simultaneously with the filing of this Order to Show Cause, on February 6, 2017, Plaintiff commenced this proceeding by filing a summons and complaint. A copy of the Summons and Complaint is attached hereto as Exhibit A.

28. Plaintiff now moves for injunctive relief to prevent the irreparable harm that will result if Defendants are allowed to sell the goods fraudulently obtained from Plaintiff.

## ARGUMENT

### I

**THE COURT SHOULD ISSUE A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION BARRING DEFENDANTS FROM TRANSFERRING OR SELLING THE ITEMS AT ISSUE IN THIS PROCEEDING PENDING THE RESOLUTION OF THIS ACTION**

29. "On a motion for a preliminary injunction, the movant must prove three things: (1) the likelihood of his ultimate success on the merits, (2) irreparable injury to the movant absent granting of a preliminary injunction, and (3) a balancing of the equities." *Melvin v Union*

*Coll.*, 195 A.D.2d 447, 448 (2d Dept. 1993) (citations omitted). "However, the existence of a factual dispute will not bar the imposition of a preliminary injunction if it is necessary to preserve the status quo and the party to be enjoined will suffer no great hardship as a result of its issuance." *Id*

30.     Here, Plaintiff meets all three criteria for the issuance of a preliminary injunction.

**A. Plaintiff is Likely to Succeed on the Merits of His Claims**

31.     Plaintiff is likely to succeed on the merits of his claims. The documentary evidence and testimony of Seth Green, CEO of Plaintiff, shows that RadioShack received the disputed items amounting to $1,621,371.49, has not paid for them, and initially obtained them on credit through misrepresentations as to RadioShack's financial condition and intentions. *See* Green Affirmation, ¶¶ 9-31.

32.     Plaintiff will thus likely succeed on his contract-based claims. There can be no dispute that these items were provided, that the price and terms were agreed upon, and payment has not been made. *Id.*

33.     Plaintiff will also likely succeed on his alternative claim of fraudulent inducement. "To state a claim for fraudulent inducement, there must be a knowing misrepresentation of material present fact, which is intended to deceive another party and induce that party to act on it, resulting in injury." *Gosmile, Inc. v Levine*, 81 AD3d 77, 81 (1st Dept 2010) (citations omitted). A fraudulent inducement claim may be plead in the alternative to a breach of contract claim where there was a "misrepresentation of present facts." *Id.* ("This Court, as well as the Court of Appeals, has held that a misrepresentation of present facts, unlike a misrepresentation of future intent to perform under the contract, is collateral to the contract, even though it may have induced the plaintiff to sign it, and therefore involves a separate breach of

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM
NYSCEF DOC. NO. 3

Case 1:17-cv-00753-CBA-JO Document 1 Filed 02/09/17 Page 34 of 189 PageID #: 34
INDEX NO. 502397/2017
RECEIVED NYSCEF: 02/06/2017

duty.") (citations omitted); *See also First Bank of Americas v Motor Car Funding, Inc.*, 257 AD2d 287, 292 (1st Dept 1999) ("The core of plaintiff's claim is that defendants intentionally misrepresented material facts about various individual loans so that they would appear to satisfy these warranties, because otherwise plaintiff would have neither the obligation nor the desire to purchase them. This is fraud, not breach of contract.").

34.     Here, Plaintiff will likely succeed on his claim for fraudulent inducement because the evidence shows that RadioShack and its executives misrepresented the financial condition of RadioShack in order to induce Plaintiff to sell these items to RadioShack on substantial credit and were never able or willing to pay for these items, only making these orders to get as much inventory as possible on credit to satisfy their asset backed lender requirements. *See* Green Affirm. ¶¶ 9-31. Plaintiff reasonably relied on these misrepresentations and was fraudulently induced to enter into these contracts.

**B. Plaintiff Will Be Irreparably Harmed Absent the Issuance of a Preliminary Injunction**

35.     Absent an injunction enjoining the further sale or transfer of the items provided to RadioShack by Plaintiff (or, in the alternative, ordering the owed funds into escrow), Plaintiff will suffer irreparable harm because it will be unable to recover these items—as it will be entitled to do—or damages for the loss of these items. As detailed in the testimony of Seth Green, RadioShack is planning, and has been planning, a liquidation and bankruptcy filing.

36.     Thus, if these items are allowed to be sold and transferred, Plaintiff will never be able to obtain restitution of these items even after prevailing on its fraudulent inducement claim and obtaining rescission of the contracts. Furthermore, with RadioShack planning on a liquidation, Plaintiff will likely not even be able to recover any monetary damages. *Van Valkenburgh, Nooger & Neville, Inc. v Hayden Pub. Co.*, 30 NY2d 34, 47 (1972) ("If the action

8

has been properly held to be one merely for breach of contract for which money damages afford a sufficient remedy, an injunction" may be appropriate if there is "some showing of imminent risk of frustration of a resulting judgment, such as insolvency or siphoning off of assets.").

37.    Thus, absent an injunction, Plaintiff stands to suffer a total loss of all the items it provided to Plaintiff without adequate remedy at law.

**C. The Equities Favor Plaintiff**

38.    The equities here favor Plaintiff because it stands to suffer the complete loss of items and monies belonging to it, while an injunction will not harm Defendants as they are merely being stayed from transferring or selling items they obtained through fraud and that they have not paid anything for.   An injunction will merely maintain the *status quo*.

39.    Accordingly, for these reasons, and the reasons detailed in the annexed Green Affirmation, the Court should grant a temporary restraining order and preliminary injunction pending the resolution of this action.

**D. Notification to Opposing Counsel**

40.    Prior to the filing of this motion, on February 6, 2016, my co-counsel, Allen Schwartz, Esq. notified Defendant RadioShack via e-mail to its General Counsel Brad Tobin, Defendant Standard General via email to its General Counsel Gail Steiner, and to Defendant Robert Lavan via email, that we would be applying for the relief set forth in the attached Order to Show Cause, in Room 295, at the Courthouse located at 360 Adams Street, Brooklyn, New York, on February 7, 2017 at approximately 2:30 p.m.  In our notice, we informed Defendants as to the relief we would be seeking in the attached order.  A copy of the notice is attached to this affirmation as Exhibit B.

9

Case 1:17-cv-00753-CBA-JO   Document 1   Filed 02/09/17   Page 36 of 189 PageID #: 36
INDEX NO. 502097/2017
RECEIVED NYSCEF: 02/06/2017

41.    No prior application for the relief requested herein has been made to this or any other court.

## CONCLUSION

42.    Wherefore, for the reasons detailed herein, Plaintiff respectfully requests that the Court grant this motion in its entirety.

Dated: Brooklyn, New York
       February 6, 2016

_____/s/_____
                          Frank Seddio, Esq.
                          *Co-Counsel for Plaintiff*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
----------------------------------------------------------x
NATIONAL DISTRIBUTION WAREHOUSE INC.,

|  |  |
|---|---|
| Plaintiff, | Index No._____ |
| - against - | Date Filed: |
| GENERAL WIRELESS OPERATIONS INC. d/b/a RADIOSHACK, STANDARD GENERAL L.P., and ROBERT LAVAN, | **SUMMONS** |
| Defendants. |  |

----------------------------------------------------------x

**TO THE ABOVE NAMED DEFENDANTS:**

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on Plaintiff's Attorney within twenty (20) days after the service of this summons, exclusive of the day of service (or within thirty (30) days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to answer or appear, judgment will be taken against you by default for the relief demanded in the notice set forth below and in the complaint.

Plaintiff designates Kings County as the venue for trial. The basis for venue is that Plaintiff resides in Kings County.

Dated: Brooklyn, New York
February 6, 2017

By:  /s/_____
Frank R. Seddio, Esq.

**SEDDIO & ASSOCIATES, P.C.**
Frank R. Seddio, Esq.
9306 Flatlands Avenue
Brooklyn, New York 11236
(718) 272-6040
Seddiolaw@gmail.com

-and-

1

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM
NYSCEF DOC. NO. 4

INDEX NO. 502397/2017

RECEIVED NYSCEF: 02/06/2017

**LAW OFFICE OF ALLEN
SCHWARTZ, ESQ.**
Allen Schwartz, Esq.
1724 Burnett Street
Brooklyn, New York 11229
Tel: 917-765-4147
Cell: 773-808-8972
Email: allenschwartzlaw@gmail.com

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------x
NATIONAL DISTRIBUTION WAREHOUSE INC.,

Index No.:

Plaintiff,

- against -

**VERIFIED COMPLAINT**

GENERAL WIRELESS OPERATIONS INC. d/b/a
RADIOSHACK, STANDARD GENERAL L.P., and
ROBERT LAVAN,

Defendants.
-------------------------------------------------------------x

Plaintiff National Distribution Warehouse Inc. ("Plaintiff" or "NDWI") by and through its undersigned counsel, alleges, for its verified complaint against defendants, as follows:

1.    This is an action for, inter alia, fraudulent inducement, breach of contract, account stated, and unjust enrichment arising from defendants' fraudulent conduct and retention of millions of dollars of merchandise delivered by Plaintiff while failing to pay Plaintiff the monies owed for these products.

2.    Through this action, Plaintiff seeks to recover the property rightfully belonging to it, and the damages it has incurred as a result of defendants' misconduct.

## PARTIES

3.    Plaintiff National Distribution Warehouse Inc. is a New York corporation with its principle place of business in Kings County, New York.  It is in the business of wholesale distribution of consumer products.

3

4. Defendant General Wireless Operations Inc. d/b/a RadioShack ("General Wireless" or RadioShack") is upon information and belief a Texas corporation with its principal place of business in Texas. General Wireless operates RadioShack branded stores throughout the State of New York. General Wireless is subject to the personal jurisdiction of courts in the State of New York because it operates numerous stores within the State of New York, including in Kings County, and has entered into contracts to supply goods and services in the State of New York, and uses real property situated within the State of New York.

5. Defendant Standard General L.P. ("Standard General") is a limited partnership in the State of New York with its principal place of business located in the County of New York and State of New York. Standard General is a hedge fund and the principal owner of General Wireless. It, upon information and belief, de facto operates General Wireless, shares many of the same executives, communicated with Plaintiff regarding the matters set forth herein from its email accounts, and otherwise operates General Wireless. Standard General is thus the true prime mover behind RadioShack's actions and thus responsible for the misconduct detailed herein.

6. Defendant Robert Lavan ("Lavan") is upon information and belief the Chairman of General Wireless and an executive with Standard General. Upon information and belief, he resides in the State of New York. Among other things, Lavan, as an executive for RadioShack and Standard General, engaged in tortious conduct within the State of New York.

**JURISDICTION AND VENUE**

7. Jurisdiction is proper in the State of New York because Defendants either reside in the State of New York and/or qualify for personal jurisdiction under CPLR 302 because they transacted business within the state and/or contracts anywhere to supply goods or services in the

Case 1:17-cv-00753-CBA-JO   Document 1   Filed 02/09/17   Page 41 of 189 PageID #: 41

INDEX NO. 502397/2017
RECEIVED NYSCEF: 02/06/2017

State of New York, and/or committed a tortious act within the state, and/or own or use real property situated within the State of New York, including numerous RadioShack locations within the State of New York.

8.    Venue is proper in King County because Plaintiff resides in Kings County.

## FACTUAL BACKGROUND

9.    Plaintiff is in the business of importing and distributing consumer products, including Smartphone protective cases and other phone-related products.

10.    In or about 2015, RadioShack filed for Chapter 11 bankruptcy protection. Plaintiff had been doing business with RadioShack for approximately 12 years.

11.    As part of its Chapter 11 reorganization, on or about July 1, 2015 Standard General bought RadioShack and created a subsidiary, General Wireless, to operate under the RadioShack name.  Standard General de facto operates General Wireless.

12.    Thereafter, Robert Lavan contacted Green and informed Green that Lavan was the new Chairman of General Wireless, the company that had bought RadioShack.  Lavan invited Green to dinner to discuss "mutual business opportunities."  This discussion was the beginning of defendants' scheme to lure Plaintiff to provide millions of dollars of goods by misrepresenting RadioShack's true financial condition and intent.

13.    On or about June 1, 2016, Green and Lavan met for lunch in New York, during which Lavan lured Plaintiff into providing products to RadioShack with substantial credit by mispresenting RadioShack's true financial condition and its intent in seeking goods from Plaintiff. In truth, RadioShack at that time was seeking as much inventory as possible in order be able to fraudulently satisfy their Asset-Backed Lender requirements—Royal Bank of Canada

was one such lender--and keep their lines of credit open, and thus sought obtain as many goods on credit as possible, while not intending to actually pay for them.

14. Lavan also asked Plaintiff to work on selling RadioShack branded products into retailers throughout the United States. Lavan proposed to Green that Plaintiff should start a campaign for RadioShack to make the RadioShack brand extend into all mainstream retailers as an alternate option for Alkaline batteries. Lavan stressed the importance of NDWI as a core vendor to RadioShack.

15. Lavan misrepresented to Green that General Wireless was in good financial condition and was "turning the company around completely." In order to obtain goods on credit, Lavan further told Green that as long as General Wireless and Lavan and his team were around they would not have financial issues with any of their business dealings with RadioShack because the business was being well-run and RadioShack was able to, and would, pay them promptly. These representations were false at the time they were made. RadioShack was facing imminent insolvency.

16. Beginning in July 2016, RadioShack began ordering 4 items from Plaintiff for the upcoming holiday season on net 60 terms.

17. Shortly thereafter, in or about the end of August 2016, RadioShack was late on payments and RadioShack VP of merchandising Diane Kinzer and Director of Finance Gordon Briscoe set up a plan on how payments were to be made for the holiday orders to Plaintiff.

18. Specifically, Plaintiff and RadioShack agreed to different payment terms for three of the four holiday items—these items amounted to approximately $900,000.00. Specifically, Defendants agreed to pay to 15% of the total upon shipping, 35% after 30 days and the balance of 50% in 60 days.

6

19.     The process for orders was as follows: RadioShack would contact NDWI for specific products, often giving a list of desired products to NDWI to determine if said products were in stock or if NDWI could manufacture these products. NDWI would also offer product presentations to RadioShack for its consideration. If RadioShack desired a specific product, NDWI would send RadioShack a set up sheet with the specifications of the item. This sheet would include the price for the item, and if there was any adjustment in pricing NDWI would send an email alerting an updated price. RadioShack would generally accept the proposed price but if RadioShack sought a lower price it would contact NDWI asking for a lower price. After receiving the set-up sheet and agreeing to pricing, RadioShack would either email or fax purchase orders to NDWI.

20.     RadioShack would also send an "Open Items Report" on a weekly basis showing all new and outstanding purchase orders. This would include the Purchase Order Number, item name, part number, description, UPC code, price, quantity, order date, expected ship date and expected receipt date.

21.     As was regular practice, prior to shipment Plaintiff would email RadioShack for pre-shipment authorizations. RadioShack would then schedule the shipping carrier to come and pick up the shipments from Plaintiff in Brooklyn NY or from one Plaintiffs' third party logistics facilities in California and New Jersey. Each shipment included a packing list. Plaintiff would then send an invoice by email to the accounts payable department of RadioShack, with basic item details, including price.

22.     The last payment Plaintiff received from RadioShack was on November 21, 2016 in the amount of $16,795.50.

7

23.     As of the date of this filing, RadioShack received at least $1,621,371.49 worth of products that RadioShack failed to pay for despite agreeing to, and being contractually obligated to, do so.

24.     While continuously making these orders, RadioShack never notified Plaintiff of any problems with any shipments or with the items.

25.     On or about December 15, 2016, Green asked Jarod Smith, finance director for RadioShack, for an update as to payment. Smith told Green that RadioShack was going through some organizational changes and that he would provide an update later.

26.     On or about December 21, 2016, Green contacted Defendant Diane Kinzer, vice president of merchandising for RadioShack, and was told that she was not allowed to "talk with him." Kinzer suggested Green should call Robert Lavan or Brad Tobin, RadioShack's general counsel.

27.     On or about and through December 27, 2016 and December 28, 2016, Green emailed Brad Tobin, Robert Lavan and the other RadioShack executives requesting payment. In response, Green received a call from Brad Tobin who that Green should not email Lavan as those emails are "not helping his case." Upon information and belief, after luring Plaintiff into providing the orders with credit by misrepresenting the precarious financial condition of RadioShack and its imminent insolvency, Lavan instructed RadioShack employees not to provide any payment to Plaintiff.

28.     On or about January 3, 2017, and without any further contact by RadioShack executives, Green reached out to Brad Tobin asking to meet him and/or Lavan but was rebuffed.

29.     Finally, at a meeting held on or about January 31, 2016 with Lavan and Tobin, Green was told by RadioShack that they would not pay for any of the items and that RadioShack

8

was not paying suppliers for products that remained unsold and in its inventory. Upon information and belief, RadioShack is facing imminent insolvency and at all relevant times was planning on undertaking a liquidation of its assets and filing for bankruptcy, including when it ordered the items from Plaintiff.

30. While continuing to provide these items to RadioShack, NDWI never received emails or correspondence about quality concerns or products not functioning well.

31. Plaintiff now brings this action to recover its damages, or in the alternative, to recover the items provided to RadioShack.

## FIRST CAUSE OF ACTION
### (Breach of Contract)

32. Plaintiff repeats and realleges all allegations in all preceding paragraphs as if fully set forth herein.

33. As set forth above, the parties entered into contracts for the sale of goods.

34. Plaintiff performed all obligations under the contracts that were its obligation to perform.

35. Defendants breached the contracts by failing to make the agreed upon payments.

36. Plaintiff spent significant funds to meet its obligation under the contracts and has suffered damages.

37. In addition to the aforementioned breaches, in the summer of 2015, General Wireless entered into a contract with Plaintiff and wired Plaintiff $436,388.20 to pre-pay for an order for an HDMI component and HDMI composite adapter. Plaintiff ordered the item from the manufacturer, Good Mind Industries Company Ltd., since RadioShack was unable to purchase directly from the manufacturer as a result of RadioShack's bankruptcy and deteriorated relationship with said manufacturer.

9

38.     Then, after placing this order, RadioShack repaired its relationship with the manufacturer and instructed the manufacturer that they were not allowed to sell these items to Plaintiff or they would lose RadioShack's business.  RadioShack did this so it could purchase the items directly from the manufacturer at a discount.

39.     As a result, Plaintiff could not deliver the items to RadioShack.  Plaintiff wired the order money to RadioShack, but remains entitled to its damages from RadioShack's breach of this contract.

40.     Judgment should be rendered against defendants in favor of plaintiff in an amount to be determined at trial, but estimated to exceed $1,621,371.49, prejudgment interest, costs, and legal fees.

## SECOND CAUSE OF ACTION
### (Account Stated)

41.     Plaintiff repeats and realleges all allegations in all preceding paragraphs as if fully set forth herein.

42.     As set forth above, the parties entered into contracts for the sale of goods for which they agreed to make payment in the amounts agreed upon.

43.     Plaintiff provided goods to Defendants and presented accounts and invoices to Defendants.

44.     Defendants accepted the goods and invoices and did not object within a reasonable time.

45.     Accordingly, judgment should be rendered against defendants in favor of plaintiff in an amount to be determined at trial, but estimated to exceed $1,621,371.49, plus prejudgment interest, costs, and legal fees to enforce.

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM INDEX NO. 502397/2017
NYSCEF DOC. NO. 4                                                        RECEIVED NYSCEF: 02/06/2017

## THIRD CAUSE OF ACTION
### (Declaratory Judgment)

46.    Plaintiff repeats and realleges each of the allegations set forth in each preceding paragraph, as if fully set forth herein.

47.    As set forth above, the parties entered into contracts for the sale of goods.

48.    Plaintiff performed all obligations under the contracts.

49.    Defendant breached the contracts as detailed above.

50.    The present dispute presents a justiciable controversy in which the issues are present, real, definite, and substantial and affect existing legal relations between plaintiff and defendant.  Without a declaration of rights, plaintiff would be unable to receive the benefits of the contracts for which it had bargained.

51.    Accordingly, plaintiff is entitled to a judgment declaring that defendants willfully and materially breached the contracts.

52.    Plaintiff has no adequate remedy at law.

## FOURTH CAUSE OF ACTION
### (Unjust Enrichment)

53.    Plaintiff repeats and realleges and incorporates by reference all allegations in all preceding paragraphs as if fully set forth herein.

54.    As set forth above, the parties entered into contracts for the sale of goods.

55.    This contracts were entered into on the basis of Defendants' misrepresentations.

56.    Plaintiff performed all obligations under the contracts that were its obligation to perform.

57.    Defendants accepted the goods without making payment.

11

58.     As a result, Defendants were unjustly enriched with assets rightfully belonging to Plaintiff, and it would not be in good conscience to allow Defendants to retain these assets without paying for them.

59.     Plaintiff has no adequate remedy at law.

## FIFTH CAUSE OF ACTION
### (Goods Sold and Delivered)

60.     Plaintiff repeats and realleges each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

61.     Plaintiff and General Wireless entered into a contract for the sale of goods on terms of credit.

62.     Plaintiff delivered said goods to defendant in accordance with the contract, and the terms of credit have since expired.

63.     As a result of Defendants' failure to pay for these goods, Plaintiff has been damaged in an amount to be determined at trial, but estimated to exceed $1,621,371.49.

## SIXTH CAUSE OF ACTION
### (Fraudulent Inducement)

64.     Plaintiff repeats and realleges each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

65.     Defendants fraudulently induced Plaintiff into entering into contracts to provide RadioShack with goods.  To induce Plaintiff to deliver goods, among other things, Defendants misrepresented to plaintiff that its financial condition was good, that it should therefore be given substantial credit, and that it had turned around its business. All of these representations were false and were made with the intent to deceive Plaintiff and to induce it into entering into the above-referenced contracts.

12

66.     Defendant Lavan lured Plaintiff into providing products to RadioShack with substantial credit by misrepresenting RadioShack's true financial condition and its intent in seeking goods from Plaintiff. In truth, RadioShack at that time was seeking as much inventory as possible in order be able to fraudulently satisfy their Asset-Backed Lender requirements and keep their lines of credit open, and sought obtain as many goods on credit as possible, while knowing they would be unable to pay for them and without intending to actually pay for them.

67.     Lavan misrepresented to Green that General Wireless was in good financial condition and was "turning the company around completely." In order to obtain goods on credit, Lavan further told Green that as long as General Wireless and Lavan and his team were around they would not have financial issues with any of their business dealings with RadioShack because the business was being well-run and RadioShack was able to, and would, pay them promptly. In truth, RadioShack was facing imminent insolvency and these representations were false at the time they were made.

68.     RadioShack furthermore had an affirmative obligation to disclose its imminent insolvency based upon the relationship between the parties arising out of contract and since this information was exclusively in its possession and unknowable to outside parties.

69.     In reliance on RadioShack's affirmative misrepresentations, Plaintiff delivered the goods to RadioShack.

70.     Plaintiff justifiably relied upon RadioShack's misrepresentations, inter alia, because of its lengthy business history with RadioShack and because this information was exclusively in the possession of Defendants.

71.     But for these misrepresentations, Plaintiff would not have entered into these contracts.

13

72.     As a direct and proximate result of Defendants' actions, Plaintiff has sustained injury, the precise amount to be determined at trial.

## SEVENTH CAUSE OF ACTION
### (Rescission)

73.     Plaintiff realleges and incorporates by reference all allegations in all preceding paragraphs as if fully set forth herein.

74.     Defendants fraudulently induced Plaintiff into entering into contracts to provide RadioShack with goods.  To induce Plaintiff to deliver goods on credit Defendants, among other things, misrepresented to Plaintiff that its financial condition was good, that it should therefore be given substantial credit, and that it had turned around its business. All of these representations were false and were made with the intent to deceive Plaintiff and to induce it into entering into the above-referenced contracts.

75.     Defendant Lavan lured Plaintiff into providing products to RadioShack with substantial credit by mispresenting RadioShack's true financial condition and its intent in seeking goods from Plaintiff. In truth, RadioShack at that time was seeking as much inventory as possible in order be able to fraudulently satisfy their Asset-Backed Lender requirements and keep their lines of credit open, and sought obtain as many goods on credit as possible, while knowing they would be unable to pay for them and without intending to actually pay for them.

76.     Lavan misrepresented to Green that General Wireless was in good financial condition and was "turning the company around completely."  In order to obtain goods on credit, Lavan further told Green that as long as General Wireless and Lavan and his team were around they would not have financial issues with any of their business dealings with RadioShack because the business was being well-run and RadioShack was able to, and would, pay them

14

promptly. In truth, RadioShack was facing imminent insolvency and these representations were false at the time they were made.

77.     RadioShack furthermore had an affirmative obligation to disclose its imminent insolvency based upon the relationship between the parties arising out of contract and since this information was exclusively in its possession and unknowable to outside parties.

78.     In reliance on RadioShack's affirmative misrepresentations, Plaintiff delivered the goods.

79.     Plaintiff justifiably relied upon RadioShack's misrepresentations, inter alia, because of its lengthy business history with RadioShack and because this information was exclusively in the possession of Defendants.

80.     But for these misrepresentations, Plaintiff would not have entered into these contracts.

81.     Plaintiff is unable to receive the benefit of his bargain.

82.     Defendants' breach of the contract and fraudulent misrepresentations relating to the contracts was material and willful or so substantial and fundamental as to strongly tend to defeat the object of the parties in making the Contract.

83.     As a direct and proximate result of the above, the Court should order the rescission of the contracts, and award Plaintiff damages for the expenses incurred by Plaintiff in connection with the contracts.

### EIGHTH CASUE OF ACTION
### (Tortious Interference with Contract)

84.     Plaintiff repeats and realleges each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM
NYSCEF DOC. NO. 4

INDEX NO. 503797/2017
RECEIVED NYSCEF: 02/06/2017

85.   In the summer of 2015, General Wireless entered into a contract with Plaintiff and wired Plaintiff $436,388.20 to pre-pay for an order for an HDMI component and HDMI composite adapter.  Plaintiff then entered into a valid contract with the manufacturer, Good Mind Industries Company Ltd., to purchase said items.  RadioShack was unable to purchase directly from the manufacturer as a result of RadioShack's bankruptcy and deteriorated relationship with said manufacturer.

86.   Then, after Plaintiff had placed this order, RadioShack repaired its relationship with the manufacturer and instructed the manufacturer that they were not allowed to sell these items to Plaintiff or they would lose RadioShack's business.  RadioShack was aware of Plaintiff's contract with the manufacturer.  RadioShack did this intentionally so it could purchase the items directly from the manufacturer at a discount.

87.   As a result, the manufacturer breached its contract with Plaintiff and did not deliver the items to RadioShack.

88.   Plaintiff returned the order money to RadioShack, but remains entitled to its damages and lost profits from RadioShack's breach of its contract with Plaintiff and its tortious interference with Plaintiff's contract with the manufacturer.

89.   Accordingly, judgment should be rendered against defendants in favor of plaintiff in an amount to be determined at trial, plus prejudgment interest, costs, and legal fees.

## NINTH CASUE OF ACTION
### (Promissory Estoppel)

90.   Plaintiff repeats and realleges each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

91.    RadioShack would regularly send forecasts of anticipated orders so that NDWI was prepared to fill them.  Plaintiff would purchase or manufacture special items for RadioShack on the basis of these forecasts.  These forecasts amounted to over $800,000.00.

92.    These forecasts, under Plaintiff's vendor arrangement with RadioShack and its its ongoing business dealings with RadioShack, amounted to clear and unambiguous promises by RadioShack to purchase these items and Plaintiff reasonably relied upon them.

93.    As a result of said reliance, Plaintiff suffered damages.

94.    Accordingly, judgment should be rendered against defendants in favor of plaintiff in an amount to be determined at trial, plus prejudgment interest, costs, and legal fees.

## CLAIM FOR RELIEF

**WHEREFORE,** Plaintiff respectfully requests that judgment be granted against defendants, jointly and severally, as follows:

a)   On the Third Cause of Action, declaring that defendants willfully and materially breached their contractual obligations to Plaintiff;

b)   On the First, Second, Third, Fifth, Eighth and Ninth Causes of Action, awarding Plaintiff its full measure of compensatory and consequential damages, the precise amount to be determined at trial; and

c)   On the Sixth and Seventh Causes of Action, rescinding the contracts, and ordering defendants to provide restitution and return the goods provided by Plaintiff and awarding damages; and

d)   Awarding Attorney's Fees, Costs, prejudgment interest, and such other and further relief as the court deems just and proper.

17

Case 1:17-cv-00753-CBA-JO   Document 1   Filed 02/09/17   Page 54 of 189 PageID #: 54

Dated: Brooklyn, New York
February 6, 2017

By:   /s/_____
       Frank R. Seddio, Esq.

**SEDDIO & ASSOCIATES, P.C.**
Frank R. Seddio, Esq.
9306 Flatlands Avenue
Brooklyn, New York 11236
(718) 272-6040
Seddiolaw@gmail.com

-and-

**LAW OFFICE OF ALLEN
SCHWARTZ, ESQ.**
Allen Schwartz, Esq.
1724 Burnett Street
Brooklyn, New York 11229
Tel: 917-765-4147
Cell: 773-808-8972
Email: allenschwartzlaw@gmail.com

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM          INDEX NO. 502597/2017
NYSCEF DOC. NO. 4                                      RECEIVED NYSCEF: 02/06/2017

## VERIFICATION

STATE OF NEW YORK    )
                         : ss.:

COUNTY OF KINGS     )

Seth Green, who because of his religious beliefs cannot swear, solemnly affirms under the penalty of perjury, as follows: I am CEO and co-owner of the plaintiff in the above-captioned action. I have read the foregoing verified complaint and know the contents thereof; the same is true to my own knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true.

_____
Seth Green

Affirmed to before me
this 6 day of Feb, 2017

_____
Notary Public

IAN D GRECHEK
NOTARY PUBLIC STATE OF NEW YORK
KINGS COUNTY
LIC. #01GR6090N65
COMM. EXP. 02/28/19

19

Gmail - 22 NYCRR 202.7(b) Notice of Application for Injunctive Relief

 Gmail

Allen Schwartz <allenschwartzlaw@gmail.com>

## 22 NYCRR 202.7(b) Notice of Application for Injunctive Relief

**Allen Schwartz** <allenschwartzlaw@gmail.com>                          Mon, Feb 6, 2017 at 2:06 PM
To: brad.tobin@radioshack.com, legal@standgen.com, Robert.Lavan@radioshack.com

Gentlemen and Gentlewomen:

Please take notice that National Distribution Warehouse Inc. will be filing an application for injunctive relief against General Wireless Operations Inc. d/b/a RadioShack ("General Wireless"), Standard General L.P. ("Standard General"), and Robert Lavan ("Lavan") seeking an Order: (i) pursuant to CPLR 6301, pending resolution of the action, enjoining Defendants, their agents, employees, attorneys, successors, or any entity or individual acting on their behalf or in concert with them, from selling, transferring, or otherwise disposing of the goods provided to Defendants by Plaintiff that Defendants have failed to pay for, or in the alternative (ii) ordering Defendants to place the monies owed for these goods into escrow pending resolution of the action; and (iii) granting such other and further relief as the Court deems just and proper.

The motion will be filed in the Ex Parte Office, Room 295, of the Kings County Supreme Court, 360 Adams Street, Brooklyn, New York at approximately 2:30 pm on February 7, 2017.

Please be guided accordingly.

Thank you,

Allen Schwartz, Esq.
Law Office of Allen Schwartz, Esq.
1724 Burnett Street
Brooklyn, NY 11229
Cell:773-808-8972

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------x
NATIONAL DISTRIBUTION WAREHOUSE INC.,

                                      Index No.:

                  Plaintiff,

        - against -

GENERAL WIRELESS OPERATIONS INC. d/b/a
RADIOSHACK, STANDARD GENERAL L.P., and
ROBERT LAVAN,

                     Defendants.
------------------------------------------------------------x


## AFFIRMATION OF SETH GREEN IN SUPPORT OF PLAINTIFF'S EMERGENCY APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION


STATE OF NEW YORK    )
                            :ss:
COUNTY OF KINGS      )


       Seth Green, who does not swear for religious reasons, being duly deposed, affirms the

following under penalty of perjury:

        1.    I am CEO of Plaintiff National Distribution Warehouse Inc. ("Plaintiff" or

"NDWI"), Plaintiff in the above-captioned action.

        2.    I submit this affirmation in support of Plaintiff's emergency application for an

Order: (i) pursuant to CPLR 6301, pending the resolution of this action, enjoining Defendants,

their agents, employees, attorneys, successors, or any entity or individual acting on their behalf

or in concert or participation with them, from selling, transferring, or otherwise disposing of any

1

of the unsold goods provided to Defendants by Plaintiff that Defendants have failed to pay for that are the subject of this action, or in the alternative (ii) ordering Defendants to place the monies owed for these goods into escrow pending resolution of this action; and (iii) granting such other and further relief as the Court deems just and proper.

3.     This is an action for, inter alia, fraudulent inducement, breach of contract, account stated, and unjust enrichment arising from defendants' fraudulent conduct and retention of millions of dollars of merchandise delivered by Plaintiff while failing to pay Plaintiff the monies owed for these products.

4.     Through this action, Plaintiff seeks to recover the property rightfully belonging to it, and the damages it has incurred as a result of defendants' misconduct.

## I.     **The Parties**

5.     Plaintiff National Distribution Warehouse Inc. is a New York corporation with its principle place of business in Kings County, New York.  It is in the business of wholesale distribution of consumer products.

6.     Defendant General Wireless Operations Inc. d/b/a RadioShack ("General Wireless" or RadioShack") is upon information and belief a Texas corporation with its principal place of business in Texas.  General Wireless operates RadioShack branded stores throughout the State of New York.  General Wireless is subject to the personal jurisdiction of courts in the State of New York because it operates numerous stores within the State of New York, including in Kings Couny, and has entered into contracts to supply goods and services in the State of New York, and uses real property situated within the State of New York.

7.     Defendant Standard General L.P. ("Standard General") is a limited partnership in the State of New York with its principal place of business located in the County of New York

2

and State of New York.  Standard General is a hedge fund and the principal owner of General Wireless.  It, upon information and belief, de facto operates General Wireless, shares many of the same executives, communicated with Plaintiff regarding the matters set forth herein from its email accounts, and otherwise operates General Wireless.  Standard General is thus the prime mover behind RadioShack's actions and thus responsible for the misconduct detailed herein.

8.    Defendant Robert Lavan ("Lavan") is upon information and belief the Chairman of General Wireless and an executive with Standard General.

**II.    Defendants Defraud Plaintiff Out of Millions of Dollars**

9.    Plaintiff is in the business of importing and distributing consumer products, including Smartphone protective cases and other phone-related products.

10.    In or about 2015, RadioShack filed for Chapter 11 bankruptcy protection. Plaintiff had been doing business with RadioShack for approximately 12 years.

11.    As part of its Chapter 11 reorganization, on or about July 1, 2015 Standard General bought RadioShack and created a subsidiary, General Wireless, to operate under the RadioShack name.  Standard General de facto operates General Wireless.

12.    Thereafter, Robert Lavan contacted me and informed me that he was the new Chairman of General Wireless, the company that had bought RadioShack.  Lavan invited me to dinner to discuss "mutual business opportunities."  This discussion was the beginning of defendants' scheme to lure me and my company to provide millions of dollars of goods by misrepresenting RadioShack's true financial condition and intentions.

13.    On or about June 1, 2016, Lavan and I met for lunch, during which Lavan lured me into providing products to RadioShack with substantial credit by mispresenting RadioShack's true financial condition and its intent in seeking goods from Plaintiff. In truth, RadioShack at that

time was seeking as much inventory as possible in order be able to fraudulently satisfy their Asset-Backed Lending requirements and keep their lines of credit, and sought obtain as many goods on credit as possible as collateral, while knowing they would be unable to pay for them and without intending to actually pay for them.

14.    Lavan also asked me to work on selling RadioShack branded products into retailers throughout the United States. Lavan proposed to me that Plaintiff should start a campaign for RadioShack to make the RadioShack brand extend into all mainstream retailers as an alternate option for Alkaline batteries. Lavan stressed the importance of NDWI as a core vendor to RadioShack.

15.    Lavan misrepresented to me that General Wireless was in good financial condition and was "turning the company around completely." In order to obtain goods on credit, Lavan further told me that as long as General Wireless and Lavan and his team were around Plaintiff would not have financial issues with their business dealings with RadioShack because the business was being well-run and RadioShack was able to, and would, pay them promptly. These representations were false at the time they were made. RadioShack was facing imminent insolvency.

16.    Beginning in July 2016, RadioShack began ordering 4 items from Plaintiff for the upcoming holiday season on net 60 terms.

17.    Shortly thereafter, in or about the end of August 2016, RadioShack was late on payments and RadioShack VP of merchandising Diane Kinzer and Director of Finance Gordon Briscoe set up a plan on how payments were to be made for the holiday orders to Plaintiff.

18.    Specifically, Plaintiff and RadioShack agreed to different payment terms for three of the four holiday items—these items amounted to approximately $900,000.00. Specifically,

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM          INDEX NO. 502397/2017

NYSCEF DOC. NO. 6                                        RECEIVED NYSCEF: 02/06/2017

Defendants agreed to pay to 15% of the total upon shipping, 35% after 30 days and the balance of 50% in 60 days.

19.   Between July and September 2016, RadioShack placed over $1,000,000.00 in orders for 4 items for the upcoming holiday season. Thereafter, Plaintiff continued to fill orders for RadioShack, relying on RadioShack's misrepresentations.

20.   The process for orders was as follows: RadioShack would contact NDWI for specific products, often giving a list of desired products to NDWI to determine if said products were in stock or if NDWI could manufacture these products. NDWI would also offer product presentations to RadioShack for its consideration. If RadioShack desired a specific product, NDWI would send RadioShack a set up sheet with the specifications of the item.  This sheet would include the price for the item, and if there was any adjustment in pricing NDWI would send an email alerting an updated price.  RadioShack would generally accept the proposed price but If RadioShack sought a lower price it would contact NDWI asking for a lower price.  After receiving the set-up sheet and agreeing to pricing, RadioShack would either email or fax purchase orders to NDWI.  Copies of purchase orders at issue are attached hereto as Exhibit A.

21.   RadioShack would also send an "Open Items Report" on a weekly basis showing all new and outstanding purchase orders.  This would include the Purchase Order Number, item name, part number, description, UPC code, price, quantity, order date, expected ship date and expected receipt date.

22.   As was regular practice, prior to shipment Plaintiff would email RadioShack for pre-shipment authorizations.   RadioShack would then schedule the shipping carrier to come and pick up the shipments from Plaintiff in Brooklyn NY or from one Plaintiffs' third party logistics facilities in California and New Jersey.  Each shipment included a packing list.  Plaintiff then

send an invoice by email to the accounts payable department of RadioShack, with basic item details, including price. Copies of invoices at issue in these proceedings are attached hereto as Exhibit B.

23.  The last payment Plaintiff received from RadioShack was on November 21, 2016 in the amount of $16,795.50.

24.  As of the date of this filing, RadioShack received at least $1,621,371.49 worth of products that RadioShack failed to pay for despite being contractually obligated to do so.

25.  While continuously making these orders, RadioShack never notified Plaintiff of any problems with any shipments or with the items.

26.  On or about December 15, 2016, I asked Jarod Smith, finance director for RadioShack, for an update as to payment. Smith told me that RadioShack was going through some organizational changes and that he would provide an update later.

27.  On or about December 21, 2016, I contacted Diane Kinzer, RadioShack's vice president of merchandising, and was told that she was not allowed to "talk with me." Kinzer suggested I should call Robert Lavan or Brad Tobin, RadioShack's general counsel.

28.  On or about and through December 27, 2016 and December 28, 2016, I emailed Brad Tobin, Robert Lavan and the other RadioShack executives requesting payment. In response, I received a call from Brad Tobin who told me that I should not email Lavan as those emails are "not helping my case." Upon information and belief, after luring me into providing the orders with credit by misrepresenting the precarious financial condition of RadioShack and its imminent insolvency, Lavan instructed RadioShack employees not to provide any payment to Plaintiff.

29.  On or about January 3, 2017, and without any further contact by RadioShack

executives, I reached out to Brad Tobin asking to meet him and/or Lavan but was rebuffed.

30.    Finally, at a meeting held on or about January 31, 2016 with Lavan and Tobin, they told me RadioShack would not pay for any of the unpaid items and that RadioShack was not paying its suppliers for products that remained unsold and in its inventory.  Upon information and belief, RadioShack is facing imminent insolvency and at all relevant times was planning on undertaking a liquidation of its assets and filing for bankruptcy.

31.    While continuing to provide these items to RadioShack, NDWI never received emails or correspondence about quality concerns or products not functioning well.

32.    Absent an injunction stopping the sale or transfer of the items provided to RadioShack by Plaintiff (or, in the alternative, ordering the owed funds into escrow) that remain unpaid for, Plaintiff will suffer irreparable harm because it will be unable to recover these items—as it will be entitled to do—or damages for the loss of these items.

33.    RadioShack is planning, and has been planning, a liquidation and bankruptcy filing.

34.    Thus, if these items are allowed to be sold and transferred, Plaintiff will never be able to obtain restitution of these items even after prevailing on its fraudulent inducement claim and rescission of the contracts.  Furthermore, many of these items are unique and were manufactured specially for sale to RadioShack.  In addition, with RadioShack planning on a liquidation, absent an injunction Plaintiff will likely not even be able to recover its monetary damages on its breach of contract claim. *Van Valkenburgh, Nooger & Neville, Inc. v Hayden Pub. Co.*, 30 NY2d 34, 47 (1972) ("If the action has been properly held to be one merely for breach of contract for which money damages afford a sufficient remedy, an injunction" may be appropriate if there is "some showing of imminent risk of frustration of a resulting judgment,

7

such as insolvency or siphoning off of assets.").

35.    Thus, absent an injunction, Plaintiff stands to suffer a total loss of all the items it provided to Plaintiff for which it has not been paid, and is without adequate remedy at law.

**III.    Conclusion**

**WHEREFORE**, it is respectfully requested that the Court issue a temporary restraining order and permanent injunction pending the resolution of this action (i) pursuant to CPLR 6301, enjoining Defendants, their agents, employees, attorneys, successors, or any entity or individual acting on their behalf or in concert or participation with them, from selling, transferring, or otherwise disposing of any of the goods provided to Defendants by Plaintiff that Defendants have failed to pay for and are the subject of this action pending the resolution of this action, or in the alternative (ii) ordering Defendants to place the monies owed for these goods into escrow pending resolution of this action; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: Brooklyn, New York
        February 6, 2016

                                                            _____
                                                            Seth Green

Sworn and Subscribed before me on this
____ day of _____ , 2017

_____
Notary Public

IAN C GIRSHEK
NOTARY PUBLIC STATE OF NEW YORK
KINGS COUNTY
LIC. #01GI6296555
COMM. EXP. 02/29/19

8

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM

NYSCEF DOC. NO. 7

INDEX NO. 502397/2017

RECEIVED NYSCEF: 02/06/2017

General Wireless Operations Inc.

300 RadioShack Circle, Fort Worth, TX 76102

## PURCHASE ORDER CHANGE

**PO Number:** 722508

Order Date: 05/20/2016

**Vendor Name:** NATIONAL DISTRIBUTION INC
7257 ROYCE PLACE
BROOKLYN NY 11234- USA

Terms: NET 20
F.O.B.: ORGFRTCOL
Shipping Instructions: CONTACT GWO LOGISTICS:vendorroutingrequest@radioshack.com

Bill To: General Wireless Operations Inc. dba RADIOSHACK
MS WF6-108 Merchandise Apay
300 RadioShack Circle
Fort Worth TX 76102-1964

*GWO DC Addresses:

GWO DC 0203:
GWO DC
1001 Technology Way
Libertyville, IL 60048

GWO DC 0603:
GWO DC
1001 Technology Way
Libertyville, IL 60048

### COST, QUANTITY & DISTRIBUTION FROM:

| GWO SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By Date | Price | Extended Amount | Ship By Ship Via | Total Ship Quantity Breakdown | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | GWO DC 0203* | GWO DC 0603* |
| | | | | | | | | Distribution to Follow |
| 6100542 DGENDE9LEDFL 812376042023 | 40 EACH | DIRECT ENERGY 9 LED FLASHLIGHT | 4,640 | 1.86 | $8,630.40 | 09/23/2016 Truck | | 4,640 |
| | | PO TOTAL: | 4,640 | | $8,630.40 | | | |

### COST, QUANTITY & DISTRIBUTION TO:

| GWO SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By Date | Price | Extended Amount | Ship By Ship Via | Total Ship Quantity Breakdown | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | GWO DC 0203* | GWO DC 0603* |
| | | | | | | | | Distribution to Follow |
| 6100542 DGENDE9LEDFL 812376042023 | 40 EACH | DIRECT ENERGY 9 LED FLASHLIGHT | 4,640 | 1.86 | $8,630.40 | 09/23/2016 Truck | 4,640 | |
| | | PO TOTAL: | 4,640 | | $8,630.40 | | | |

SPECIAL INSTRUCTIONS    Vendor must follow all packing and labeling instructions as shown in the Vendor Guide.
www.radioshack.com/contacts/vendorguide

COMMENTS

General Wireless Operations Inc.'s ("GWO") Purchase Order Terms and Conditions and the provisions of the Vendor Guide are expressly made a part of Purchase Orders issued by GWO, and the Terms and Conditions and the Vendor Guide are available at www.radioshack.com/contacts/PO-T&Cs. A written copy of these Terms and Conditions as well as the Vendor Guide will be provided on written request to "Clayton.Armstrong@radioshack.com". If Vendor has signed a Vendor Agreement, then Purchase Orders issued by GWO shall be subject to the Vendor Agreement which shall control should there be any inconsistency between the Purchase Order and the Vendor Agreement.

Page 1 of 1

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM
NYSCEF DOC. NO. 7

INDEX NO. 502397/2017
RECEIVED NYSCEF: 02/06/2017

General Wireless Operations Inc.
300 RadioShack Circle, Fort Worth, TX 76102

# PURCHASE ORDER CHANGE

**PO Number:** **723286**
**Order Date:** 07/06/2016

| Vendor Name: | NATIONAL DISTRIBUTION INC |
|---|---|
| | 7257 ROYCE PLACE |
| | BROOKLYN NY 11234- USA |

| Bill To: | General Wireless Operations Inc. dba RADIOSHACK |
|---|---|
| | MS WF6-108 Merchandise Apay |
| | 300 RadioShack Circle |
| | Fort Worth TX 76102-1964 |

**Terms:** NET 20
**F.O.B.** ORGFRTCOL
**Shipping Instructions:** CONTACT GWO LOGISTICS:vendorroutingrequest@radioshack.com

*GWO DC Addresses:

GWO DC 0203:
GWO DC
1001 Technology Way
Libertyville, IL 60048

GWO DC 0603:
GWO DC
1001 Technology Way
Libertyville, IL 60048

COST,QUANTITY & DISTRIBUTION FROM:

| GWO SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By Date | Price | Extended Amount | Ship By Ship Via | Total Ship Quantity Breakdown | | Distribution to Follow |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | GWO DC 0203* | GWO DC 0603* | |
| 4000775 DGENDEBTDWS 812376042498 | 12 EACH | DE BT DANCING WATER SPEAKERS | 3,000 | 17.85 | $53,550.00 | 09/30/2016 Truck | | 3,000 | |
| | | PO TOTAL: | 3,000 | | $53,550.00 | | | | |

COST,QUANTITY & DISTRIBUTION TO:

| GWO SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By Date | Price | Extended Amount | Ship By Ship Via | Total Ship Quantity Breakdown | | Distribution to Follow |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | GWO DC 0203* | GWO DC 0603* | |
| 4000775 DGENDEBTDWS 812376042498 | 12 EACH | DE BT DANCING WATER SPEAKERS | 3,000 | 17.85 | $53,550.00 | 09/30/2016 Truck | 3,000 | | |
| | | PO TOTAL: | 3,000 | | $53,550.00 | | | | |

SPECIAL INSTRUCTIONS    Vendor must follow all packing and labeling instructions as shown in the Vendor Guide.
www.radioshack.com/contacts/vendorguide

COMMENTS

General Wireless Operations Inc.'s ("GWO") Purchase Order Terms and Conditions and the provisions of the Vendor Guide are expressly made a part of Purchase Orders issued by GWO, and the Terms and Conditions and the Vendor Guide are available at    www.radioshack.com/contacts/PO-T&Cs .A written copy of these Terms and Conditions as well as the Vendor Guide will be provided on written request to "Clayton.Armstrong@radioshack.com". If Vendor has signed a Vendor Agreement, then Purchase Orders issued by GWO shall be subject to the Vendor Agreement which shall control should there be any inconsistency between the Purchase Order and the Vendor Agreement.

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM

NYSCEF DOC. NO. 7

INDEX NO. 502397/2017

RECEIVED NYSCEF: 02/06/2017

**General Wireless Operations Inc.**

300 RadioShack Circle, Fort Worth, TX 76102

# PURCHASE ORDER CHANGE

**PO Number:** 723288

**Order Date:** 07/06/2016

| Vendor Name: | NATIONAL DISTRIBUTION INC |
| --- | --- |
| | 7257 ROYCE PLACE |
| | BROOKLYN NY 11234- USA |

| Bill To: | General Wireless Operations Inc. dba RADIOSHACK |
| --- | --- |
| | MS WF6-108 Merchandise Apay |
| | 300 RadioShack Circle |
| | Fort Worth TX 76102-1964 |

| Terms: | NET 20 |
| --- | --- |
| F.O.B: | ORGFRTCOL |
| Shipping Instructions: | CONTACT GWO LOGISTICS:vendorroutingrequest@radioshack.com |

*GWO DC Addresses:*

GWO DC 0203:
GWO DC
1001 Technology Way
Libertyville, IL 60048

GWO DC 0603:
GWO DC
1001 Technology Way
Libertyville, IL 60048

## COST QUANTITY & DISTRIBUTION FROM:

| GWO SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By Date | Price | Extended Amount | Ship By Ship Via | Total Ship Quantity Breakdown | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | GWO DC 0203* | GWO DC 0603* |
| 1201783 DGENDEMFIBOTL 81237604251 1 | 48 EACH | DE APPLE LIGHTNING CABLE BOTTLE OPENER | 5,040 | 7.85 | $39,564.00 | 09/23/2016 Truck | | 5,040 |
| | | **PO TOTAL:** | **5,040** | | **$39,564.00** | | | |

## COST QUANTITY & DISTRIBUTION TO:

| GWO SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By Date | Price | Extended Amount | Ship By Ship Via | Total Ship Quantity Breakdown | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | GWO DC 0203* | GWO DC 0603* |
| 1201783 DGENDEMFIBOTL 81237604251 1 | 48 EACH | DE APPLE LIGHTNING CABLE BOTTLE OPENER | 5,040 | 7.85 | $39,564.00 | 09/23/2016 Truck | 5,040 | |
| | | **PO TOTAL:** | **5,040** | | **$39,564.00** | | | |

SPECIAL INSTRUCTIONS   Vendor must follow all packing and labeling instructions as shown in the Vendor Guide.
www.radioshack.com/contacts/vendorguide

COMMENTS

General Wireless Operations Inc.'s ("GWO") Purchase Order Terms and Conditions and the provisions of the Vendor Guide are expressly made a part of Purchase Orders issued by GWO, and the Terms and Conditions and the Vendor Guide are available at www.radioshack.com/contacts/PO-T&Cs . A written copy of these Terms and Conditions as well as the Vendor Guide will be provided on written request to "Clayton.Armstrong@radioshack.com". If Vendor has signed a Vendor Agreement, then Purchase Orders issued by GWO shall be subject to the Vendor Agreement which shall control should there be any inconsistency between the Purchase Order and the Vendor Agreement.

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM

NYSCEF DOC. NO. 7

INDEX NO. 502397/2017

RECEIVED NYSCEF: 02/06/2017

General Wireless Operations Inc.
300 RadioShack Circle, Fort Worth, TX 76102

# PURCHASE ORDER CHANGE

**PO Number:** 723289
**Order Date:** 07/06/2016

**Vendor Name:** NATIONAL DISTRIBUTION INC
7257 ROYCE PLACE
BROOKLYN NY 11234- USA

**Bill To:** General Wireless Operations Inc. dba RADIOSHACK
MS WF6-108 Merchandise Apay
300 RadioShack Circle
Fort Worth TX 76102-1964

**Terms:** NET 20
**F.O.B.:** ORGFRTCOL
**Shipping Instructions:** CONTACT GWO LOGISTICS:vendorroutingrequest@radioshack.com

**\*GWO DC Addresses:**

GWO DC 0203:
GWO DC
1001 Technology Way
Libertyville, IL 60048

GWO DC 0603:
GWO DC
1001 Technology Way
Libertyville, IL 60048

## COST, QUANTITY & DISTRIBUTION FROM:

| GWO SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By Date | Price | Extended Amount | Ship By Ship Via | | GWO DC 0203* | GWO DC 0603* | Distribution to Follow |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total Ship Quantity Breakdown | | | |
| 2604626 DGENDEMU5BBOTL 812376042504 | 48 EACH | DE Micro Cable Bottle Opener | 5,040 | 5.85 | $29,484.00 | 09/23/2016 Truck | | | 5,040 | |
| | | **PO TOTAL:** | 5,040 | | $29,484.00 | | | | | |

## COST, QUANTITY & DISTRIBUTION TO:

| GWO SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By Date | Price | Extended Amount | Ship By Ship Via | | GWO DC 0203* | GWO DC 0603* | Distribution to Follow |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total Ship Quantity Breakdown | | | |
| 2604626 DGENDEMU5BBOTL 812376042504 | 48 EACH | DE Micro Cable Bottle Opener | 5,040 | 5.85 | $29,484.00 | 09/23/2016 Truck | | 5,040 | | |
| | | **PO TOTAL:** | 5,040 | | $29,484.00 | | | | | |

**SPECIAL INSTRUCTIONS** Vendor must follow all packing and labeling instructions as shown in the Vendor Guide.
www.radioshack.com/contacts/vendorguide

**COMMENTS**

General Wireless Operations Inc.'s ("GWO") Purchase Order Terms and Conditions and the provisions of the Vendor Guide are expressly made a part of Purchase Orders issued by GWO, and the Terms and Conditions and the Vendor Guide are available at www.radioshack.com/contacts/PO-T&Cs .A written copy of these Terms and Conditions as well as the Vendor Guide will be provided on written request to "Clayton.Armstrong@radioshack.com". If Vendor has signed a Vendor Agreement, then Purchase Orders issued by GWO shall be subject to the Vendor Agreement which shall control should there be any inconsistency between the Purchase Order and the Vendor Agreement.

Page 1 of 1

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM
NYSCEF DOC. NO. 7

INDEX NO. 502397/2017
RECEIVED NYSCEF: 02/06/2017

General Wireless Operations Inc.
300 RadioShack Circle, Fort Worth, TX 76102

# PURCHASE ORDER CHANGE

**PO Number:** 723329
Order Date: 07/08/2016

| Vendor Name: | NATIONAL DISTRIBUTION INC |
| | 7257 ROYCE PLACE |
| | BROOKLYN NY 11234- USA |

| Bill To: | General Wireless Operations Inc. dba RADIOSHACK |
| | MS WF6-108 Merchandise Apay |
| | 300 RadioShack Circle |
| | Fort Worth TX  76102-1964 |

Terms: NET 20
F.O.B.: ORGFRTCOL
Shipping Instructions: CONTACT GWO LOGISTICS:vendorroutingrequest@radioshack.com

*GWO DC Addresses:
GWO DC 0203:               GWO DC 0603:
GWO DC                     GWO DC
1001 Technology Way        1001 Technology Way
Libertyville, IL 60048     Libertyville, IL 60048

## COST,QUANTITY & DISTRIBUTION FROM:

| GWO SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By Date | Price | Extended Amount | Ship By Ship Via | Total Ship Quantity Breakdown | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | GWO DC 0203* | GWO DC 0603* | Distribution to Follow |
| 4000741 DGENDWDANCSPEAK2 812376015751 | 1 EACH | Digital Energy Dancing Water Speaker | 3,500 | 15.85 | $55,475.00 | 09/30/2016 Truck | | 3,500 | |
| | | PO TOTAL: | 3,500 | | $55,475.00 | | | | |

## COST,QUANTITY & DISTRIBUTION TO:

| GWO SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By Date | Price | Extended Amount | Ship By Ship Via | Total Ship Quantity Breakdown | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | GWO DC 0203* | GWO DC 0603* | Distribution to Follow |
| 4000741 DGENDWDANCSPEAK2 812376015751 | 1 EACH | Digital Energy Dancing Water Speaker | 3,500 | 15.85 | $55,475.00 | 09/30/2016 Truck | 3,500 | | |
| | | PO TOTAL: | 3,500 | | $55,475.00 | | | | |

SPECIAL INSTRUCTIONS   Vendor must follow all packing and labeling instructions as shown in the Vendor Guide.
www.radioshack.com/contacts/vendorguide

COMMENTS

General Wireless Operations Inc.'s ("GWO") Purchase Order Terms and Conditions are expressly made a part of Purchase Orders issued by GWO, and the Terms and Conditions and the Vendor Guide are available at www.radioshack.com/contacts/PO-T&Cs .A written copy of these Terms and Conditions as well as the Vendor Guide will be provided on written request to "Clayton.Armstrong@radioshack.com". If Vendor has signed a Vendor Agreement, then Purchase Orders issued by GWO shall be subject to the Vendor Agreement which shall control should there be any inconsistency between the Purchase Order and the Vendor Agreement.

Page 1 of 1

## General Wireless Operations Inc.

300 RadioShack Circle, Fort Worth, TX 76102

# PURCHASE ORDER CHANGE

| | |
|---|---|
| **PO Number:** | **723330** |
| Order Date: | 07/08/2016 |

| | |
|---|---|
| **Vendor Name:** | **NATIONAL DISTRIBUTION INC**<br>7257 ROYCE PLACE<br>BROOKLYN NY 11234- USA |
| **Bill To:** | General Wireless Operations Inc. dba RADIOSHACK<br>MS WF6-108 Merchandise Apay<br>300 RadioShack Circle<br>Fort Worth TX  76102-1964 |

| | |
|---|---|
| Terms: | NET 20 |
| F.O.B: | ORGFRTCOL |
| Shipping Instructions: | CONTACT GWO LOGISTICS:vendorroutingrequest@radioshack.com |

**\*GWO DC Addresses:**

| GWO DC 0203: | GWO DC 0603: |
|---|---|
| GWO DC | GWO DC |
| 1001 Technology Way | 1001 Technology Way |
| Libertyville, IL 60048 | Libertyville, IL 60048 |

### COST,QUANTITY & DISTRIBUTION FROM:

| GWO SKU/<br>Brand Model<br>UPC | Master<br>Pack<br>UOM | Merchandise Description | Qty By/<br>Date | Price | Extended<br>Amount | Ship By<br>Ship Via | Total Ship Quantity Breakdown | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | GWO DC<br>0203* | GWO DC<br>0603* | Distribution<br>to Follow |
| **4000741**<br>DGENDWDANCSPEAK2<br>812376015751 | 24<br>EACH | Digital Energy Dancing<br>Water Speaker | 15,000 | 15.85 | $237,750.00 | 10/28/2016<br>Truck | | 15,000 | |
| | | **PO TOTAL:** | 15,000 | | $237,750.00 | | | | |

### COST,QUANTITY & DISTRIBUTION TO:

| GWO SKU/<br>Brand Model<br>UPC | Master<br>Pack<br>UOM | Merchandise Description | Qty By/<br>Date | Price | Extended<br>Amount | Ship By<br>Ship Via | Total Ship Quantity Breakdown | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | GWO DC<br>0203* | GWO DC<br>0603* | Distribution<br>to Follow |
| **4000741**<br>DGENDWDANCSPEAK2<br>812376015751 | 24<br>EACH | Digital Energy Dancing<br>Water Speaker | 15,000 | 15.85 | $237,750.00 | 10/28/2016<br>Truck | 15,000 | | |
| | | **PO TOTAL:** | 15,000 | | $237,750.00 | | | | |

**SPECIAL INSTRUCTIONS**   Vendor must follow all packing and labeling instructions as shown in the Vendor Guide.
www.radioshack.com/contacts/vendorguide

**COMMENTS**

General Wireless Operations Inc.'s ("GWO") Purchase Order Terms and  Conditions  and  the  provisions  of  the  Vendor  Guide  are  expressly  made  a  part  of  Purchase  Orders  issued  by GWO, and the Terms and Conditions and the Vendor Guide are available at   www.radioshack.com/contacts/PO-T&Cs .A written copy of these Terms and Conditions as well as the Vendor Guide will  be  provided  on  written  request  to  "Clayton.Armstrong@radioshack.com".  If  Vendor  has  signed  a  Vendor  Agreement,  then  Purchase  Orders  issued  by  GWO  shall  be  subject  to  the Vendor Agreement which shall control should there be any inconsistency between the Purchase Order and the Vendor Agreement.

General Wireless Operations Inc.
300 RadioShack Circle, Fort Worth, TX 76102

## PURCHASE ORDER CHANGE

**PO Number:** **723331**
**Order Date:** 07/08/2016

| Vendor Name: | NATIONAL DISTRIBUTION INC |
| | 7257 ROYCE PLACE |
| | BROOKLYN NY 11234- USA |

| Bill To: | General Wireless Operations Inc. dba RADIOSHACK |
| | MS WF6-108 Merchandise Apay |
| | 300 RadioShack Circle |
| | Fort Worth TX 76102-1964 |

**Terms:** NET 20
**F.O.B.** ORGFRTCOL
**Shipping Instructions:** CONTACT GWO LOGISTICS:vendorroutingrequest@radioshack.com

*GWO DC Addresses:*

*GWO DC 0203:*
GWO DC
1001 Technology Way
Libertyville, IL 60048

*GWO DC 0603:*
GWO DC
1001 Technology Way
Libertyville, IL 60048

### COST QUANTITY & DISTRIBUTION FROM:

| GWO SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By Date | Price | Extended Amount | Ship By Ship Via | | Total Ship Quantity Breakdown | | Distribution to Follow |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | GWO DC 0203* | GWO DC 0603* | |
| 4000741 DGENDWDANCSPEAK2 812376015751 | 24 EACH | Digital Energy Dancing Water Speaker | 4,008 | 15.85 | $63,526.80 | 11/25/2016 Truck | | | 4,008 | |
| | | **PO TOTAL:** | 4,008 | | $63,526.80 | | | | | |

### COST QUANTITY & DISTRIBUTION TO:

| GWO SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By Date | Price | Extended Amount | Ship By Ship Via | | Total Ship Quantity Breakdown | | Distribution to Follow |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | GWO DC 0203* | GWO DC 0603* | |
| 4000741 DGENDWDANCSPEAK2 812376015751 | 24 EACH | Digital Energy Dancing Water Speaker | 4,008 | 15.85 | $63,526.80 | 11/25/2016 Truck | | 4,008 | | |
| | | **PO TOTAL:** | 4,008 | | $63,526.80 | | | | | |

**SPECIAL INSTRUCTIONS**   Vendor must follow all packing and labeling instructions as shown in the Vendor Guide.
www.radioshack.com/contacts/vendorguide

**COMMENTS**

General Wireless Operations Inc.'s ("GWO") Purchase Order Terms and   Conditions   and the provisions of the Vendor Guide are expressly made a part of Purchase Orders issued by GWO, and the Terms and Conditions and the Vendor Guide are available at   www.radioshack.com/contacts/PO-T&Cs .A written copy of these Terms and Conditions as well as the Vendor Guide will be provided on written request to "Clayton.Armstrong@radioshack.com".   If Vendor has signed a Vendor Agreement, then Purchase Orders issued by GWO shall be subject to the Vendor Agreement which shall control should there be any inconsistency between the Purchase Order and the Vendor Agreement.

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM
NYSCEF DOC. NO. 7

INDEX NO. 502397/2017
RECEIVED NYSCEF: 02/06/2017

**General Wireless Operations Inc.**
300 RadioShack Circle, Fort Worth, TX 76102

# PURCHASE ORDER CHANGE

**PO Number:** 723332
**Order Date:** 07/08/2016

| Vendor Name: | NATIONAL DISTRIBUTION INC<br>7257 ROYCE PLACE<br>BROOKLYN NY 11234- USA |
|---|---|

| Bill To: | General Wireless Operations Inc. dba RADIOSHACK<br>MS WF6-108 Merchandise Apay<br>300 RadioShack Circle<br>Fort Worth TX 76102-1964 |
|---|---|

**Terms:** NET 20
**F.O.B.** ORGFRTCOL
**Shipping Instructions:** CONTACT GWO LOGISTICS:vendorroutingrequest@radioshack.com

*GWO DC Addresses:*

GWO DC 0203:
GWO DC
1001 Technology Way
Libertyville, IL 60048

GWO DC 0603:
GWO DC
1001 Technology Way
Libertyville, IL 60048

## COST,QUANTITY & DISTRIBUTION FROM:

| GWO SKU/<br>Brand Model<br>UPC | Master<br>Pack<br>UOM | Merchandise Description | Qty By/<br>Date | Price | Extended<br>Amount | Ship By/<br>Ship Via | | GWO DC<br>0203* | GWO DC<br>0603* | Distribution<br>to Follow |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total Ship Qty Quantity Breakdown | | | |
| 4000776<br>DGENDEBTDWS<br>812376042498 | 12<br>EACH | DE BT DANCING<br>WATER SPEAKERS | 3,000 | 17.85 | $53,550.00 | 09/30/2016<br>Truck | | | 3,000 | |
| | | **PO TOTAL:** | 3,000 | | **$53,550.00** | | | | | |

## COST,QUANTITY & DISTRIBUTION TO:

| GWO SKU/<br>Brand Model<br>UPC | Master<br>Pack<br>UOM | Merchandise Description | Qty By/<br>Date | Price | Extended<br>Amount | Ship By/<br>Ship Via | | GWO DC<br>0203* | GWO DC<br>0603* | Distribution<br>to Follow |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total Ship Qty Quantity Breakdown | | | |
| 4000776<br>DGENDEBTDWS<br>812376042498 | 12<br>EACH | DE BT DANCING<br>WATER SPEAKERS | 3,000 | 17.85 | $53,550.00 | 09/30/2016<br>Truck | | 3,000 | | |
| | | **PO TOTAL:** | 3,000 | | **$53,550.00** | | | | | |

**SPECIAL INSTRUCTIONS**   Vendor must follow all packing and labeling instructions as shown in the Vendor Guide.
www.radioshack.com/contacts/vendorguide

**COMMENTS**

General Wireless Operations Inc.'s ("GWO") Purchase Order Terms and Conditions and the provisions of the Vendor Guide are expressly made a part of Purchase Orders issued by GWO, and the Terms and Conditions and the Vendor Guide are available at www.radioshack.com/contacts/PO-T&Cs. A written copy of these Terms and Conditions as well as the Vendor Guide will be provided on written request to "Clayton.Armstrong@radioshack.com". If Vendor has signed a Vendor Agreement, then Purchase Orders issued by GWO shall be subject to the Vendor Agreement which shall control should there be any inconsistency between the Purchase Order and the Vendor Agreement.

Page 1 of 1

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM
NYSCEF DOC. NO. 7

INDEX NO. 502397/2017
RECEIVED NYSCEF: 02/06/2017

General Wireless Operations Inc.
300 RadioShack Circle, Fort Worth, TX 76102

# PURCHASE ORDER CHANGE

**PO Number:** **723333**
**Order Date:** 07/08/2016

**Vendor Name:** NATIONAL DISTRIBUTION INC
7257 ROYCE PLACE
BROOKLYN NY 11234- USA

**Bill To:** General Wireless Operations Inc. dba RADIOSHACK
MS WF6-108 Merchandise Apay
300 RadioShack Circle
Fort Worth TX  76102-1964

**Terms:** NET 20
**F.O.B.:** ORGFRTCOL
**Shipping Instructions:** CONTACT GWO LOGISTICS:vendorroutingrequest@radioshack.com

**\*GWO DC Addresses:**

GWO DC 0203:
GWO DC
1001 Technology Way
Libertyville, IL 60048

GWO DC 0603:
GWO DC
1001 Technology Way
Libertyville, IL 60048

## COST, QUANTITY & DISTRIBUTION FROM:

| GWO SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By Date | Price | Extended Amount | Ship By Ship Via | Total Ship Quantity Breakdown | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | GWO DC 0203* | GWO DC 0603* |
| 4000775 DGENDEBTDWS 812376042498 | 12 EACH | DE BT DANCING WATER SPEAKERS | 15,000 | 17.85 | $267,750.00 | 10/28/2016 Truck | | 15,000 |
| | | PO TOTAL: | 15,000 | | $267,750.00 | | | |

## COST, QUANTITY & DISTRIBUTION TO:

| GWO SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By Date | Price | Extended Amount | Ship By Ship Via | Total Ship Quantity Breakdown | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | GWO DC 0203* | GWO DC 0603* |
| 4000775 DGENDEBTDWS 812376042498 | 12 EACH | DE BT DANCING WATER SPEAKERS | 15,000 | 17.85 | $267,750.00 | 10/28/2016 Truck | 15,000 | |
| | | PO TOTAL: | 15,000 | | $267,750.00 | | | |

**SPECIAL INSTRUCTIONS** Vendor must follow all packing and labeling instructions as shown in the Vendor Guide.
www.radioshack.com/contacts/vendorguide

**COMMENTS**

General Wireless Operations Inc.'s ("GWO") Purchase Order Terms and Conditions and the provisions of the Vendor Guide are expressly made a part of Purchase Orders issued by GWO, and the Terms and Conditions and the Vendor Guide are available at www.radioshack.com/contacts/PO-T&Cs . A written copy of these Terms and Conditions as well as the Vendor Guide will be provided on written request to "Clayton.Armstrong@radioshack.com". If Vendor has signed a Vendor Agreement, then Purchase Orders issued by GWO shall be subject to the Vendor Agreement which shall control should there be any inconsistency between the Purchase Order and the Vendor Agreement.

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM

NYSCEF DOC. NO. 7

INDEX NO. 502397/2017

RECEIVED NYSCEF: 02/06/2017

**General Wireless Operations Inc.**
300 RadioShack Circle, Fort Worth, TX 76102

# PURCHASE ORDER CHANGE

**PO Number:** 723334
**Order Date:** 07/08/2016

**Vendor Name:** NATIONAL DISTRIBUTION INC
7267 ROYCE PLACE
BROOKLYN NY 11234- USA

**Bill To:** General Wireless Operations Inc. dba RADIOSHACK
MS WF6-108 Merchandise Apay
300 RadioShack Circle
Fort Worth TX 76102-1964

**Terms:** NET 20
**F.O.B.:** ORGFRTCOL
**Shipping Instructions:** CONTACT GWO LOGISTICS:vendorroutingrequest@radioshack.com

*GWO DC Addresses:*
GWO DC 0203: / GWO DC 0603:
GWO DC / GWO DC
1001 Technology Way / 1001 Technology Way
Libertyville, IL 60048 / Libertyville, IL 60048

## COST QUANTITY & DISTRIBUTION FROM:

| GWO SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By/ Date | Price | Extended Amount | Ship By/ Ship Via | GWO DC 0203* | GWO DC 0603* | Distribution to Follow |
|---|---|---|---|---|---|---|---|---|---|
| 4000775 DGENDEBTDWS 812376042498 | 12 EACH | DE BT DANCING WATER SPEAKERS | 4,008 | 17.85 | $71,542.80 | 11/25/2016 Truck | | 4,008 | |
| | | PO TOTAL: | 4,008 | | $71,542.80 | | | | |

## COST QUANTITY & DISTRIBUTION TO:

| GWO SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By/ Date | Price | Extended Amount | Ship By/ Ship Via | GWO DC 0203* | GWO DC 0603* | Distribution to Follow |
|---|---|---|---|---|---|---|---|---|---|
| 4000775 DGENDEBTDWS 812376042498 | 12 EACH | DE BT DANCING WATER SPEAKERS | 4,008 | 17.85 | $71,542.80 | 11/25/2016 Truck | 4,008 | | |
| | | PO TOTAL: | 4,008 | | $71,542.80 | | | | |

**SPECIAL INSTRUCTIONS** Vendor must follow all packing and labeling instructions as shown in the Vendor Guide.
www.radioshack.com/contacts/vendorguide

**COMMENTS**

General Wireless Operations Inc.'s ("GWO") Purchase Order Terms and Conditions are expressly made a part of Purchase Orders issued by GWO, and the Terms and Conditions and the Vendor Guide are available at www.radioshack.com/contacts/PO-T&Cs .A written copy of these Terms and Conditions as well as the Vendor Guide will be provided on written request to "Clayton.Armstrong@radioshack.com". If Vendor has signed a Vendor Agreement, then Purchase Orders issued by GWO shall be subject to the Vendor Agreement which shall control should there be any inconsistency between the Purchase Order and the Vendor Agreement.

Page 1 of 1

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM
NYSCEF DOC. NO. 7

INDEX NO. 502397/2017

RECEIVED NYSCEF: 02/06/2017

## General Wireless Operations Inc.
300 RadioShack Circle, Fort Worth, TX 76102

# PURCHASE ORDER CHANGE

**PO Number:** **723335**

Order Date: 07/08/2016

| | |
|---|---|
| **Vendor Name:** | **NATIONAL DISTRIBUTION INC**<br>7257 ROYCE PLACE<br>BROOKLYN NY 11234- USA |
| **Bill To:** | General Wireless Operations Inc. dba RADIOSHACK<br>MS WF6-108 Merchandise Apay<br>300 RadioShack Circle<br>Fort Worth TX 76102-1964 |

**Terms:** NET 20

**F.O.B.:** ORGFRTCOL

**Shipping Instructions:** CONTACT GWO LOGISTICS:vendorroutingrequest@radioshack.com

*GWO DC Addresses:

| GWO DC 0203: | GWO DC 0603: |
|---|---|
| GWO DC | GWO DC |
| 1001 Technology Way | 1001 Technology Way |
| Libertyville, IL 60048 | Libertyville, IL 60048 |

## COST,QUANTITY & DISTRIBUTION FROM:

| GWO SKU/<br>Brand Model<br>UPC | Master<br>Pack<br>UOM | Merchandise Description | Qty By/<br>Date | Price | Extended<br>Amount | Ship By<br>Ship Via | Total Ship Quantity Breakdown | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | GWO DC<br>0203* | GWO DC<br>0603* | Distribution<br>to Follow |
| 6001134<br>DGENDEMINRCCAR<br>812376017571 | 54<br>EACH | DIRECT ENERGY RC<br>MINI CAR | 40,014 | 5.65 | $226,079.10 | 09/28/2016<br>Truck | | 40,014 | |
| | | PO TOTAL: | 40,014 | | $226,079.10 | | | | |

## COST,QUANTITY & DISTRIBUTION TO:

| GWO SKU/<br>Brand Model<br>UPC | Master<br>Pack<br>UOM | Merchandise Description | Qty By/<br>Date | Price | Extended<br>Amount | Ship By<br>Ship Via | Total Ship Quantity Breakdown | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | GWO DC<br>0203* | GWO DC<br>0603* | Distribution<br>to Follow |
| 6001134<br>DGENDEMINRCCAR<br>812376017571 | 54<br>EACH | DIRECT ENERGY RC<br>MINI CAR | 40,014 | 5.65 | $226,079.10 | 09/28/2016<br>Truck | 40,014 | | |
| | | PO TOTAL: | 40,014 | | $226,079.10 | | | | |

**SPECIAL INSTRUCTIONS**  Vendor must follow all packing and labeling instructions as shown in the Vendor Guide.

www.radioshack.com/contacts/vendorguide

**COMMENTS**

General Wireless Operations Inc.'s ("GWO") Purchase Order Terms and Conditions and the provisions of the Vendor Guide are expressly made a part of Purchase Orders issued by GWO, and the Terms and Conditions and the Vendor Guide are available at www.radioshack.com/contacts/PO-T&Cs .A written copy of these Terms and Conditions as well as the Vendor Guide will be provided on written request to "Clayton.Armstrong@radioshack.com". If Vendor has signed a Vendor Agreement, then Purchase Orders issued by GWO shall be subject to the Vendor Agreement which shall control should there be any inconsistency between the Purchase Order and the Vendor Agreement.

# General Wireless Operations Inc.
300 RadioShack Circle, Fort Worth, TX 76102

## PURCHASE ORDER CHANGE

**PO Number:** 723439
**Order Date:** 07/22/2016

**Vendor Name:** NATIONAL DISTRIBUTION INC
7257 ROYCE PLACE
BROOKLYN NY 11234- USA

**Bill To:** General Wireless Operations Inc. dba RADIOSHACK
MS WF6-108 Merchandise Apay
300 RadioShack Circle
Fort Worth TX 76102-1964

**Terms:** NET 20
**F.O.B.:** ORGFRTCOL
**Shipping Instructions:** CONTACT GWO LOGISTICS:vendorroutingrequest@radioshack.com

*GWO DC Addresses:

GWO DC 0203:
GWO DC
1001 Technology Way
Libertyville, IL 60048

GWO DC 0603:
GWO DC
1001 Technology Way
Libertyville, IL 60048

### COST QUANTITY & DISTRIBUTION FROM:

| GWO SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By Date | Price | Extended Amount | Ship By/ Ship Via | Total Ship Quantity Breakdown GWO DC 0203* | GWO DC 0603* | Distribution to Follow |
|---|---|---|---|---|---|---|---|---|---|
| 2302185 DGENDESAMG4L4CMBO 812376015836 | 1 EACH | DE GS4 BATTERY AND DOCK COMBO | 0 | 17.12 | $0.00 | 08/17/2016 Truck | | | |
| 2302185 DGENDESAMG4L4CMBO 812376015836 | 1 EACH | DE GS4 BATTERY AND DOCK COMBO | 456 | 17.12 | $7,806.72 | 10/17/2016 Truck | | 456 | |
| | | **PO TOTAL:** | 456 | | $7,806.72 | | | | |

### COST QUANTITY & DISTRIBUTION TO:

| GWO SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By Date | Price | Extended Amount | Ship By/ Ship Via | Total Ship Quantity Breakdown GWO DC 0203* | GWO DC 0603* | Distribution to Follow |
|---|---|---|---|---|---|---|---|---|---|
| 2302185 DGENDESAMG4L4CMBO 812376015836 | 1 EACH | DE GS4 BATTERY AND DOCK COMBO | 0 | 17.12 | $0.00 | 08/17/2016 Truck | | | |
| 2302185 DGENDESAMG4L4CMBO 812376015836 | 1 EACH | DE GS4 BATTERY AND DOCK COMBO | 456 | 17.12 | $7,806.72 | 10/17/2016 Truck | 186 | 270 | |
| | | **PO TOTAL:** | 456 | | $7,806.72 | | | | |

**SPECIAL INSTRUCTIONS** Vendor must follow all packing and labeling instructions as shown in the Vendor Guide.
www.radioshack.com/contacts/vendorguide

**COMMENTS**

General Wireless Operations Inc.'s ("GWO") Purchase Order Terms and Conditions and the provisions of the Vendor Guide are expressly made a part of Purchase Orders issued by GWO, and the Terms and Conditions and the Vendor Guide are available at www.radioshack.com/contacts/PO_T&Cs . A written copy of these Terms and Conditions as well as the Vendor Guide will be provided on Vendor's request to "Clayton.Armstrong@radioshack.com". If Vendor has signed a Vendor Agreement, then Purchase Orders issued by GWO shall be subject to the Vendor Agreement which shall control should there be any inconsistency between the Purchase Order and the Vendor Agreement.

Page 1 of 1

General Wireless Operations Inc.
300 RadioShack Circle, Fort Worth, TX 76102

# PURCHASE ORDER CHANGE

**PO Number:** **723443**
**Order Date:** 07/22/2016

**Vendor Name:** NATIONAL DISTRIBUTION INC
7257 ROYCE PLACE
BROOKLYN NY 11234- USA

**Bill To:** General Wireless Operations Inc. dba RADIOSHACK
MS WF6-108 Merchandise Apay
300 RadioShack Circle
Fort Worth TX  76102-1964

**Terms:** NET 20
**F.O.B.:** ORGFRTCOL
**Shipping Instructions:** CONTACT GWO LOGISTICS:vendorroutingrequest@radioshack.com

*GWO DC Addresses:

GWO DC 0203:
GWO DC
1001 Technology Way
Libertyville, IL 60048

GWO DC 0603:
GWO DC
1001 Technology Way
Libertyville, IL 60048

## COST,QUANTITY & DISTRIBUTION FROM:

| GWO SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By/ Date | Price | Extended Amount | Ship By Ship Via | GWO DC 0203* | GWO DC 0603* | Distribution to Follow |
|---|---|---|---|---|---|---|---|---|---|
| 2700307 DGENDE2FR2BKCC 812376041569 | 100 EACH | Digital Energy Front & Back Car Charger | 900 | 11.75 | $10,575.00 | 10/07/2016 Truck | | 900 | |
| | | **PO TOTAL:** | 900 | | $10,575.00 | | | | |

Total Ship Quantity Breakdown

## COST,QUANTITY & DISTRIBUTION TO:

| GWO SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By/ Date | Price | Extended Amount | Ship By Ship Via | GWO DC 0203* | GWO DC 0603* | Distribution to Follow |
|---|---|---|---|---|---|---|---|---|---|
| 2700307 DGENDE2FR2BKCC 812376041569 | 100 EACH | Digital Energy Front & Back Car Charger | 900 | 11.75 | $10,575.00 | 10/07/2016 Truck | 900 | | |
| | | **PO TOTAL:** | 900 | | $10,575.00 | | | | |

Total Ship Quantity Breakdown

**SPECIAL INSTRUCTIONS**   Vendor must follow all packing and labeling instructions as shown in the Vendor Guide.
www.radioshack.com/contacts/vendorguide

**COMMENTS**

General Wireless Operations Inc.'s ("GWO") Purchase Order Terms and  Conditions  and  the  provisions  of  the  Vendor  Guide  are  expressly made  a  part  of  Purchase  Orders  issued  by GWO, and the Terms and Conditions and the Vendor Guide are available at   www.radioshack.com/contacts/PO-T&Cs .A written copy of these Terms and Conditions as well as the Vendor Guide will  be  provided  on  written  request  to  "Clayton.Armstrong@radioshack.com".  If  Vendor  has  signed  a  Vendor  Agreement,  then  Purchase  Orders  issued  by  GWO  shall  be  subject  to  the Vendor Agreement which shall control should there be any inconsistency between the Purchase Order and the Vendor Agreement.

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM
NYSCEF DOC. NO. 7

INDEX NO. 502397/2017
RECEIVED NYSCEF: 02/06/2017

General Wireless Operations Inc.
300 RadioShack Circle, Fort Worth, TX 76102

# PURCHASE ORDER CHANGE

**PO Number:** **723754**
Order Date:   08/09/2016

| Vendor Name: | NATIONAL DISTRIBUTION INC<br>7257 ROYCE PLACE<br>BROOKLYN NY 11234- USA |
|---|---|
| Bill To: | General Wireless Operations Inc. dba RADIOSHACK<br>MS WF6-108 Merchandise Apay<br>300 RadioShack Circle<br>Fort Worth TX 76102-1964 |

Terms:   NET 60
F.O.B:   ORGFRTCOL
Shipping Instructions:   CONTACT GWO LOGISTICS:vendorroutingrequest@radioshack.com

*GWO DC Addresses:

GWO DC 0203:
GWO DC
1001 Technology Way
Libertyville, IL 60048

GWO DC 0603:
GWO DC
1001 Technology Way
Libertyville, IL 60048

## COST,QUANTITY & DISTRIBUTION FROM:

| GWO SKU/<br>Brand Model<br>UPC | Master<br>Pack<br>UOM | Merchandise Description | Qty By<br>Date | Price | Extended<br>Amount | Ship By<br>Ship Via | GWO DC<br>0203* | GWO DC<br>0603* | Distribution<br>to Follow |
|---|---|---|---|---|---|---|---|---|---|
| 2302185<br>DGENDESAMGAL4COMBO<br>812376015836 | 100<br>EACH | DE GS4 BATTERY AND<br>DOCK COMBO | 500 | 17.12 | $8,560.00 | 11/03/2016<br>Truck | | 500 | |
| | | **PO TOTAL:** | **500** | | **$8,560.00** | | | | |

*Total Ship Quantity Breakdown*

## COST,QUANTITY & DISTRIBUTION TO:

| GWO SKU/<br>Brand Model<br>UPC | Master<br>Pack<br>UOM | Merchandise Description | Qty By<br>Date | Price | Extended<br>Amount | Ship By<br>Ship Via | GWO DC<br>0203* | GWO DC<br>0603* | Distribution<br>to Follow |
|---|---|---|---|---|---|---|---|---|---|
| 2302185<br>DGENDESAMGAL4COMBO<br>812376015836 | 100<br>EACH | DE GS4 BATTERY AND<br>DOCK COMBO | 500 | 17.12 | $8,560.00 | 11/03/2016<br>Truck | 500 | | |
| | | **PO TOTAL:** | **500** | | **$8,560.00** | | | | |

*Total Ship Quantity Breakdown*

**SPECIAL INSTRUCTIONS**   Vendor must follow all packing and labeling instructions as shown in the Vendor Guide.
www.radioshack.com/contacts/vendorguide

**COMMENTS**

General Wireless Operations Inc.'s ("GWO") Purchase Order Terms and Conditions and the provisions of the Vendor Guide are expressly made a part of Purchase Orders issued by GWO, and the Terms and Conditions and the Vendor Guide are available at www.radioshack.com/contacts/PO-T&Cs .A written copy of these Terms and Conditions as well as the Vendor Guide will be provided on written request to "Clayton.Armstrong@radioshack.com". If Vendor has signed a Vendor Agreement, then Purchase Orders issued by GWO shall be subject to the Vendor Agreement which shall control should there be any inconsistency between the Purchase Order and the Vendor Agreement.

Page 1 of 1

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM

NYSCEF DOC. NO. 7

INDEX NO. 502397/2017

RECEIVED NYSCEF: 02/06/2017

**General Wireless Operations Inc.**
300 RadioShack Circle, Fort Worth, TX 76102

# PURCHASE ORDER CHANGE

| | |
|---|---|
| **PO Number:** | **723755** |
| Order Date: | 08/09/2016 |

| | |
|---|---|
| **Vendor Name:** | **NATIONAL DISTRIBUTION INC**<br>7257 ROYCE PLACE<br>BROOKLYN NY 11234- USA |
| **Bill To:** | General Wireless Operations Inc. dba RADIOSHACK<br>MS WF6-108 Merchandise Apay<br>300 RadioShack Circle<br>Fort Worth TX 76102-1964 |

| | |
|---|---|
| Terms: | NET 60 |
| F.O.B.: | ORGFRTCOL |
| Shipping Instructions: | CONTACT GWO LOGISTICS:vendorroutingrequest@radioshack.com |

*GWO DC Addresses:

| GWO DC 0203: | GWO DC 0603: |
|---|---|
| GWO DC | GWO DC |
| 1001 Technology Way | 1001 Technology Way |
| Libertyville, IL 60048 | Libertyville, IL 60048 |

COST,QUANTITY & DISTRIBUTION FROM:

| GWO SKU/<br>Brand Model<br>UPC | Master<br>Pack<br>UOM | Merchandise Description | Qty By<br>Date | Price | Extended<br>Amount | Ship By<br>Ship Via | Total Ship Quantity Breakdown | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | GWO DC<br>0203* | GWO DC<br>0603* |
| 2302428<br>DGENDEBATGS5COMBO<br>812376017496 | 100<br>EACH | DE GS5 BATTERY AND<br>DOCK COMBO | 1,500 | 17.12 | $25,680.00 | 11/03/2016<br>Truck | | 1,500 |
| | | **PO TOTAL:** | 1,500 | | $25,680.00 | | | |

COST,QUANTITY & DISTRIBUTION TO:

| GWO SKU/<br>Brand Model<br>UPC | Master<br>Pack<br>UOM | Merchandise Description | Qty By<br>Date | Price | Extended<br>Amount | Ship By<br>Ship Via | Total Ship Quantity Breakdown | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | GWO DC<br>0203* | GWO DC<br>0603* |
| 2302428<br>DGENDEBATGS5COMBO<br>812376017496 | 100<br>EACH | DE GS5 BATTERY AND<br>DOCK COMBO | 1,500 | 17.12 | $25,680.00 | 11/03/2016<br>Truck | 1,500 | |
| | | **PO TOTAL:** | 1,500 | | $25,680.00 | | | |

SPECIAL INSTRUCTIONS    Vendor must follow all packing and labeling instructions as shown in the Vendor Guide.
www.radioshack.com/contacts/vendorguide

COMMENTS

General Wireless Operations Inc.'s ("GWO") Purchase Order Terms and Conditions and the provisions of the Vendor Guide are expressly made a part of Purchase Orders issued by GWO, and the Terms and Conditions and the Vendor Guide are available at www.radioshack.com/contacts/PO-T&Cs .A written copy of these Terms and Conditions as well as the Vendor Guide will be provided on written request to "Clayton.Armstrong@radioshack.com". If Vendor has signed a Vendor Agreement, then Purchase Orders issued by GWO shall be subject to the Vendor Agreement which shall control should there be any inconsistency between the Purchase Order and the Vendor Agreement.

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM

NYSCEF DOC. NO. 7

INDEX NO. 502397/2017

RECEIVED NYSCEF: 02/06/2017

General Wireless Operations Inc.
300 RadioShack Circle, Fort Worth, TX 76102

# PURCHASE ORDER CHANGE

**PO Number:** **723758**

Order Date: 08/09/2016

**Vendor Name:** **NATIONAL DISTRIBUTION INC**
7257 ROYCE PLACE
BROOKLYN NY 11234- USA

**Bill To:** General Wireless Operations Inc. dba RADIOSHACK
MS WF6-108 Merchandise Apay
300 RadioShack Circle
Fort Worth TX 76102-1964

Terms: NET 60
F.O.B.: ORGFRTCOL
Shipping Instructions: CONTACT GWO LOGISTICS:vendorroutingrequest@radioshack.com

*GWO DC Addresses:

GWO DC 0203:          GWO DC 0603:
GWO DC               GWO DC
1001 Technology Way   1001 Technology Way
Libertyville, IL 60048  Libertyville, IL 60048

## COST, QUANTITY & DISTRIBUTION FROM:

| GWO SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By Date | Price | Extended Amount | Ship By Ship Via | Total Ship Quantity Breakdown | | Distribution to Follow |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | GWO DC 0203* | GWO DC 0603* | |
| 2700307 DGENDE2FR2BKCC 812376041569 | 100 EACH | Digital Energy Front & Back Car Charger | 1,700 | 11.75 | $19,975.00 | 10/25/2016 Truck | | 1,700 | |
| | | PO TOTAL: | 1,700 | | $19,975.00 | | | | |

## COST, QUANTITY & DISTRIBUTION TO:

| GWO SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By Date | Price | Extended Amount | Ship By Ship Via | Total Ship Quantity Breakdown | | Distribution to Follow |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | GWO DC 0203* | GWO DC 0603* | |
| 2700307 DGENDE2FR2BKCC 812376041569 | 100 EACH | Digital Energy Front & Back Car Charger | 1,700 | 11.75 | $19,975.00 | 10/25/2016 Truck | 1,700 | | |
| | | PO TOTAL: | 1,700 | | $19,975.00 | | | | |

SPECIAL INSTRUCTIONS    Vendor must follow all packing and labeling instructions as shown in the Vendor Guide.
www.radioshack.com/contacts/vendorguide

COMMENTS

General Wireless Operations Inc.'s ("GWO") Purchase Order Terms and Conditions and the provisions of the Vendor Guide are expressly made a part of Purchase Orders issued by GWO, and the Terms and Conditions and the Vendor Guide are available at www.radioshack.com/contacts/PO-T&Cs . A written copy of these Terms and Conditions as well as the Vendor Guide will be provided on written request to "Clayton.Armstrong@radioshack.com". If Vendor has signed a Vendor Agreement, then Purchase Orders issued by GWO shall be subject to the Vendor Agreement which shall control should there be any inconsistency between the Purchase Order and the Vendor Agreement.

Page 1 of 1

NYSCEF DOC. NO. 7

INDEX NO. 502397/2017
RECEIVED NYSCEF: 02/06/2017

General Wireless Operations Inc.
300 RadioShack Circle, Fort Worth, TX 76102

## PURCHASE ORDER CHANGE

**PO Number:** **724059**
Order Date: 08/18/2016

**Vendor Name:** **NATIONAL DISTRIBUTION INC**
7257 ROYCE PLACE
BROOKLYN NY 11234- USA

**Bill To:** General Wireless Operations Inc. dba RADIOSHACK
MS WF6-108 Merchandise Apay
300 RadioShack Circle
Fort Worth TX 76102-1964

Terms: NET 60
F.O.B.: ORGFRTCOL
Shipping Instructions: CONTACT GWO LOGISTICS:vendorroutingrequest@radioshack.com

*GWO DC Addresses:
GWO DC 0203:       GWO DC 0603:
GWO DC            GWO DC
1001 Technology Way   1001 Technology Way
Libertyville, IL 60048  Libertyville, IL 60048

### COST,QUANTITY & DISTRIBUTION FROM:

| GWO SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By Date | Price | Extended Amount | Ship By Ship Via | | Total Ship Quantity Breakdown | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | GWO DC 0203* | GWO DC 0603* | Distribution to Follow |
| 2302185 DGENDESAMGAL4CMBO 812376015836 | 100 EACH | DE GS4 BATTERY AND DOCK COMBO | 500 | 17.12 | $8,560.00 | 11/14/2016 Truck | | 500 | |
| | | PO TOTAL: | 500 | | $8,560.00 | | | | |

### COST,QUANTITY & DISTRIBUTION TO:

| GWO SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By Date | Price | Extended Amount | Ship By Ship Via | | Total Ship Quantity Breakdown | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | GWO DC 0203* | GWO DC 0603* | Distribution to Follow |
| 2302185 DGENDESAMGAL4CMBO 812376015836 | 100 EACH | DE GS4 BATTERY AND DOCK COMBO | 500 | 17.12 | $8,560.00 | 11/14/2016 Truck | 500 | | |
| | | PO TOTAL: | 500 | | $8,560.00 | | | | |

**SPECIAL INSTRUCTIONS**    Vendor must follow all packing and labeling instructions as shown in the Vendor Guide.
www.radioshack.com/contacts/vendorguide

**COMMENTS**

General Wireless Operations Inc.'s ("GWO") Purchase Order Terms and Conditions and the provisions of the Vendor Guide are expressly made a part of Purchase Orders issued by GWO, and the Terms and Conditions and the Vendor Guide are available at www.radioshack.com/contacts/PO-T&Cs .A written copy of these Terms and Conditions as well as the Vendor Guide will be provided on written request to "Clayton.Armstrong@radioshack.com". If Vendor has signed a Vendor Agreement, then Purchase Orders issued by GWO shall be subject to the Vendor Agreement which shall control should there be any inconsistency between the Purchase Order and the Vendor Agreement.

Page 1 of 1

# General Wireless Operations Inc.
300 RadioShack Circle, Fort Worth, TX 76102

## PURCHASE ORDER CHANGE

**PO Number:** **724060**

**Order Date:** 08/18/2016

| | |
|---|---|
| **Vendor Name:** | **NATIONAL DISTRIBUTION INC**<br>7257 ROYCE PLACE<br>BROOKLYN NY 11234- USA |
| **Bill To:** | General Wireless Operations Inc. dba RADIOSHACK<br>MS WF6-108 Merchandise Apay<br>300 RadioShack Circle<br>Fort Worth TX 76102-1964 |

**Terms:** NET 60
**F.O.B.:** ORGFRTCOL
**Shipping Instructions:** CONTACT GWO LOGISTICS:vendorroutingrequest@radioshack.com

*GWO DC Addresses:
GWO DC 0203:
GWO DC
1001 Technology Way
Libertyville, IL 60048

GWO DC 0603:
GWO DC
1001 Technology Way
Libertyville, IL 60048

### COST QUANTITY & DISTRIBUTION FROM:

| GWO SKU/<br>Brand Model<br>UPC | Master<br>Pack<br>UOM | Merchandise Description | Qty By<br>Date | Price | Extended<br>Amount | Ship By<br>Ship Via | Total Ship Quantity Breakdown | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | GWO DC<br>0203* | GWO DC<br>0603* | Distribution<br>to Follow |
| 2302428<br>DGENDEBATGS5COMBO<br>81237S017496 | 100<br>EACH | DE GS5 BATTERY AND<br>DOCK COMBO | 1,400 | 17.12 | $23,968.00 | 11/14/2016<br>Truck | | 1,400 | |
| | | **PO TOTAL:** | 1,400 | | $23,968.00 | | | | |

### COST QUANTITY & DISTRIBUTION TO:

| GWO SKU/<br>Brand Model<br>UPC | Master<br>Pack<br>UOM | Merchandise Description | Qty By<br>Date | Price | Extended<br>Amount | Ship By<br>Ship Via | Total Ship Quantity Breakdown | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | GWO DC<br>0203* | GWO DC<br>0603* | Distribution<br>to Follow |
| 2302428<br>DGENDEBATGS5COMBO<br>81237S017496 | 100<br>EACH | DE GS5 BATTERY AND<br>DOCK COMBO | 1,400 | 17.12 | $23,968.00 | 11/14/2016<br>Truck | 1,400 | | |
| | | **PO TOTAL:** | 1,400 | | $23,968.00 | | | | |

**SPECIAL INSTRUCTIONS**   Vendor must follow all packing and labeling instructions as shown in the Vendor Guide.
www.radioshack.com/contacts/vendorguide

**COMMENTS**

General Wireless Operations Inc.'s ("GWO") Purchase Order Terms and Conditions and the provisions of the Vendor Guide are expressly made a part of Purchase Orders issued by GWO, and the Terms and Conditions and the Vendor Guide are available at www.radioshack.com/contacts/PO-T&Cs .A written copy of these Terms and Conditions as well as the Vendor Guide will be provided on written request to "Clayton.Armstrong@radioshack.com". If Vendor has signed a Vendor Agreement, then Purchase Orders issued by GWO shall be subject to the Vendor Agreement which shall control should there be any inconsistency between the Purchase Order and the Vendor Agreement.

Page 1 of 1

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM

NYSCEF DOC. NO. 7

INDEX NO. 502397/2017

RECEIVED NYSCEF: 02/06/2017

General Wireless Operations Inc.
300 RadioShack Circle, Fort Worth, TX 76102

# PURCHASE ORDER CHANGE

**PO Number:** 724063

Order Date: 08/18/2016

**Vendor Name:** NATIONAL DISTRIBUTION INC
7257 ROYCE PLACE
BROOKLYN NY 11234- USA

**Bill To:** General Wireless Operations Inc. dba RADIOSHACK
MS WF6-108 Merchandise Apay
300 RadioShack Circle
Fort Worth TX  76102-1964

Terms:  NET 60
F.O.B.:  ORGFRTCOL
Shipping Instructions:  CONTACT GWO LOGISTICS:vendorroutingrequest@radioshack.com

*GWO DC Addresses:
GWO DC 0203:            GWO DC 0603:
GWO DC                  GWO DC
1001 Technology Way     1001 Technology Way
Libertyville, IL 60048  Libertyville, IL 60048

### COST,QUANTITY & DISTRIBUTION FROM:

| GWO SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By Date | Price | Extended Amount | Ship By Ship Via | Total Ship Quantity Breakdown | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | GWO DC 0203* | GWO DC 0603* |
| 2700307 DGENDE2FR28KCC 812376041569 | 100 EACH | Digital Energy Front & Back Car Charger | 700 | 11.75 | $8,225.00 | 11/04/2016 Truck | | 700 |
| | | PO TOTAL: | 700 | | $8,225.00 | | | |

### COST,QUANTITY & DISTRIBUTION TO:

| GWO SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By Date | Price | Extended Amount | Ship By Ship Via | Total Ship Quantity Breakdown | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | GWO DC 0203* | GWO DC 0603* |
| 2700307 DGENDE2FR28KCC 812376041569 | 100 EACH | Digital Energy Front & Back Car Charger | 700 | 11.75 | $8,225.00 | 11/04/2016 Truck | 700 | |
| | | PO TOTAL: | 700 | | $8,225.00 | | | |

SPECIAL INSTRUCTIONS    Vendor must follow all packing and labeling instructions as shown in the Vendor Guide.
www.radioshack.com/contacts/vendorguide

COMMENTS

General Wireless Operations Inc.'s ("GWO") Purchase Order Terms and Conditions and the provisions of the Vendor Guide are expressly made a part of Purchase Orders issued by GWO, and the Terms and Conditions and the Vendor Guide are available at www.radioshack.com/contacts/PO-T&Cs .A written copy of these Terms and Conditions as well as the Vendor Guide will be provided on written request to "Clayton.Armstrong@radioshack.com". If Vendor has signed a Vendor Agreement, then Purchase Orders issued by GWO shall be subject to the Vendor Agreement which shall control should there be any inconsistency between the Purchase Order and the Vendor Agreement.

Page 1 of 1

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM

NYSCEF DOC. NO. 7

INDEX NO. 502397/2017

RECEIVED NYSCEF: 02/06/2017

General Wireless Operations Inc.

300 RadioShack Circle, Fort Worth, TX 76102

# PURCHASE ORDER CHANGE

**PO Number:** 724064

**Order Date:** 08/18/2016

| | |
|---|---|
| **Vendor Name:** | **NATIONAL DISTRIBUTION INC**<br>7257 ROYCE PLACE<br>BROOKLYN NY 11234- USA |
| **Bill To:** | General Wireless Operations Inc. dba RADIOSHACK<br>MS WF6-108 Merchandise Apay<br>300 RadioShack Circle<br>Fort Worth TX 76102-1964 |

**Terms:** NET 60

**F.O.B:** ORGFRTCOL

**Shipping Instructions:** CONTACT GWO LOGISTICS:vendorroutingrequest@radioshack.com

*-GWO DC Addresses:*

GWO DC 0203:
GWO DC
1001 Technology Way
Libertyville, IL 60048

GWO DC 0603:
GWO DC
1001 Technology Way
Libertyville, IL 60048

COST,QUANTITY & DISTRIBUTION FROM:

| GWO SKU/<br>Brand Model<br>UPC | Master<br>Pack<br>UOM | Merchandise Description | Qty By<br>Date | Price | Extended<br>Amount | Ship By<br>Ship Via | Total Ship Quantity Breakdown | | Distribution<br>to Follow |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | GWO DC<br>0203* | GWO DC<br>0603* | |
| 6001466<br>DGENDERCO30D<br>812376042030 | 30<br>EACH | DIGITAL ENERGY RC<br>ORNAMENT CAR | 49,500 | 5.45 | $269,775.00 | 10/12/2016<br>Truck | | 49,500 | |
| | | **PO TOTAL:** | 49,500 | | **$269,775.00** | | | | |

COST,QUANTITY & DISTRIBUTION TO:

| GWO SKU/<br>Brand Model<br>UPC | Master<br>Pack<br>UOM | Merchandise Description | Qty By<br>Date | Price | Extended<br>Amount | Ship By<br>Ship Via | Total Ship Quantity Breakdown | | Distribution<br>to Follow |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | GWO DC<br>0203* | GWO DC<br>0603* | |
| 6001466<br>DGENDERCO30D<br>812376042030 | 30<br>EACH | DIGITAL ENERGY RC<br>ORNAMENT CAR | 49,500 | 5.45 | $269,775.00 | 10/12/2016<br>Truck | 49,500 | | |
| | | **PO TOTAL:** | 49,500 | | **$269,775.00** | | | | |

**SPECIAL INSTRUCTIONS**   Vendor must follow all packing and labeling instructions as shown in the Vendor Guide.
www.radioshack.com/contacts/vendorguide

**COMMENTS**

General Wireless Operations Inc.'s ("GWO") Purchase Order Terms and Conditions and the provisions of the Vendor Guide are expressly made a part of Purchase Orders issued by GWO, and the Terms and Conditions and the Vendor Guide are available at www.radioshack.com/contacts/PO-T&Cs .A written copy of these Terms and Conditions as well as the Vendor Guide will be provided on written request to "Clayton.Armstrong@radioshack.com". If Vendor has signed a Vendor Agreement, then Purchase Orders issued by GWO shall be subject to the Vendor Agreement which shall control should there be any inconsistency between the Purchase Order and the Vendor Agreement.

Page 1 of 1

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM   INDEX NO. 502397/2017
NYSCEF DOC. NO. 8                                                RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/19/2016 | 09201654 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 724402 | Net 60 | SAG | 9/19/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 700 | 610-0524 | Power Strip (2 pack with 6 outlets) - Radioshack Branded | 5.46 | 3,822.00 |

| We Always Appreciate Your Business | Total | $3,822.00 |
|------|------|------|

Case 1:17-cv-00753-CBA-JO   Document 1   Filed 02/09/17   Page 86 of 189 PageID #: 86

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/19/2016 | 09201655 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 724399 | Net 60 | SAG | 9/19/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 780 | 610-0525 | Radioshack 6 outlet Surge Protector (2 pack) | 5.55 | 4,329.00 |

| We Always Appreciate Your Business | **Total** | $4,329.00 |
|-----------------------------------|-----------|-----------|

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM            INDEX NO. 502597/2017
NYSCEF DOC. NO. 8                                        RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|---|---|
| 9/19/2016 | 09201656 |

| Bill To |
|---|
| General Wireless Operations |
| DBA: Radioshack |
| 300 Radioshack Circle |
| Fort Worth Texas, 76102 |

| Ship To |
|---|
| General Wireless |
| C/O Brightstar |
| 1001 Technology Way |
| Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|---|
| | 724404 | Net 60 | SAG | 9/19/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 450 | 230-2462 | 18650 CELLS 2 PACK (Digital Energy Brand) | 6.74 | 3,033.00 |

We Always Appreciate Your Business

| Total | |
|---|---|
| | $3,033.00 |

Case 1:15-cc-00287-CBA-JM Document 125 Filed 02/19/15 Page 88 of 189 PageID #: 5897/2017
RECEIVED NYSCEF: 02/06/2017

**NATIONAL**

**DISTRIBUTION, INC**
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/19/2016 | 09121636 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 724186 | Net 60 | SAG | 9/19/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 350 | 230-2463 | 18650 CELLS 2 PACK with AC Charger (Digital Energy Brand) | 12.47 | 4,364.50 |

We Always Appreciate Your Business

**Total** | $4,364.50

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/19/2016 | 09201657 |

| Bill To | Ship To |
|---------|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 | General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 724186 | Net 60 | SAG | 9/19/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 100 | 230-2463 | 18650 CELLS 2 PACK with AC Charger (Digital Energy Brand) | 12.47 | 1,247.00 |

We Always Appreciate Your Business

| **Total** | |
|-----------|---|
| | $1,247.00 |

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM          INDEX NO. 502397/2017
NYSCEF DOC. NO. 8                                        RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/30/2016 | 09301675 |

| Bill To |
|---------|
| General Wireless Operations |
| DBA:  Radioshack |
| 300 Radioshack Circle |
| Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless |
| C/O Brightstar |
| 1001 Technology Way |
| Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 724909 | Net 60 | SAG | 9/30/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 400 | 230-2462 | 18650 CELLS 2 PACK (Digital Energy Brand) | 6.74 | 2,696.00 |

We Always Appreciate Your Business

| **Total** | $2,696.00 |
|-----------|-----------|

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/30/2016 | 09301676 |

| Bill To | Ship To |
|---------|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 | General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 724397 | Net 60 | SAG | 9/30/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 276 | 230-2463 | 18650 CELLS 2 PACK with AC Charger (Digital Energy Brand) | 12.47 | 3,441.72 |

We Always Appreciate Your Business

| **Total** | |
|-----------|--|
| | $3,441.72 |

Case 1:17-cv-00753-CBA-JO Document 1 Filed 02/09/17 Page 92 of 189 PageID #: 92

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/30/2016 | 09301677 |

| Bill To |
|---------|
| General Wireless Operations
DBA: Radioshack
300 Radioshack Circle
Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless
C/O Brightstar
1001 Technology Way
Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 723288 | Net 60 | SAG | 9/30/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5,472 | 120-1783 | DE APPLE LIGHTNING CABLE BOTTLE OPENER | 7.85 | 42,955.20 |

| We Always Appreciate Your Business | **Total** | $42,955.20 |
|------------------------------------|-----------|------------|

Case 1:17-cv-00793-CBA-RLM Document 1-51 Filed 02/09/17 Page 93 of 189 PageID #: 2397/2017

RECEIVED NYSCEF: 02/06/2017

NATIONAL

# Invoice

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

| Date | Invoice # |
|------|-----------|
| 9/30/2016 | 09301678 |

| Bill To |
|---------|
| General Wireless Operations |
| DBA: Radioshack |
| 300 Radioshack Circle |
| Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless |
| C/O Brightstar |
| 1001 Technology Way |
| Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 723289 | Net 60 | SAG | 9/30/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5,472 | 260-4626 | DE MICRO CABLE BOTTLE OPENER | 5.85 | 32,011.20 |

We Always Appreciate Your Business

| Total | $32,011.20 |
|-------|-----------|

Case 1:17-cv-00752-CBA-JO Document 1 Filed 02/09/17 Page 94 of 189 PageID #: 94

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/30/2016 | 09301680 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA:  Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 724403 | Net 60 | SAG | 9/30/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 400 | 270-0242 | Digital Energy 4 Port USB Car Charger | 8.35 | 3,340.00 |

We Always Appreciate Your Business

| **Total** | $3,340.00 |
|-----------|-----------|

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/30/2016 | 09301681 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 723443 | Net 60 | SAG | 9/30/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 900 | 270-0307 | Front and Back Seat Charger | 11.75 | 10,575.00 |

We Always Appreciate Your Business

| **Total** | |
|-----------|--|
| | $10,575.00 |

Case 1-17-cv-00753-CBA-JO Document 1-1 Filed 02/09/17 Page 96 of 189 PageID #: 96
NYSCEF DOC. NO. 8

INDEX NO. 502697/2017

RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/30/2016 | 09301682 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 724397 | Net 60 | SAG | 9/30/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 174 | 230-2463 | 18650 CELLS 2 PACK with AC Charger (Digital Energy Brand) | 12.47 | 2,169.78 |

We Always Appreciate Your Business

| Total | $2,169.78 |
|-------|-----------|

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|---|---|
| 10/5/2016 | 10051663 |

| Bill To |
|---|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|---|
| | 723329 | Net 60 | SAG | 10/5/2016 | | 47,550.00 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 3,000 | 400-0741 | DIGITAL ENERGY DANCING WATER SPEAKERS<br>50% final payment of 47,550 | 7.925 | 23,775.00 |

We Always Appreciate Your Business

| **Total** | |
|---|---|
| | $23,775.00 |

Case 1:17-cv-00753-CBA-JO   Document 1-1   Filed 02/09/17   Page 98 of 189 PageID #: 98
INDEX NO. 503097/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|---|---|
| 10/5/2016 | 10051664 |

| Bill To |
|---|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|---|
| | 723286 | Net 60 | SAG | 10/5/2016 | | 53,550.00 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 3,000 | 400-0775 | DIGITAL ENERGY BLUETOOTH DANCING WATER SPEAKERS<br>50% final payment | 8.925 | 26,775.00 |

| We Always Appreciate Your Business | Total | $26,775.00 |
|---|---|---|

Case 1-17-01005-cgm Doc 16-21 Filed 02/13/17 Page 99 of 189 INDEX NO. 503097/2017
RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/5/2016 | 10051665 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 723332 | Net 60 | SAG | 10/5/2016 |  | 53,550.00 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 3,000 | 400-0775 | DIGITAL ENERGY BLUETOOTH DANCING WATER SPEAKERS<br>50% Final payment | 8.925 | 26,775.00 |

| We Always Appreciate Your Business | **Total** | $26,775.00 |
|---|---|---|

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM          INDEX NO. 502397/2017
NYSCEF DOC. NO. 8                                      RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/5/2016 | 10051666 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 723335 | Net 60 | SAG | 10/5/2016 |  | 226,079.10 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 40,014 | 600-1134 | Mini RC Car (Digital Energy Brand)<br>50% Final Payment of 226,079.10 | 2.825 | 113,039.55 |

We Always Appreciate Your Business

| **Total** | $113,039.55 |
|-----------|-------------|

INDEX NO. 502937/2017
RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/14/2016 | 10141654 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 722508 | Net 60 | SAG | 10/14/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 4,640 | 610-0542 | Radioshack Branded LED Flashlight in Shipper Display | 1.86 | 8,630.40 |

We Always Appreciate Your Business

| Total |
|-------|
| $8,630.40 |

Case 1:17-cv-00752-CBA-JO   Document 1   Filed 02/08/17   Page 102 of 189 PageID #: 103
INDEX NO. 501337/2017
RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|---|---|
| 10/14/2016 | 10141655 |

| Bill To |
|---|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|---|
| | 725572 | Net 60 | SAG | 10/14/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1,500 | 160-2973 | Selfie Stick (Digital Energy Brand) | 5.50 | 8,250.00 |

We Always Appreciate Your Business

| Total | |
|---|---|
| | $8,250.00 |

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM   INDEX NO. 502397/2017

NYSCEF DOC. NO. 8                                    RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|---|---|
| 10/14/2016 | 10141656 |

| Bill To |
|---|
| General Wireless Operations<br>DBA:  Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|---|
| | 725573 | Net 60 | SAG | 10/14/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1,500 | 160-2973 | Selfie Stick (Digital Energy Brand) | 5.50 | 8,250.00 |

We Always Appreciate Your Business

| **Total** | $8,250.00 |
|---|---|

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM
NYSCEF DOC. NO. 8

Case 1:17-cv-00753-CBA-JO   Document 1   Filed 02/09/17   Page 104 of 189 PageID #: 104

INDEX NO. 502397/2017

RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|---|---|
| 10/14/2016 | 10141657 |

| Bill To |
|---|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|---|
|  | 725569 | Net 60 | SAG | 10/14/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 400 | 230-2462 | 18650 CELLS 2 PACK (Digital Energy Brand) | 6.74 | 2,696.00 |

| We Always Appreciate Your Business | **Total** | $2,696.00 |
|---|---|---|

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/14/2016 | 10141658 |

| Bill To |
|---------|
| General Wireless Operations
DBA: Radioshack
300 Radioshack Circle
Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless
C/O Brightstar
1001 Technology Way
Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 725570 | Net 60 | SAG | 10/14/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 250 | 230-2462 | 18650 CELLS 2 PACK (Digital Energy Brand) | 6.74 | 1,685.00 |

We Always Appreciate Your Business

| Total | |
|-------|-------|
|  | $1,685.00 |

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM
NYSCEF DOC. NO. 8

INDEX NO. 502397/2017
RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/14/2016 | 10141659 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 725549 | Net 60 | SAG | 10/14/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 800 | 230-1930 | Samsung Galaxy S3 Battery & Charger Combo Pack (Digital Energy Brand) | 17.15 | 13,720.00 |

We Always Appreciate Your Business

| Total | |
|-------|--|
|  | $13,720.00 |

Case 1:17-cv-00753-CBA-JO Document 1 Filed 02/09/17 Page 107 of 189 PageID #: 107

NATIONAL

# Invoice

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

| Date | Invoice # |
|------|-----------|
| 10/14/2016 | 10141660 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 725550 | Net 60 | SAG | 10/14/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 291 | 230-1930 | Samsung Galaxy S3 Battery & Charger Combo Pack (Digital Energy Brand) | 17.15 | 4,990.65 |

We Always Appreciate Your Business

| **Total** | |
|-----------|--------|
| | $4,990.65 |

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM          INDEX NO. 502397/2017
NYSCEF DOC. NO. 8                                      RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/14/2016 | 10141661 |

| Bill To | Ship To |
|---------|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 | General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 725550 | Net 60 | SAG | 10/14/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 29 | 230-1930 | Samsung Galaxy S3 Battery & Charger Combo Pack (Digital Energy Brand) | 17.15 | 497.35 |

We Always Appreciate Your Business

**Total**                    $497.35

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM
INDEX NO. 502997/2017
NYSCEF DOC. NO. 8
RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/14/2016 | 10141662 |

| Bill To | Ship To |
|---------|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 | General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 725550 | Net 60 | SAG | 10/14/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 350 | 160-3067 | Digital Energy SD/Micro SD Card Reader | 2.60 | 910.00 |

We Always Appreciate Your Business

| Total | |
|-------|--|
| | $910.00 |

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM INDEX NO. 502597/2017

NYSCEF DOC. NO. 8                                                    RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|---|---|
| 10/14/2016 | 10141663 |

| Bill To |
|---|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|---|
| | 725560 | Net 60 | SAG | 10/14/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 740 | 610-0525 | Radioshack 6 outlet Surge Protector (2 pack) | 5.55 | 4,107.00 |

We Always Appreciate Your Business

| **Total** | |
|---|---|
| | $4,107.00 |

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM          INDEX NO. 502397/2017

NYSCEF DOC. NO. 8                                        RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/14/2016 | 10141664 |

| Bill To | Ship To |
|---------|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 | General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 725561 | Net 60 | SAG | 10/14/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 320 | 610-0525 | Radioshack 6 outlet Surge Protector (2 pack) | 5.55 | 1,776.00 |

We Always Appreciate Your Business

| **Total** | $1,776.00 |
|-----------|-----------|

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM          INDEX NO. 502397/2017
NYSCEF DOC. NO. 8                                      RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/14/2016 | 10141665 |

| Bill To | Ship To |
|---------|---------|
| General Wireless Operations<br>DBA:  Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 | General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 725562 | Net 60 | SAG | 10/14/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 320 | 610-0525 | Radioshack 6 outlet Surge Protector (2 pack) | 5.55 | 1,776.00 |

We Always Appreciate Your Business

| Total | $1,776.00 |
|-------|-----------|

Case 1:17-cv-00753-CBA-JO Document 1 Filed 02/09/17 Page 113 of 189 PageID #: 113
NYSCEF DOC. NO. 8

INDEX NO. 502597/2017

RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|---|---|
| 10/21/2016 | 10211654 |

| Bill To |
|---|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|---|
| | 724064 | Net 60 | SAG | 10/21/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 49,500 | 600-1466 | DE RC Ornament Car | 5.45 | 269,775.00 |

We Always Appreciate Your Business

**Total** $269,775.00

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM          INDEX NO. 502597/2017
NYSCEF DOC. NO. 8                                        RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/28/2016 | 10281654 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 723330 | PRE- Pay | SAG | 10/28/2016 |  | 158,500.00 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10,000 | 400-0741 | DIGITAL ENERGY DANCING WATER SPEAKERS<br>15% payment of the FOB total - Due on Delivery | 2.3775 | 23,775.00 |

| We Always Appreciate Your Business | **Total** | $23,775.00 |
|---|---|---|

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM

INDEX NO. 502597/2017

NYSCEF DOC. NO. 8

RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/28/2016 | 10281655 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA:  Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 723330 | Net 30 | SAG | 10/28/2016 |  | 158,500.00 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10,000 | 400-0741 | DIGITAL ENERGY DANCING WATER SPEAKERS<br>35% of FOB total | 5.5475 | 55,475.00 |

We Always Appreciate Your Business

| Total | |
|-------|--|
|  | $55,475.00 |

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM   INDEX NO. 502397/2017
NYSCEF DOC. NO. 8                                                RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|---|---|
| 10/28/2016 | 10281656 |

| Bill To | Ship To |
|---|---|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 | General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|---|
|  | 723330 | Net 60 | SAG | 10/28/2016 |  | 158,500.00 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 10,000 | 400-0741 | DIGITAL ENERGY DANCING WATER SPEAKERS<br>50% of FOB amount | 7.925 | 79,250.00 |

| We Always Appreciate Your Business | **Total** | $79,250.00 |
|---|---|---|

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/28/2016 | 10281657 |

| Bill To |
|---------|
| General Wireless Operations |
| DBA:  Radioshack |
| 300 Radioshack Circle |
| Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless |
| C/O Brightstar |
| 1001 Technology Way |
| Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 723330 | Due on receipt | SAG | 10/28/2016 |  | 178,500.00 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10,000 | 400-0775 | DIGITAL ENERGY BLUETOOTH DANCING WATER SPEAKERS | 2.6775 | 26,775.00 |
|  |  | 15% of FOB total due upon delivery |  | 0.00 |

| We Always Appreciate Your Business | **Total** | $26,775.00 |
|---|---|---|

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM   INDEX NO. 502397/2017

NYSCEF DOC. NO. 8                                        RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/28/2016 | 10281658 |

**Bill To**

General Wireless Operations
DBA: Radioshack
300 Radioshack Circle
Fort Worth Texas, 76102

**Ship To**

General Wireless
C/O Brightstar
1001 Technology Way
Libertyville, IL 60048

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 723330 | Net 30 | SAG | 10/28/2016 | | 178,500.00 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10,000 | 400-0775 | DIGITAL ENERGY BLUETOOTH DANCING WATER SPEAKERS<br>35% of FOB Total | 6.2475 | 62,475.00 |

We Always Appreciate Your Business

| **Total** | |
|-----------|--|
| | $62,475.00 |

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM INDEX NO. 502397/2017

NYSCEF DOC. NO. 8 RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/28/2016 | 10281659 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 723330 | Net 60 | SAG | 10/28/2016 | | 178,500.00 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10,000 | 400-0775 | DIGITAL ENERGY BLUETOOTH DANCING WATER SPEAKERS<br>50% of FOB Total | 8.925 | 89,250.00 |

| We Always Appreciate Your Business | **Total** | $89,250.00 |
|---|---|---|

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM          INDEX NO. 502397/2017
NYSCEF DOC. NO. 8                                       RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2016 | 10311636 |

| Bill To | Ship To |
|---------|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 | General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 725563 | Net 60 | SAG | 11/1/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 2,400 | 230-2486 | RS Vtech 6010 2.4V 700mAh Nimh (Radioshack Branded) | 1.59 | 3,816.00 |

We Always Appreciate Your Business

| **Total** | $3,816.00 |
|-----------|-----------|

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM INDEX NO. 502397/2017
NYSCEF DOC. NO. 8 RECEIVED NYSCEF: 02/06/2017

NATIONAL

# Invoice

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

| Date | Invoice # |
|------|-----------|
| 10/31/2016 | 10311637 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 725564 | Net 60 | SAG | 11/1/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 600 | 230-2486 | RS Vtech 6010 2.4V 700mAh Nimh (Radioshack Branded) | 1.59 | 954.00 |

We Always Appreciate Your Business

**Total** $954.00

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM   INDEX NO. 502397/2017
NYSCEF DOC. NO. 8                                              RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|---|---|
| 10/31/2016 | 10311638 |

| Bill To |
|---|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|---|
| | 725557 | Net 60 | SAG | 11/1/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 350 | 230-2463 | 18650 CELLS 2 PACK with AC Charger (Digital Energy Brand) | 12.47 | 4,364.50 |

We Always Appreciate Your Business

| **Total** | $4,364.50 |
|---|---|

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM
NYSCEF DOC. NO. 8

INDEX NO. 502337/2017
RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2016 | 10311639 |

**Bill To**

General Wireless Operations
DBA: Radioshack
300 Radioshack Circle
Fort Worth Texas, 76102

**Ship To**

General Wireless
C/O Brightstar
1001 Technology Way
Libertyville, IL 60048

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 724063 | Net 60 | SAG | 11/1/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 165 | 270-0307 | Front and Back Seat Charger | 11.75 | 1,938.75 |

We Always Appreciate Your Business

| **Total** | $1,938.75 |
|-----------|-----------|

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM
NYSCEF DOC. NO. 8

INDEX NO. 502397/2017

RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2016 | 10311640 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| . Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|-----------|-------------|-------|-----|------|-----|--------|
| | 725833 | Net 60 | SAG | 11/1/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 400 | 270-0242 | Digital Energy 4 Port USB Car Charger | 8.35 | 3,340.00 |

We Always Appreciate Your Business

**Total** $3,340.00

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM
NYSCEF DOC. NO. 8

Case 1:17-cv-00753-CBA-JO   Document 1   Filed 02/09/17   Page 125 of 189 PageID #: 125
INDEX NO. 502397/2017
RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2016 | 10311641 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 725554 | Net 60 | SAG | 11/1/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,320 | 230-2568 | 2.4V 700 MAH NIMH AAA CORDLESS PHONE BATTERY 2 Pack | 4.60 | 6,072.00 |

We Always Appreciate Your Business

| **Total** | $6,072.00 |
|-----------|-----------|

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM
INDEX NO. 502397/2017
NYSCEF DOC. NO. 8
RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2016 | 10311642 |

**Bill To**

General Wireless Operations
DBA:  Radioshack
300 Radioshack Circle
Fort Worth Texas, 76102

**Ship To**

General Wireless
C/O Brightstar
1001 Technology Way
Libertyville, IL 60048

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 725565 | Net 60 | SAG | 11/1/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 480 | 230-2486 | RS Vtech 6010 2.4V 700mAh Nimh (Radioshack Branded) | 1.59 | 763.20 |

We Always Appreciate Your Business

**Total** $763.20

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM
NYSCEF DOC. NO. 8
INDEX NO. 502597/2017
RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2016 | 10311643 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 725576 | Net 60 | SAG | 11/1/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 200 | 230-2715 | CL80100 Cordless Phone Battery (700 mAH NIMH 2 Pack) | 3.80 | 760.00 |

| We Always Appreciate Your Business | **Total** | $760.00 |
|---|---|---|

Case 1:17-cv-00753-CBA-JO Document 1 Filed 02/09/17 Page 128 of 189 PageID #: 128
INDEX NO. 502397/2017

NATIONAL

**Invoice**

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

| Date | Invoice # |
|------|-----------|
| 10/31/2016 | 10311644 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 725558 | Net 60 | SAG | 11/1/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 250 | 230-2463 | 18650 CELLS 2 PACK with AC Charger (Digital Energy Brand) | 12.47 | 3,117.50 |

| We Always Appreciate Your Business | **Total** | $3,117.50 |
|---|---|---|

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/2/2016 | 11021636 |

| Bill To | Ship To |
|---------|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 | General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 723330 | Due on receipt | SAG | 11/2/2016 |  | $87,175.00 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5,500 | 400-0741 | DIGITAL ENERGY DANCING WATER SPEAKERS<br>15% Pre - Paid of FOB total | 2.3775 | 13,076.25 |

We Always Appreciate Your Business

| Total | $13,076.25 |
|-------|-----------|

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM   INDEX NO. 502397/2017
NYSCEF DOC. NO. 8                                          RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/2/2016 | 11021637 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA:  Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 723330 | Net 30 | SAG | 11/2/2016 |  | $87,175.00 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5,500 | 400-0741 | DIGITAL ENERGY DANCING WATER SPEAKERS<br>35% Pre - Paid of FOB total | 5.5475 | 30,511.25 |

| We Always Appreciate Your Business | **Total** | $30,511.25 |
|---|---|---|

FILED: KINGS COUNTY CLERK 02/06/2017 04:35 PM
NYSCEF DOC. NO. 8

Case 1-16-01340-ess Doc 1-2 Filed 02/06/17 Page 131 of 189 INDEX NO. 502317/2017
RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/2/2016 | 11021638 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 723330 | Net 60 | SAG | 11/2/2016 | | $87,175.00 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5,500 | 400-0741 | DIGITAL ENERGY DANCING WATER SPEAKERS<br>50% Pre - Paid of FOB total | 7.925 | 43,587.50 |

| We Always Appreciate Your Business | **Total** | $43,587.50 |
|-----------------------------------|-----------|------------|

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM          INDEX NO. 502397/2017

NYSCEF DOC. NO. 8                                    RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/2/2016 | 11021639 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 723331 | Due on receipt | SAG | 11/2/2016 | | $47,550.00 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 3,000 | 400-0741 | DIGITAL ENERGY DANCING WATER SPEAKERS<br>15% Pre - Paid of FOB total | 2.3775 | 7,132.50 |

| We Always Appreciate Your Business | **Total** | $7,132.50 |
|---|---|---|

Case 1:17-cv-00753-CBA-JO  Document 1  Filed 02/09/17  Page 133 of 189 PageID #: 133
INDEX NO. 502297/2017
RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/2/2016 | 11021640 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA:  Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 723331 | Net 30 | SAG | 11/2/2016 | | $47,550.00 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 3,000 | 400-0741 | DIGITAL ENERGY DANCING WATER SPEAKERS<br>35% Pre - Paid of FOB total | 5.5475 | 16,642.50 |

| We Always Appreciate Your Business | **Total** | $16,642.50 |
|---|---|---|

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM INDEX NO. 502397/2017
NYSCEF DOC. NO. 8                                      RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/2/2016 | 11021642 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 723333 | Due on receipt | SAG | 11/2/2016 | | $89,250 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5,000 | 400-0775 | DIGITAL ENERGY BLUETOOTH DANCING WATER SPEAKERS<br>15% Pre - Paid of FOB total | 2.6775 | 13,387.50 |

| We Always Appreciate Your Business | **Total** | $13,387.50 |
|------------------------------------|-----------|------------|

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM
NYSCEF DOC. NO. 8

INDEX NO. 502397/2017
RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/2/2016 | 11021643 |

| Bill To |
|---------|
| General Wireless Operations |
| DBA: Radioshack |
| 300 Radioshack Circle |
| Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless |
| C/O Brightstar |
| 1001 Technology Way |
| Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 723333 | Net 30 | SAG | 11/2/2016 | | $89,250 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5,000 | 400-0775 | DIGITAL ENERGY BLUETOOTH DANCING WATER SPEAKERS 35% Pre - Paid of FOB total | 6.2475 | 31,237.50 |

| We Always Appreciate Your Business | **Total** | $31,237.50 |
|---|---|---|

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM
NYSCEF DOC. NO. 8
INDEX NO. 502397/2017
RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/2/2016 | 11021641 |

| Bill To |
|---------|
| General Wireless Operations |
| DBA:  Radioshack |
| 300 Radioshack Circle |
| Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless |
| C/O Brightstar |
| 1001 Technology Way |
| Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | | Net 60 | SAG | 11/2/2016 | | $47,550.00 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 3,000 | 400-0741 | DIGITAL ENERGY DANCING WATER SPEAKERS<br>50% Pre - Paid of FOB total | 7.925 | 23,775.00 |

We Always Appreciate Your Business

| Total | |
|-------|--|
| | $23,775.00 |

NATIONAL

# Invoice

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

| Date | Invoice # |
|------|-----------|
| 11/2/2016 | 11021644 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 723333 | Net 60 | SAG | 11/2/2016 | | $89,250 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5,000 | 400-0775 | DIGITAL ENERGY BLUETOOTH DANCING WATER SPEAKERS<br>50% Pre - Paid of FOB total | 8.925 | 44,625.00 |

| We Always Appreciate Your Business | **Total** | $44,625.00 |
|---|---|---|

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM INDEX NO. 502397/2017
NYSCEF DOC. NO. 8                                                    RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/2/2016 | 11021645 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA:  Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 723334 | Due on receipt | SAG | 11/2/2016 |  | $98,317.80 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5,508 | 400-0775 | DIGITAL ENERGY BLUETOOTH DANCING WATER SPEAKERS<br>15% Pre - Paid of FOB total | 2.6775 | 14,747.67 |

| We Always Appreciate Your Business | **Total** | $14,747.67 |
|------------------------------------|-----------|------------|

Case 1:17-cv-00753-CBA-JO   Document 1   Filed 02/09/17   Page 139 of 189 PageID #: 139

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/2/2016 | 11021646 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 723334 | Net 30 | SAG | 11/2/2016 | | $98,317.80 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5,508 | 400-0775 | DIGITAL ENERGY BLUETOOTH DANCING WATER SPEAKERS<br>35% Pre - Paid of FOB total | 6.2475 | 34,411.23 |

| We Always Appreciate Your Business | **Total** | $34,411.23 |
|---|---|---|

NYSCEF DOC. NO. 8

INDEX NO. 502497/2017

RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/2/2016 | 11021647 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA:  Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 723334 | Net 60 | SAG | 11/2/2016 |  | $98,317.80 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5,508 | 400-0775 | DIGITAL ENERGY BLUETOOTH DANCING WATER SPEAKERS<br>50% Pre - Paid of FOB total | 17.85 | 98,317.80 |

| We Always Appreciate Your Business | **Total** | $98,317.80 |
|---|---|---|

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/6/2016 | 11061646 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 725999 | Net 60 | SAG | 11/6/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 520 | 610-0525 | Radioshack 6 outlet Surge Protector (2 pack) | 5.55 | 2,886.00 |
| | Tracking # | ABF 380-098-691 | | |

We Always Appreciate Your Business

| Total | |
|-------|--|
| | $2,886.00 |

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/6/2016 | 11061636 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 725577 | Net 60 | SAG | 11/6/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 200 | 230-2715 | CL80100 Cordless Phone Battery (700 mAH NIMH 2 Pack) | 3.80 | 760.00 |
|  | Tracking # | ABF Pro# 218408716 | 0.00 | 0.00 |

| We Always Appreciate Your Business | **Total** | $760.00 |
|---|---|---|

FILED: KINGS COUNTY CLERK 02/06/2017 04:35 PM
NYSCEF DOC. NO. 8 RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/6/2016 | 11061637 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 726037 | Net 60 | SAG | 11/6/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 300 | 160-3111 | DIGITAL ENERGY MINI TRIPOD W/ PHONE MOUNT | 4.25 | 1,275.00 |
| | Tracking # | ABF Pro# 218408716 | 0.00 | 0.00 |

We Always Appreciate Your Business

| Total | |
|-------|--------|
| | $1,275.00 |

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/6/2016 | 11061638 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 726085 | Net 60 | SAG | 11/6/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 576 | 230-0661 | Energizer (AAA) E2 Lithium Battery 4 pack (039800017932) | 7.90 | 4,550.40 |
| | Tracking # | ABF Pro# 218408716 | 0.00 | 0.00 |

We Always Appreciate Your Business

| **Total** | $4,550.40 |
|-----------|-----------|

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/6/2016 | 11061639 |

| Bill To |
|---------|
| General Wireless Operations |
| DBA: Radioshack |
| 300 Radioshack Circle |
| Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless |
| C/O Brightstar |
| 1001 Technology Way |
| Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 726086 | Net 60 | SAG | 11/6/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 600 | 230-0662 | Energizer (AA) Ultimate Lithium 8 pack(039800062888) | 14.90 | 8,940.00 |
| | Tracking # | ABF Pro# 218408716 | 0.00 | 0.00 |

We Always Appreciate Your Business

| Total | |
|-------|--------|
| | $8,940.00 |

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM
NYSCEF DOC. NO. 8

INDEX NO. 502397/2017

RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/6/2016 | 11061640 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 726087 | Net 60 | SAG | 11/6/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,000 | 230-0663 | Energizer (AA) Ultimate Lithium 4 pack (039800079312) | 7.90 | 7,900.00 |
| | Tracking # | ABF Pro# 218408716 | 0.00 | 0.00 |

| We Always Appreciate Your Business | **Total** | $7,900.00 |
|-----------------------------------|-----------|-----------|

NATIONAL

# Invoice

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

| Date | Invoice # |
|------|-----------|
| 11/6/2016 | 11061641 |

| Bill To |
|---------|
| General Wireless Operations
DBA: Radioshack
300 Radioshack Circle
Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless
C/O Brightstar
1001 Technology Way
Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 726090 | Net 60 | SAG | 11/6/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 3,168 | 230-2557 | RS 357 WATCH BATTERY 5PK- Energizer replaces 2302235 | 5.98 | 18,944.64 |
|  | Tracking # | ABF Pro# 218408716 | 0.00 | 0.00 |

| We Always Appreciate Your Business | **Total** | $18,944.64 |
|-----|-----|-----|

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM INDEX NO. 502397/2017
NYSCEF DOC. NO. 8                                              RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/6/2016 | 11061642 |

| Bill To | Ship To |
|---------|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 | General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 726091 | Net 60 | SAG | 11/6/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 2,040 | 230-2561 | 2.4v 400mah NIMH Cordless phone battery<br>DEBAT166342 | 2.80 | 5,712.00 |
|  | Tracking # | ABF Pro# 218408716 | 0.00 | 0.00 |

| We Always Appreciate Your Business | **Total** | $5,712.00 |
|------------------------------------|-----------|-----------|

Case 1:17-cv-00753-GBA-JO   Document 1   Filed 02/08/17   Page 149 of 189 PageID #: 149

INDEX NO. 501497/2017

RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/6/2016 | 11061643 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 725574 | Net 60 | SAG | 11/6/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 504 | 160-2973 | Selfie Stick (Digital Energy Brand) | 5.50 | 2,772.00 |
|  | Tracking # | ABF Pro# 218408716 | 0.00 | 0.00 |

| We Always Appreciate Your Business | **Total** | |
|---|---|---|
|  |  | $2,772.00 |

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM   INDEX NO. 502597/2017
NYSCEF DOC. NO. 8                                          RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/6/2016 | 11061644 |

| Bill To |
|---------|
| General Wireless Operations
DBA:  Radioshack
300 Radioshack Circle
Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless
C/O Brightstar
1001 Technology Way
Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 726088 | Net 60 | SAG | 11/6/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,500 | 230-2187 | Samsung Galaxy Tablet Charger | 8.85 | 13,275.00 |
|  | Tracking # | ABF Pro# 218408716 | 0.00 | 0.00 |

| We Always Appreciate Your Business | **Total** | $13,275.00 |
|---|---|---|

Case 1:17-cv-00753-CBA-JO Document 1 Filed 02/09/17 Page 151 of 189 PageID #: 151

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/6/2016 | 11061645 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 726035 | Net 60 | SAG | 11/6/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 400 | 230-2714 | Vtech 6010 Battery (2.4V 700 mAh NIMH 2 pack) | 3.80 | 1,520.00 |
|  | Tracking # | ABF Pro# 218408716 | 0.00 | 0.00 |

| We Always Appreciate Your Business | **Total** | $1,520.00 |
|---|---|---|

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM   INDEX NO. 502597/2017
NYSCEF DOC. NO. 8                                            RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|---|---|
| 11/6/2016 | 11061647 |

| Bill To | Ship To |
|---|---|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 | General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|---|
|  | 726008 | Net 60 | SAG | 11/6/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1,400 | 610-0524 | Power Strip (2 pack with 6 outlets) - Radioshack Branded | 5.46 | 7,644.00 |
|  | Tracking # | ABF 161-648-033 | 0.00 | 0.00 |

We Always Appreciate Your Business

| **Total** | $7,644.00 |
|---|---|

Case 1:17-cv-00753-CBA-JO Document 1 Filed 02/09/17 Page 153 of 189 PageID #: 153

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/6/2016 | 11061648 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 725571 | Net 60 | SAG | 11/6/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 250 | 230-2462 | 18650 CELLS 2 PACK (Digital Energy Brand) | 6.74 | 1,685.00 |
| | Tracking # | ABF 161-648-033 | 0.00 | 0.00 |

We Always Appreciate Your Business

| **Total** | $1,685.00 |
|-----------|-----------|

Case 1:17-cv-00753-GBA-JG   Document 1   Filed 02/06/17   Page 154 of 189   PageID #: 1547/2017

NYSCEF DOC. NO. 8

RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/8/2016 | 11081636 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 723439 | Net 60 | SAG | 11/8/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 186 | 230-2185 | Samsung Galaxy S4 Battery & Dock Combo (Digital Energy Brand) | 17.12 | 3,184.32 |
| | Tracking # | UPS#1ZA859R60459399589 | 0.00 | 0.00 |

We Always Appreciate Your Business

| Total | |
|-------|--|
| | $3,184.32 |

Case 1:17-cv-00752-CBA-JO Document 1 Filed 02/08/17 Page 155 of 189 PageID #: 155

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/8/2016 | 11081637 |

| Bill To |
|---------|
| General Wireless Operations
DBA: Radioshack
300 Radioshack Circle
Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless
C/O Brightstar
1001 Technology Way
Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 723754 | Net 60 | SAG | 11/8/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 500 | 230-2185 | Samsung Galaxy S4 Battery & Dock Combo (Digital Energy Brand) | 17.12 | 8,560.00 |
| | Tracking # | UPS#1ZA859R60459399589 | 0.00 | 0.00 |

We Always Appreciate Your Business

| Total | $8,560.00 |
|-------|-----------|

Case 1:17-cv-00753-CBA-JO   Document 1   Filed 02/09/17   Page 156 of 189 PageID #: 156

NYSCEF DOC. NO. 8

INDEX NO. 501597/2017

RECEIVED NYSCEF: 02/06/2017

NATIONAL

# Invoice

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

| Date | Invoice # |
|------|-----------|
| 11/8/2016 | 11081638 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 724059 | Net 60 | SAG | 11/8/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 500 | 230-2185 | Samsung Galaxy S4 Battery & Dock Combo (Digital Energy Brand) | 17.12 | 8,560.00 |
| | Tracking # | UPS#1ZA859R60459399589 | 0.00 | 0.00 |

We Always Appreciate Your Business

| Total | $8,560.00 |
|-------|-----------|

NATIONAL

# Invoice

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

| Date | Invoice # |
|------|-----------|
| 11/8/2016 | 11081639 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 724392 | Net 90 | SAG | 11/8/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 500 | 230-2185 | Samsung Galaxy S4 Battery & Dock Combo (Digital Energy Brand) | 17.12 | 8,560.00 |
|  | Tracking # | UPS#1ZA859R60459399589 | 0.00 | 0.00 |

We Always Appreciate Your Business

| **Total** | $8,560.00 |
|-----------|-----------|

Caso v. County Board DOT Inc filed 02/CO17 Page 157 of 189 PageID #: 137

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM    INDEX NO. 501597/2017
NYSCEF DOC. NO. 8                                    RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/8/2016 | 11081640 |

| Bill To | Ship To |
|---------|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 | General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 724180 | Net 90 | SAG | 11/8/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 500 | 230-2185 | Samsung Galaxy S4 Battery & Dock Combo (Digital Energy Brand) | 17.12 | 8,560.00 |
| | Tracking # | UPS#1ZA859R60459399589 | 0.00 | 0.00 |

We Always Appreciate Your Business

| **Total** | $8,560.00 |
|-----------|-----------|

Case 1:17-cv-00753-CBA-JO Document 1-1 Filed 02/08/17 Page 159 of 189 PageID #: 259 NDI 50597/2017
NYSCEF DOC. NO. 8                                                                    RECEIVED NYSCEF: 02/06/2017

NATIONAL

# Invoice

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

| Date | Invoice # |
|------|-----------|
| 11/8/2016 | 11081641 |

| Bill To | Ship To |
|---------|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 | General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 724907 | Net 90 | SAG | 11/8/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 314 | 230-2185 | Samsung Galaxy S4 Battery & Dock Combo (Digital Energy Brand) | 17.12 | 5,375.68 |
|  | Tracking # | UPS#1ZA859R60459399589 | 0.00 | 0.00 |

We Always Appreciate Your Business

| **Total** | $5,375.68 |
|-----------|-----------|

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/8/2016 | 11081642 |

| Bill To |
|---------|
| General Wireless Operations |
| DBA: Radioshack |
| 300 Radioshack Circle |
| Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless |
| C/O Brightstar |
| 1001 Technology Way |
| Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 723755 | Net 60 | SAG | 11/8/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,500 | 230-2428 | Samsung Galaxy S5 Battery and Charger (Digital Energy Brand) | 17.12 | 25,680.00 |
|  | Tracking # | UPS#1ZA859R60459399589 | 0.00 | 0.00 |

We Always Appreciate Your Business

| **Total** | $25,680.00 |
|-----------|------------|

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM          INDEX NO. 502637/2017
NYSCEF DOC. NO. 8                                        RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/8/2016 | 11081643 |

| Bill To |
|---------|
| General Wireless Operations |
| DBA:  Radioshack |
| 300 Radioshack Circle |
| Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless |
| C/O Brightstar |
| 1001 Technology Way |
| Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 724060 | Net 60 | SAG | 11/8/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,000 | 230-2428 | Samsung Galaxy S5 Battery and Charger (Digital Energy Brand) | 17.12 | 17,120.00 |
| | Tracking # | UPS#1ZA859R60459399589 | 0.00 | 0.00 |

We Always Appreciate Your Business

| Total | |
|-------|--|
| | $17,120.00 |

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM INDEX NO. 502337/2017
NYSCEF DOC. NO. 8                                            RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/18/2016 | 11181636 |

| Bill To | Ship To |
|---------|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 | General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 726036 | Net 60 | SAG | 11/18/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 192 | 273-1034 | Illuminated Micro Cable (Green) Digital Energy Brand | 7.00 | 1,344.00 |

| We Always Appreciate Your Business | **Total** | $1,344.00 |
|---|---|---|

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM   INDEX NO. 502337/2017
NYSCEF DOC. NO. 8                                RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/18/2016 | 11181637 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 726001 | Net 60 | SAG | 11/18/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 384 | 273-1035 | Illuminated Micro Cable (Blue) Digital Energy Brand | 7.00 | 2,688.00 |

We Always Appreciate Your Business

| **Total** | $2,688.00 |
|-----------|-----------|

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/18/2016 | 11181638 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA:  Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 726094 | Net 60 | SAG | 11/18/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 700 | 273-1092 | US Type C & USB Type A Car Charger | 7.76 | 5,432.00 |

We Always Appreciate Your Business

| **Total** | |
|-----------|--|
| | $5,432.00 |

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM
NYSCEF DOC. NO. 8

INDEX NO. 502597/2017

RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/18/2016 | 11181639 |

| Bill To |
|---------|
| General Wireless Operations |
| DBA:  Radioshack |
| 300 Radioshack Circle |
| Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless |
| C/O Brightstar |
| 1001 Technology Way |
| Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 726095 | Net 60 | SAG | 11/18/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 6,000 | 440-0554 | MAXELL 90 MINUTE CASSETTE TAPE | 1.45 | 8,700.00 |

We Always Appreciate Your Business

| **Total** | $8,700.00 |
|-----------|-----------|

Case 1-17-cv-00706 Document 1 Filed 02/06/17 Page 166 of 189

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/18/2016 | 11181640 |

| Bill To | Ship To |
|---------|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 | General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 727232 | Net 60 | SAG | 11/18/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 600 | 160-3111 | DIGITAL ENERGY MINI TRIPOD W/ PHONE MOUNT | 4.25 | 2,550.00 |

We Always Appreciate Your Business

| **Total** | $2,550.00 |
|-----------|-----------|

Case 1:17-cv-00753-CBA-JO Document 1 Filed 02/09/17 Page 167 of 189 PageID #: 167
NYSCEF DOC. NO. 8

RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/18/2016 | 11181641 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 727236 | Net 60 | SAG | 11/18/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 360 | 230-2561 | 2.4v 400mah NIMH Cordless phone battery<br>DEBAT166342 | 2.80 | 1,008.00 |

We Always Appreciate Your Business

| Total | $1,008.00 |
|-------|-----------|

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM INDEX NO. 502887/2017
NYSCEF DOC. NO. 8 RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/18/2016 | 11181642 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 725832 | Net 60 | SAG | 11/18/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,400 | 230-2723 | Rayovac 2032 5 pack | 2.60 | 3,640.00 |

We Always Appreciate Your Business

| **Total** | |
|-----------|---|
| | $3,640.00 |

Case 1:17-cv-00753-CBA-JO Document 1 Filed 02/08/17 Page 169 of 189 PageID #: 169

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/18/2016 | 11181643 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 727037 | Net 60 | SAG | 11/18/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 300 | 270-0242 | Digital Energy 4 Port USB Car Charger | 8.35 | 2,505.00 |

We Always Appreciate Your Business

| Total | |
|-------|--|
| | $2,505.00 |

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/18/2016 | 11181644 |

| Bill To |
|---------|
| General Wireless Operations |
| DBA: Radioshack |
| 300 Radioshack Circle |
| Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless |
| C/O Brightstar |
| 1001 Technology Way |
| Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 726093 | Net 60 | SAG | 11/18/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 720 | 230-2680 | DIGITAL ENERGY BAT 318 CORDLESS BATTERY | 3.25 | 2,340.00 |

We Always Appreciate Your Business

| **Total** | $2,340.00 |
|-----------|-----------|

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM INDEX NO. 502737/2017
NYSCEF DOC. NO. 8                                              RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/18/2016 | 11181645 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 726000 | Net 60 | SAG | 11/18/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 840 | 230-2681 | DIGITAL ENERGY 446 CORDLESS BATTERY | 3.25 | 2,730.00 |

We Always Appreciate Your Business

| Total | |
|-------|--|
|  | $2,730.00 |

Case 1:17-cv-00759-CBA-JO Document 1 Filed 02/09/17 Page 172 of 189 PageID #: 172

INDEX NO. 502387/2017
RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/18/2016 | 11181646 |

| Bill To | Ship To |
|---------|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 | General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 726028 | Net 60 | SAG | 11/18/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,236 | 160-2973 | Selfie Stick (Digital Energy Brand) | 5.50 | 6,798.00 |

We Always Appreciate Your Business

| **Total** | $6,798.00 |
|-----------|-----------|

FILED: KINGS COUNTY CLERK 02/06/2017 04:39 PM          INDEX NO. 502397/2017
NYSCEF DOC. NO. 8                                      RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/18/2016 | 11181647 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 727045 | Net 60 | SAG | 11/18/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 280 | 610-0524 | Power Strip (2 pack with 6 outlets) - Radioshack Branded | 5.46 | 1,528.80 |

We Always Appreciate Your Business

| **Total** | $1,528.80 |
|-----------|-----------|

Case 1:17-cv-00753-CBA-JO Document 1 Filed 02/08/17 Page 174 of 189 PageID #: 0347/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/18/2016 | 11181648 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 726038 | Net 60 | SAG | 11/18/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 520 | 610-0542 | Radioshack Branded LED Flashlight in Shipper Display | 1.86 | 967.20 |

We Always Appreciate Your Business

| **Total** | $967.20 |
|-----------|---------|

Case 1-15-cv-00778-CBA-JO Document 1-2 Filed 02/23/17 Page 175 of 189 PageID #: 275
NYSCEF DOC. NO. 8

RECEIVED NYSCEF: 02/06/2017

**NATIONAL**

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/18/2016 | 11181649 |

| Bill To | Ship To |
|---------|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 | General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 727226 | Net 60 | SAG | 11/18/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 280 | 610-0524 | Power Strip (2 pack with 6 outlets) - Radioshack Branded | 5.46 | 1,528.80 |

We Always Appreciate Your Business

| Total | |
|-------|--|
|  | $1,528.80 |

Case 1:17-cv-00753-CBA-JO   Document 1   Filed 02/09/17   Page 176 of 189 PageID #: 176

NATIONAL

# Invoice

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

| Date | Invoice # |
|------|-----------|
| 11/18/2016 | 11181650 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA:  Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 727043 | Net 60 | SAG | 11/18/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 420 | 160-2973 | Selfie Stick (Digital Energy Brand) | 5.50 | 2,310.00 |

We Always Appreciate Your Business

| **Total** | $2,310.00 |
|-----------|-----------|

FILED: KINGS COUNTY CLERK 02/06/2017 04:35 PM
NYSCEF DOC. NO. 8

INDEX NO. 502737/2017
RECEIVED NYSCEF: 02/06/2017

Case 1:17-cv-00793-GBD-RLE Document 21-2 Filed 04/08/17 Page 177 of 189

# Invoice

**NATIONAL**

**DISTRIBUTION, INC**
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

| Date | Invoice # |
|------|-----------|
| 11/18/2016 | 11181651 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA:  Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 727064 | Net 60 | SAG | 11/18/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 440 | 610-0542 | Radioshack Branded LED Flashlight in Shipper Display | 1.86 | 818.40 |

We Always Appreciate Your Business

| **Total** | $818.40 |
|-----------|---------|

Case 1:17-cv-00572-GBD Document 1 Filed 02/06/17 Page 178 of 189
NYSCEF DOC. NO. 8

RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/18/2016 | 11181652 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 726026 | Net 60 | SAG | 11/18/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,150 | 230-2462 | 18650 CELLS 2 PACK (Digital Energy Brand) | 6.74 | 7,751.00 |

We Always Appreciate Your Business

| **Total** | |
|-----------|--|
| | $7,751.00 |

Case 1:17-cv-00753-GBD-JS Document 1-1 Filed 02/06/17 Page 179 of 189

# Invoice

**NATIONAL**

**DISTRIBUTION, INC**
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

| Date | Invoice # |
|------|-----------|
| 11/18/2016 | 11251654 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA:  Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 723758 | Net 60 | SAG | 11/18/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,700 | 270-0307 | Front and Back Seat Charger | 11.75 | 19,975.00 |

We Always Appreciate Your Business

| **Total** | $19,975.00 |
|-----------|------------|

Case 1:17-cv-00752-CBA-JO Document 1 Filed 02/09/17 Page 180 of 189 PageID #: 180

NYSCEF DOC. NO. 8

INDEX NO. 501807/2017

RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/18/2016 | 11251655 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 724395 | Net 60 | SAG | 11/18/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 700 | 270-0307 | Front and Back Seat Charger | 11.75 | 8,225.00 |

We Always Appreciate Your Business

| Total | |
|-------|--|
|  | $8,225.00 |

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/18/2016 | 11251656 |

| Bill To |
|---------|
| General Wireless Operations
DBA: Radioshack
300 Radioshack Circle
Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless
C/O Brightstar
1001 Technology Way
Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 724063 | Net 60 | SAG | 11/18/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 535 | 270-0307 | Front and Back Seat Charger | 11.75 | 6,286.25 |

We Always Appreciate Your Business

| Total | |
|-------|--|
|  | $6,286.25 |

Case 1:17-cv-00753-CBA-JO Document 1 Filed 02/09/17 Page 182 of 189 PageID #: 183

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/18/2016 | 11181657 |

| Bill To |
|---------|
| General Wireless Operations<br>DBA: Radioshack<br>300 Radioshack Circle<br>Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless<br>C/O Brightstar<br>1001 Technology Way<br>Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
|  | 727233 | Net 60 | SAG | 11/18/2016 |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 240 | 230-0661 | Energizer (AAA) E2 Lithium Battery 4 pack<br>(039800017932) | 7.90 | 1,896.00 |

| We Always Appreciate Your Business | **Total** | $1,896.00 |
|---|---|---|

FILED: KINGS COUNTY CLERK 02/06/2017 04:33 PM
NYSCEF DOC. NO. 8

RECEIVED NYSCEF: 02/06/2017

NATIONAL

DISTRIBUTION, INC
4809 Avenue N - Dock#331
Brooklyn, NY 11234
(718) 251-0096

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/18/2016 | 11181658 |

| Bill To |
|---------|
| General Wireless Operations
DBA: Radioshack
300 Radioshack Circle
Fort Worth Texas, 76102 |

| Ship To |
|---------|
| General Wireless
C/O Brightstar
1001 Technology Way
Libertyville, IL 60048 |

| Batch # | P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---------|-------------|-------|-----|------|-----|--------|
| | 727234 | Net 60 | SAG | 11/18/2016 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 240 | 230-0663 | Energizer (AA) Ultimate Lithium 4 pack (039800079312) | 7.90 | 1,896.00 |

| We Always Appreciate Your Business | **Total** | $1,896.00 |
|---|---|---|

Case 1:17-cv-08752-GBA-JO Document 1 Filed 02/08/17 Page 184 of 189 PageID #: 504

# REQUEST FOR JUDICIAL

UCS-840 (7/2012)

## Kings Supreme COURT, COUNTY OF Kings

| | | | | |
|---|---|---|---|---|
| **Index** | **502397/2017** | **Date Index** | **02/06/2017** | |

| For Court Clerk Use Only: |
|---|
| IAS Entry Date |
| |
| Judge Assigned |
| |
| RJI Date |
| |

**CAPTION** Enter the complete case caption. Do not use et al or et ano. If more space is required, attach a caption rider sheet.

National Distribution Warehouse Inc.

**Plaintiff(s)**

-against-

General Wireless Operations Inc.d/b/a RadioShack, Standard General L.P., Robert Lavan

**Defendant(s)/Respondent**

## NATURE OF ACTION OR

Check ONE box only and specify where

### MATRIMONIAL

- [ ] Contested

  **NOTE:** For all Matrimonial actions where the parties have children under the age of 18, complete and attach the **MATRIMONIAL RJI Addendum.** For Uncontested Matrimonial

### TORTS

- [ ] Asbestos
- [ ] Breast
- [ ] Environment
- [ ] Medical, Dental, or Podiatric
- [ ] Motor
- [ ] Products
- [ ] Other
- [ ] Other Professional
- [ ] Other

### COMMERCIAL

- [ ] Business Entity (including corporations, partnerships, LLCs, etc.)
- [x] Contract
- [ ] Insurance (where insurer is a party, except
- [ ] UCC (including sales, negotiable instruments)
- [ ] Other

  **NOTE:** For Commercial Division assignment requests [22 NYCRR § 202.70(D)], complete and attach the **COMMERCIAL DIV RJI**

### REAL PROPERTY: How many properties does the application

- [ ] Condemnation
- [x] Mortgage Foreclosure: [ ] Residential [ ] Commercial
  Property
  **NOTE:** For Mortgage Foreclosure actions involving a one- to four-family, owner-occupied, residential property, or an owner-occupied condominium, complete and attach the **FORECLOSURE RJI**
- [ ] Tax Certiorari - Block Lot
- [ ] Tax
- [ ] Other Real

### OTHER MATTERS

- [ ] Certificate of Incorporation/Dissolution [see NOTE under Commercial]
- [ ] Emergency Medical
- [ ] Habeas Corpus
- [ ] Local Court
- [ ] Mechanic's Lien
- [ ] Name Change
- [ ] Pistol Permit Revocation
- [ ] Sale or Finance of Religious/Not-for-Profit
- [ ] Other

### SPECIAL PROCEEDINGS

- [ ] CPLR Article 75 (Arbitration) [see NOTE under Commercial]
- [ ] CPLR Article 78 (Body or
- [ ] Election Law
- [ ] MHL Article 9.60 (Kendra's Law)
- [ ] MHL Article 10 (Sex Offender Confinement-Initial)
- [ ] MHL Article 10 (Sex Offender Confinement-Review)
- [ ] MHL Article 81
- [ ] Other Mental
- [ ] Other Special

## STATUS OF ACTION OR

Answer YES or NO for EVERY question AND enter additional information where

| | YES | NO | |
|---|---|---|---|
| Has a summons and complaint or summons w/notice | [x] | [ ] | If yes, date 02/06/2017 |
| Has a summons and complaint or summons w/notice been | [ ] | [x] | If yes, date |
| Is this action/proceeding being filed post- | [ ] | [x] | If yes, judgment |

1 of 2

## NATURE OF JUDICIAL

Check ONE box only AND enter additional information where indicated.

- ☐ Infant's
- ☐ Note of Issue and/or Certificate of Readiness
- ☐ Notice of Medical, Dental, or Podiatric          Date Issue Joined:
- ☐ Notice of Motion                Relief Sought:                          Return Date:
- ☐ Notice of Petition              Relief Sought:                          Return Date:
- ☒ Order to Show Cause             Relief Sought:  Injunction/Restraining Order          Return Date:
- ☐ Other Ex Parte Application      Relief Sought:
- ☐ Poor Person Application
- ☐ Request for Preliminary Conference
- ☐ Residential Mortgage Foreclosure Settlement
- ☐ Writ of Habeas Corpus
- ☐ Other

## RELATED

List any related actions. For Matrimonial actions, include any related criminal and/or Family Court cases. If additional space is required, complete and attach the RJI Addendum. If

| Case Title | Index/Case No. | Court | Judge (if assigned) | Relationship to Instant |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## PARTIES

For parties without an attorney, check "Un-Rep" box AND enter party address, phone number and e-mail address in space provided. If additional space is required, complete and attach the

| Un-Rep | Parties:<br>List parties in caption order and indicate party role(s) (e.g., defendant; 3rd-party plaintiff). | Attorneys and/or Unrepresented Litigants:<br>Provide attorney name, firm name, business address, phone number and e-mail address of all attorneys that have appeared in the case. For unrepresented litigants, provide address, phone number and e-mail address. | Issue Joined (Y/N): | Insurance Carrier(s): |
|---|---|---|---|---|
| ☐ | Name: National Distribution Warehouse Inc.<br><br>Role(s): Plaintiff/Petitioner | ALLEN SCHWARTZ, Law Offices of Allen Schwartz, Esq., 1724 Burnett Street , Brooklyn, NY 11229, 773-808-8972, as3607@gmail.com | NO |  |
| ☒ | Name: General Wireless Operations Inc.d/b/a RadioShack<br><br>Role(s): Defendant/Respondent | 300 RadioShack Circle , Fort Worth, TX 76102-1964 | NO |  |
| ☒ | Name: Standard General L.P.<br><br>Role(s): Defendant/Respondent | 767 5th Ave, New York, NY 10153 | NO |  |
| ☒ | Name: Lavan, Robert<br><br>Role(s): Defendant/Respondent | 231 West 148th Street, Unit 3M, New York, NY 10039 | NO |  |
| ☐ | Name:<br><br>Role(s): |  |  |  |

**I AFFIRM UNDER THE PENALTY OF PERJURY THAT, TO MY KNOWLEDGE, OTHER THAN AS NOTED ABOVE, THERE ARE AND HAVE BEEN NO RELATED ACTIONS OR PROCEEDINGS, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION PREVIOUSLY BEEN FILED IN THIS ACTION OR PROCEEDING.**

Dated      02/06/2017                                              ALLEN SCHWARTZ

**SIGNATURE**

4751756                                                          ALLEN SCHWARTZ

**ATTORNEY REGISTRATION**                                       **PRINT OR TYPE NAME**

At IAS Part _12_ of the Supreme Court of
the State of New York, held in and for the
County of Kings, at the Courthouse located
at 360 Adams Street, Brooklyn, New York
on the _7th_ day of February, 2017,

PRESENT: Hon Reginald A. Boddie
JSC

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
---------------------------------------------------------x

NATIONAL DISTRIBUTION WAREHOUSE INC.,

              Plaintiff,

    - against -

GENERAL WIRELESS OPERATIONS INC. d/b/a
RADIOSHACK, STANDARD GENERAL L.P., and
ROBERT LAVAN,

              Defendants.
---------------------------------------------------------x

Index No. _502397/2017_

## EMERGENCY ORDER TO SHOW CAUSE

    Upon the annexed affirmation of Frank R. Seddio, Esq., dated February 6, 2017, and the

exhibits annexed thereto, and the annexed affirmation of Seth Green dated February 6, 2017 and

the exhibits annexed thereto, the summons and complaint in the above-captioned proceeding, and

upon all prior pleadings and applications herein:

    LET Defendants show cause before this Court, Room _561_, at the Courthouse, located

at 360 Adams Street, Brooklyn, New York on _IAS Part 36_ _February 16, 2017_ or as soon thereafter

as counsel can be heard, why an Order should not be granted: (i) pursuant to CPLR 6301,

pending the resolution of this action, enjoining Defendants, their agents, employees, attorneys,

1

successors, or any entity or individual acting on their behalf or in concert or participation with them, from selling, transferring, impairing, or otherwise disposing of the goods provided to Defendants by Plaintiff that Defendants have failed to pay for, or in the alternative (ii) ordering Defendants to place the monies owed for the goods provided to Defendants by Plaintiff, amounting to no less than $1,621,371.49, into escrow pending resolution of this action; and (iii) granting such other and further relief as the Court deems just and proper.

ORDERED that, pending the hearing ~~and decision~~ of this application, Defendants, their agents, employees, attorneys, successors, or any entity or individual acting on their behalf or in concert or participation with them, are temporarily restrained from selling, transferring, impairing, or otherwise disposing of any of the goods provided to Defendants by Plaintiff that Defendants have failed to pay for; and it is further

~~ORDERED that, Defendants shall serve their opposition to this application, if any, no later than 3 days prior to the return date; and it is further~~

ORDERED that personal service ~~or service by overnight courier~~ on Defendants or Defendants' attorneys of a copy of this Order and the papers on which it was based by on or before *february 9th* 2017, ~~shall~~ be deemed good and sufficient service thereof.

ENTER:

Hon: _____

J.S.C.

~~Hon.~~ Reginald A. Boddie

Case 1:17-cv-00753-GBA-JO   Document 1   Filed 02/08/17   Page 188 of 189 PageID #: 189

At IAS Part _12_ of the Supreme Court of
the State of New York, held in and for the
County of Kings, at the Courthouse located
at 360 Adams Street, Brooklyn, New York
on the _7th_ day of February, 2017,

PRESENT: _Hon Reginald A. Boddie_
_JSC_

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-----------------------------------------------------x

NATIONAL DISTRIBUTION WAREHOUSE INC.,

              Plaintiff,

    - against -

Index No. _502397/2017_

GENERAL WIRELESS OPERATIONS INC. d/b/a
RADIOSHACK, STANDARD GENERAL L.P., and
ROBERT LAVAN,

              Defendants.

-----------------------------------------------------x

## EMERGENCY ORDER TO SHOW CAUSE

Upon the annexed affirmation of Frank R. Seddio, Esq., dated February 6, 2017, and the

exhibits annexed thereto, and the annexed affirmation of Seth Green dated February 6, 2017 and

the exhibits annexed thereto, the summons and complaint in the above-captioned proceeding, and

upon all prior pleadings and applications herein:

LET Defendants show cause before this Court, Room _561_, at the Courthouse, located

at 360 Adams Street, Brooklyn, New York on _February 16, 2017_ or as soon thereafter

       _IAS Part 30_

as counsel can be heard, why an Order should not be granted: (i) pursuant to CPLR 6301,

pending the resolution of this action, enjoining Defendants, their agents, employees, attorneys,

1

FILED: KINGS COUNTY CLERK 02/08/2017 02:08 PM    INDEX NO. 502339/2017
NYSCEF DOC. NO. 11                                  RECEIVED NYSCEF: 02/08/2017

successors, or any entity or individual acting on their behalf or in concert or participation with them, from selling, transferring, impairing, or otherwise disposing of the goods provided to Defendants by Plaintiff that Defendants have failed to pay for, or in the alternative (ii) ordering Defendants to place the monies owed for the goods provided to Defendants by Plaintiff, amounting to no less than $1,621,371.49, into escrow pending resolution of this action; and (iii) granting such other and further relief as the Court deems just and proper.

ORDERED that, pending the hearing ~~and decision~~ of this application, Defendants, their agents, employees, attorneys, successors, or any entity or individual acting on their behalf or in concert or participation with them, are temporarily restrained from selling, transferring, impairing, or otherwise disposing of any of the goods provided to Defendants by Plaintiff that Defendants have failed to pay for; and it is further

~~ORDERED that, Defendants shall serve their opposition to this application, if any, no later than 3 days prior to the return date, and it is further~~

ORDERED that personal service ~~or service by overnight courier~~ on Defendants or Defendants' attorneys of a copy of this Order and the papers on which it was based by on or before _february 9th_ 2017, ~~shall~~ be deemed good and sufficient service thereof.

ENTER:

Hon: _____
                    J.S.C.

~~Hon.~~ Reginald A. Boddie