
# Fwd: RadioShack

---------- Forwarded message ----------
From: **Robert Lavan** <RLavan@standgen.com>
Date: Mon, May 23, 2016 at 12:25 PM
Subject: RadioShack
To: "sethagesq@gmail.com" <sethagesq@gmail.com>


Seth, I am the Chairman of General Wireless, the company that owns RadioShack. I'm in New York the next few weeks and thought we could meet up to discuss our mutual businesses and opportunities we are trying to push into that you may be best suited to help us with.


Let me know if you are around and free to meet up.


Thanks,


Bobby Lavan


**Robert Lavan | Standard General**

767 Fifth Avenue, 12th Floor

New York 10153

t| 212.257.4714

f| 212.257.4709

rlavan@standgen.com


The material in this e-mail may not be reproduced, copied or altered in any way and it may not be forwarded or provided to any other party. This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that you have received this message in error and any review, dissemination, distribution or copying of this message is strictly

prohibited. If you have received this message in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Standard General L.P. or any affiliate thereof. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

--



