

# Robert M Lavan

Age 34 (born Jun 8, 1982)

*Click any section of this summary to view full results or see a preview of the available information.*

## Contact Information | Family & Work

**Addresses**  10 found    **Relatives**  4 found

57 W 9th ST APT 2
New York, NY 10011-8968
Confirm

Ronald K Lavan
Josh Stephen Lavan

### Phone Numbers  7 found

(754) 204-3346
(847) 644-5157
Confirm

### Marriage & Divorce
No marriage & divorce records available

### Education
No education history available

### Email Addresses  3 found

rlavan1@snet.net
rlavan@snet.net

### Employment  1 found
J. Goldman & Co. L.P

### Social Networks
No social network profiles available

## Court Records

### Criminal Records  learn more
Search available records nationwide

### Civil Court Records  learn more
Search available records nationwide

### Federal Criminal Records  learn more
Search available records

### Explore Robert's Connections
Visually explore Robert's connections. Use Full Screen view for better experience



## Address & Phone History

10 found

According to our best available information, this is the address & phone history for the person you selected.

Hide map

N



Click an address to zoom the map

Reset map

**1**  57 W 9th ST APT 2
New York, NY 10011-8968

(754) 204-3346      Landline
(847) 644-5157      Landline
(646) 870-6433      Landline

**2**  85 1st AVE
New York, NY 10003-2937

view property details
(954) 964-7826      Landline
(215) 382-2799      Landline

| | |
|---|---|
| 3 | 5146 SW Bimini CIR S<br>Palm City, FL 34990-1257 |
| 4 | 4037 Spruce ST<br>Philadelphia, PA 19104-4163<br>view property details<br>(215) 382-2799　　　Landline |
| 5 | 14 Prince ST APT 2E<br>New York, NY 10012<br>view property details |
| 6 | 510 Madison AVE #26TH FLOOR<br>New York, NY 10022<br>view property details<br>(212) 262-4990　　　Landline |
| 7 | 424 E 9th ST APT 1<br>New York, NY 10009 |
| 8 | 3320 Simms ST APT E<br>Hollywood, FL 33021-3106 |
| 9 | 213 5th AVE<br>Brooklyn, NY 11215<br>view property details |
| 10 | 191 Spring ST APT 4F<br>New York, NY 10012 |

--

